```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100095958
Cashier ID: vthomas
Transaction Date: 03/03/2015
Payer Name: MARIA FERRER
----------------------------------
CIVIL FILING FEE
 For: MARIA FERRER
 Case/Party: D-FLS-1-15-CV-020877-001
 Amount:         $400.00
----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 2574
 Amt Tendered:   $400.00
----------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00
```

Returned check fee $53

Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.