United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Maria Ferrer, Plaintiff | )<br>)<br>) |
| v. | )<br>) Civil Action No. 15-20877-Civ-Scola<br>) |
| Bayview Loan Servicing, LLC, and<br>others, Defendants | )<br>) |

## **Order Providing Instructions To *Pro Se* Litigant**

THIS MATTER is before the Court upon an independent review of the record. *Pro se* litigants (*i.e.*, parties not represented by counsel), like all litigants, must comply with the rules of civil procedure and the Court's orders. Accordingly, the Court **orders** that Plaintiff Maria Ferrer, a *pro se* litigant, must comply with all Federal Rules of Civil Procedure and Local Rules for the Southern District of Florida.[1] Failure to comply with the federal and local rules may result in sanctions against the *pro se* litigant. Some of the requirements of these rules include:

   1.   Every pleading, motion, memorandum, or other paper required and/or permitted to be filed with the Court must be filed directly with the Clerk of the Court. No letters, pleadings, motions, or other documents may be sent directly to the District Judge or Magistrate Judge's chambers. Any papers improperly delivered directly to chambers may be returned and disregarded by the Court.

   2.   All papers filed must include the case style, case number, and appropriate title in the format required by the Federal and Local Rules. *See* Fed. R. Civ. P. Form 1; S.D. Fla. L.R. 5.1.[2] The signature block of each pleading must also contain the *pro se* litigant's name, address, e-mail address, telephone number and fax number.

   3.   All papers filed with the Clerk of Court must also be served on the opposing counsel, or the opposing side if the opposing side is not represented

---

[1] The Federal of Civil Procedure and Local Rules of the Southern District of Florida can be accessed from the Clerk of the Court's website, available at: http://www.flsd.uscourts.gov.

[2] The sample form for documents filed with the Court may be accessed from the Clerk of the Court's website, available at: http://www.flsd.uscourts.gov.

by counsel.  Each filing must include a certificate of service indicating the name and address of the attorney served.

  4.  Litigants must <u>promptly</u> notify the Court of any change in address by filing a "Notice of Change of Address," which also must be served on opposing counsel.

  5.  A *pro se* litigant who wishes to oppose a motion must respond in writing within the time periods provided by the rules of procedure.

  6.  Any litigant and his or her family, friends, or acquaintances may not call the Judge's chambers for legal advice about the case.  Brief case status information contained on the docket sheet may be available from the Clerk of Court.  Additionally, *pro se* parties may access the Court's electronic docket[3] at www.pacer.gov, or at a computer terminal provided, without charge, at any of the Clerk's Office locations during the Court's normal business hours.

  7.  A *pro se* litigant bears responsibility for actively pursuing his or her case and must obtain any essential discovery, file all necessary pleadings and motions, comply with all scheduling orders, and prepare the case for trial.

  **Done and ordered**, at Miami, Florida, on March 4, 2015.

           _____
            Robert N. Scola, Jr.
            United States District Judge

---

[3] The Court's e-docket is known as CM/ECF, which stands for Case Management/Electronic Case Filing system.