UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

FILED by _HE_ D.C.

MAR 04 2015

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

MARIA FERRER, )
)
      Plaintiff(s) )
)
v. )
) Civil Action No. 15-CV-20877
BAYVIEW LOAN SERVICING, LLC; M&T )
BANK; PHELAN HALLINAN DIAMOND & )
JONES, PLLC; TYLER WALKER and )
KELLY M. CANFIELD, )

      Defendant(s)

**SUMMONS IN CIVIL ACTION**

To:   KELLY M. CANFIELD
2727 WEST CYPRESS CREEK ROAD
FORT LAUDERDALE, FL 33309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it),-- or 60 days if you are the United States or United States agency, or an officer or employee of the United States described in Fed. R. Civ P. 12(a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Maria Ferrer
    19827 NW 85 Ave
    Miami, FL 33015

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**Steven M. Larimore**
*CLERK OF COURT*

Date: MAR 04 2015

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARIA FERRER, | ) |
|         Plaintiff(s) | ) |
| v. | ) Civil Action No. 15-CV-20877 |
| BAYVIEW LOAN SERVICING, LLC; M&T BANK; PHELAN HALLINAN DIAMOND & JONES, PLLC; TYLER WALKER and KELLY M. CANFIELD, | ) |
|         Defendant(s) | ) |

**SUMMONS IN A CIVIL ACTION**

To:     Bayview Loan Servicing, LLC
          Corporation Service Company
          Registered Agent
          1201 Hays Street
          Tallahassee, FL   32301

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it),-- or 60 days if you are the United States or United States agency, or an officer or employee of the United States described in Fed. R. Civ P. 12(a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Maria Ferrer
        19827 NW 85 Ave
        Miami, FL 33015

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

**Steven M. Larimore**
*CLERK OF COURT*

Date:   **MAR 0 4 2015**                _____
                                                                       *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARIA FERRER,<br><br>    Plaintiff(s)<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC; M&T BANK,; PHELAN HALLINAN DIAMOND & JONES, PLLC; TYLER WALKER and KELLY M. CANFIELD,<br><br>    Defendant(s) | Civil Action No. 15-CV-20877 |

## SUMMONS IN CIVIL ACTION

To:    TYLER WALKER
2727 WEST CYPRESS CREEK ROAD
FORT LAUDERDALE, FL 33309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it),-- or 60 days if you are the United States or United States agency, or an officer or employee of the United States described in Fed. R. Civ P. 12(a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Maria Ferrer
    19827 NW 85 Ave
    Miami, FL 33015

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore
*CLERK OF COURT*

Date: MAR 0 4 2015

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARIA FERRER,<br><br>         Plaintiff(s)<br><br>         v.<br><br>BAYVIEW LOAN SERVICING, LLC; M&T BANK; PHELAN HALLINAN DIAMOND & JONES, PLLC; TYLER WALKER and KELLY M. CANFIELD,<br><br>         Defendant(s) | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 15-CV-20877<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN CIVIL ACTION**

To:    PHELAN HALLINAN DIAMOND & JONES, PLLC,
         C/O LENZI, EMILLO ESQUIRE, REGISTERED AGENT
         2727 WEST CYPRESS CREEK ROAD
         FORT LAUDERDALE, FL 33309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it),-- or 60 days if you are the United States or United States agency, or an officer or employee of the United States described in Fed. R. Civ P. 12(a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Maria Ferrer
        19827 NW 85 Ave
        Miami, FL 33015

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Steven M. Larimore**
*CLERK OF COURT*

Date: MAR 0 4 2015         *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARIA FERRER,<br><br>    Plaintiff(s)<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC; M&T BANK; PHELAN HALLINAN DIAMOND & JONES, PLLC; TYLER WALKER and KELLY M. CANFIELD,<br><br>    Defendant(s) | Civil Action No. 15-CV-20877 |

## SUMMONS IN CIVIL ACTION

To:     M&T Bank
        M&T Bank Legal Document Processing
        1100 Wehrie Drive – 2nd Flr
        Williamsville, NY   14221

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it),-- or 60 days if you are the United States or United States agency, or an officer or employee of the United States described in Fed. R. Civ P. 12(a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Maria Ferrer
        19827 NW 85 Ave
        Miami, FL 33015

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

                                **Steven M. Larimore**
                                *CLERK OF COURT*

Date:  MAR 0 4 2015                 _____
                                    *Signature of Clerk or Deputy Clerk*