AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

FILED by _____ D.C.

MAR 2 0 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bayview Loan Servicing, LLC
was received by me on *(date)* 3/11/2015 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Service was obtained by mailing the Summons together with a copy of the complaint to Bayview Loan Servicing, LLC, c/o Corporation Service Company, Registered Agent at 1201 Hays Street Tallahassee, FL 32301 via United States Postal Service Certified Return Receipt No. 7013 0600 0000 2659 4023 delivered on March 16, 2015 at 9:58 am.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/20/2015

*Server's signature*

Rafael Gomez
*Printed name and title*

20000 NW 85 Ave Miami, FL 33015
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARIA FERRER, )<br>)<br>Plaintiff(s) )<br>)<br>v. )<br>)<br>BAYVIEW LOAN SERVICING, LLC; M&T )<br>BANK; PHELAN HALLINAN DIAMOND & )<br>JONES, PLLC; TYLER WALKER and )<br>KELLY M. CANFIELD, )<br>)<br>Defendant(s) | Civil Action No. 15-CV-20877 |

## SUMMONS IN CIVIL ACTION

To:   M&T Bank
      M&T Bank Legal Document Processing
      1100 Wehrie Drive – 2nd Flr
      Williamsville, NY   14221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it),-- or 60 days if you are the United States or United States agency, or an officer or employee of the United States described in Fed. R. Civ P. 12(a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Maria Ferrer
   19827 NW 85 Ave
   Miami, FL 33015

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

**Steven M. Larimore**
*CLERK OF COURT*

Date:   MAR 0 4 2015

*Signature of Clerk or Deputy Clerk*