AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

FILED by    D.C.

MAR 2 0 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Phelan Hallinan Diamond & Jones, PLLC
was received by me on *(date)* 3/11/15 .

☑ I personally served the summons on the individual at *(place)* 2727 West Cypress Creek Rd, Ft. Lauderdale, FL 33309 on *(date)* 3/11/2015 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Emilio Lenzi, Esq. , who is designated by law to accept service of process on behalf of *(name of organization)* Phelan Hallinan Diamond & & Jones, PLLC on *(date)* 3/11/15 at 1:42 pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/11/2015

*Server's signature*

Rafael Gomez
*Printed name and title*

20000 NW 85 Ave Miami, FL 33015
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARIA FERRER, <br><br> Plaintiff(s) <br><br> v. <br><br> BAYVIEW LOAN SERVICING, LLC; M&T BANK; PHELAN HALLINAN DIAMOND & JONES, PLLC; TYLER WALKER and KELLY M. CANFIELD, <br><br> Defendant(s) | Civil Action No. 15-CV-20877 |

## SUMMONS IN CIVIL ACTION

To:   PHELAN HALLINAN DIAMOND & JONES, PLLC,
C/O LENZI, EMILLO ESQUIRE, REGISTERED AGENT
2727 WEST CYPRESS CREEK ROAD
FORT LAUDERDALE, FL 33309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it),-- or 60 days if you are the United States or United States agency, or an officer or employee of the United States described in Fed. R. Civ P. 12(a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Maria Ferrer
   19827 NW 85 Ave
   Miami, FL 33015

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

**Steven M. Larimore**
*CLERK OF COURT*

Date: MAR 0 4 2015

*Signature of Clerk or Deputy Clerk*