AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

FILED by \_\_\_\_ D.C.

MAR 20 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **M&T Bank, M&T Bank Legal Document Processing**

was received by me on *(date)* **3/11/2015**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Service was obtained by mailing Summons together with a copy of complaint to M&T Bank, M&T Bank Legal Document Processing at 1100 Wehrie Drive 2nd Flr Williamsville, NY 14221 via United States Postal Service Certified Return Receipt No. 7013 0600 0000 2659 4047 delivered on March 13, 2015 at 9:57 am.

My fees are $ \_\_\_\_ for travel and $ \_\_\_\_ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **3/20/2015**

*Server's signature*

**Rafael Gomez**
*Printed name and title*

20000 NW 85 Ave Miami, FL 33015
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARIA FERRER, <br><br> Plaintiff(s) <br><br> v. <br><br> BAYVIEW LOAN SERVICING, LLC; M&T BANK; PHELAN HALLINAN DIAMOND & JONES, PLLC; TYLER WALKER and KELLY M. CANFIELD, <br><br> Defendant(s) | Civil Action No. 15-CV-20877 |

## SUMMONS IN A CIVIL ACTION

To:  Bayview Loan Servicing, LLC
     Corporation Service Company
     Registered Agent
     1201 Hays Street
     Tallahassee, FL   32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it),-- or 60 days if you are the United States or United States agency, or an officer or employee of the United States described in Fed. R. Civ P. 12(a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Maria Ferrer
   19827 NW 85 Ave
   Miami, FL 33015

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

**Steven M. Larimore**
*CLERK OF COURT*

Date:  MAR 0 4 2015                    _____
                                        *Signature of Clerk or Deputy Clerk*