UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:15-CV-20877-RNS

MARIA FERRER,

    Plaintiff,

v.

BAYVIEW LOAN SERVICING, LLC, M&T BANK,
PHELAN HALLINAN DIAMOND & JONES, PLC,
TYLER K. WALKER and KELLY M. CANFIELD,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANTS

PLEASE TAKE NOTICE that Manuel S. Hiraldo, Esq. of BLANK ROME, LLP, 500 E. Broward Boulevard, Suite 2100, Fort Lauderdale, FL  33394 enter his appearance as counsel for Defendants, BAYVIEW LOAN SERVICING, LLC and M&T BANK, and hereby requests that any and all pleadings and documents in this case should be forwarded to the undersigned attorneys at the above stated address.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this <u>25th</u> day of March, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document will be served on all parties requesting electronic notice or by U.S. Mail to: Maria Ferrer, 19827 NW 85th Avenue, Miami, FL 33015 Pro Se.

                    **BLANK ROME, LLP**

                    500 E. Broward Blvd. Suite 2100
                    Fort Lauderdale, FL 33394
                    Telephone: 954-512-1800
                    Facsimile: 954-512-1818

                    */s/ Manuel S. Hiraldo*
                    MANUEL S. HIRALDO
                    Florida Bar No. 30380
                    MHiraldo@BlankRome.com
                    Bocaeservice@BlankRome.com