UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-cv-20877-SCOLA/OTAZO-REYES

MARIA FERRER,

    Plaintiff,

v.

BAYVIEW LOAN SERVICING LLC; M&T BANK;
PHELAN HALLINAN DIAMOND & JONES, PLLC;
TYLER K. WALKER and KELLY M. CANFIELD,

    Defendants.
_____/

**NOTICE OF APPEARANCE**

The law firm of KELLER LANDSBERG PA and Wendy J. Stein file their appearance as Counsel for Defendant, PHELAN HALLINAN DIAMOND & JONES, PLLC in the above-styled cause, and request that copies of all pleadings, motions and court papers be served on the undersigned counsel.

Date:  April 1, 2015.

                                        Respectfully submitted,

                                        */s/ Wendy J. Stein*
                                        Wendy J. Stein, Esq.
                                        Florida Bar No. 389552
                                        Emily Romano
                                        Florida Bar No.
                                        wendy.stein@kellerlandsberg.com
                                        emily.romano@kellerlandsberg.com
                                        KELLER LANDSBERG PA
                                        500 East Broward Boulevard, Ste. 1400
                                        Fort Lauderdale, FL  33394

{00323130.1 }

>
> Tel:  (954) 761-3550
> Fax:  (954) 525-2134
> (*Counsel for Defendant, Phelan Hallinan Diamond & Jones, PLLC*)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 1, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System and furnished a true and correct copy via U.S. Mail to:  **Maria Ferrer**, Plaintiff *Pro Se*, 19827 N.W. 85th Avenue, Miami, FL 33015; Tel: 305-785-8303; Fax: 305-454-8360; Email: ferrer.maria123@gmail.com.

>
> By:   */s/Wendy J. Stein*
> Wendy J. Stein, Esq.
> Fla. Bar No.: 389552
> Counsel for Defendant, Phelan Hallinan
> Diamond & Jones, PLLC