UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:15-cv-20877-RNS

MARIA FERRER,

       Plaintiff,

v.

BAYVIEW LOAN SERVICING, LLC, M&T BANK,
PHELAN HALLINAN DIAMOND & JONES, PLC,
TYLER K. WALKER and KELLY M. CANFIELD,

       Defendants.

_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

       Defendants, BAYVIEW LOAN SERVICING, LLC and M&T BANK ("Defendants") hereby files this Unopposed Motion for Extension of Time within which to file a response to Plaintiff's Complaint and states:

1. Defendants counsel is in need of additional time to prepare a response to Plaintiff's Complaint.

2. Defendants respectfully requests an extension of time to respond to Plaintiff's Complaint, thus giving Defendants until April 8, 2015 to respond to Plaintiff's Complaint.

3. The purpose of this extension is not for purposes of delay but is necessary to properly respond to Plaintiff's Complaint.

4. The requested extension will not result in prejudice to Plaintiff.

       WHEREFORE, Defendants, PENNYMAC LOAN SERVICES, LLC and M&T BANK, respectfully requests that this court enter an Order granting an extension of time through April 8, 2015

for Defendants to file a response to Plaintiff's Complaint and for any other relief this Court deems necessary and proper.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

The undersigned certifies that, prior to filing this motion, he conferred with Plaintiff, regarding the relief requested herein, and Plaintiff has no objection to such relief.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this 2nd day of April, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document will be served by U.S. Mail to: Maria Ferrer, Pro-Se, 19827 NW 85th Avenue, Miami, FL 33015.

**BLANK ROME LLP**
500 East Broward Blvd Suite 2100
Ft. Lauderdale, FL 33432
Telephone: 954-512-1800
Facsimile: 954-512-1818

*/s/ Paul J. Sodhi*
**PAUL J. SODHI, ESQ.**
Florida Bar No. 42353
PSodhi@BlankRome.com
Manuel S. Hiralsdo, ESQ.
Florida Bar No. 30380
MHiraldo@BlankRome.com