UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-cv-20877-SCOLA/OTAZO-REYES

MARIA FERRER,

    Plaintiff,

v.

BAYVIEW LOAN SERVICING LLC; M&T BANK;
PHELAN HALLINAN DIAMOND & JONES, PLLC;
TYLER K. WALKER and KELLY M. CANFIELD,

    Defendants.
_____/

## NOTICE OF APPEARANCE

The law firm of KELLER LANDSBERG PA and Wendy J. Stein file their appearance as Counsel for Defendants, TYLER K. WALKER and KELLY M. CANFIELD in the above-styled cause, and request that copies of all pleadings, motions and court papers be served on the undersigned counsel.

Date:  April 15, 2015.

                                                          Respectfully submitted,

                                                          */s/ Wendy J. Stein*
                                                          Wendy J. Stein, Esq.
                                                          Florida Bar No. 389552
                                                          Emily Romano, Esq.
                                                          Florida Bar No. 92574
                                                          wendy.stein@kellerlandsberg.com
                                                          emily.romano@kellerlandsberg.com
                                                          KELLER LANDSBERG PA
                                                          500 East Broward Boulevard, Ste. 1400
                                                          Fort Lauderdale, FL  33394

{00323130.1 }

1

        Tel:  (954) 761-3550
        Fax:  (954) 525-2134
        (*Counsel for Defendants, Phelan Hallinan Diamond & Jones, PLLC. Tyler Walker, and Kelly Canfield*)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to:

**Paul J. Sodhi, Esq., Manuel S. Hiraldo, Esq.**, Counsel for Defendants, Bayview Loan Servicing LLC and M&T Bank, BLANK ROME LLP, 500 E. Broward Blvd., Suite 2100, Fort Lauderdale, FL 33432; Tel: 954-512-1800; Fax: 954-512-1818; Email: PSodhi@BlankRome.com; Email: MHiraldo@BlankRome.com; and that a true and correct copy was furnished via Email to: **Maria Ferrer**, Plaintiff *Pro Se*, 19827 N.W. 85th Avenue, Miami, FL 33015; Tel: 305-785-8303; Fax: 305-454-8360; Email: ferrer.maria123@gmail.com.

By:    */s/Wendy J. Stein*
      Wendy J. Stein, Esq.
      Fla. Bar No.: 389552
      *Counsel for Defendants, Phelan Hallinan Diamond & Jones, PLLC, Tyler Walker, and Kelly Canfield*