Case 1:15-cv-20877-RNS Document 23 Entered on FLSD Docket 04/15/2015 Page 1 of 2

FILED by____ D.C.
APR 15 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
For the
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARIA FERRER
    Plaintiff

CASE No. 15-CV-20877

v.

BAYVIEW LOAN SERVICING LLC; M&T BANK;
PHELAN HALLINAN DIAMOND & JONES, PLLC;
TYLER K. WALKER and KELLY M. CANFIELD
    Defendant                     /

## PLAINTIFF UNOPPOSED MOTION FOR EXTENTION OF TIME TO REPLY TO DEFENDANT PHELAN HALLINAN DIAMOND & JONES, PLLC MOTION TO DISMISS

Plaintiff, MARIA FERRER *pro se*, ("Plaintiff"), hereby files this Unopposed Motion for Extension of Time for which to file a reply to Defendant's PHELAN HALLINAN DIAMOND & JONES, PLLC Motion to Dismiss complaint and states:

1. Plaintiff is in need of additional time to prepare a reply to Defendant's PHELAN HALLINAN DIAMOND & JONES, PLLC Motion to Dismiss.

2. Plaintiff respectfully requests an extension of time to respond to Defendant said motion thus giving Plaintiff until April 21, 2015 to respond.

3. The purpose of this extension is not for purposes of delay but is necessary to properly respond to said motion. Plaintiff is a *pro se* litigant and not very well versed in the laws of the land and therefore requiring additional time to be able to formulate a proper answer.

4. The requested extension will not result in prejudice to Plaintiff

WHEREFORE, Plaintiff, MARIA FERRER, *pro se* request that this court enter an Order granting an extension of time through April 21, 2015 for Plaintiff to reply to Defendant's PHELAN HALLINAN DIAMOND & JONES, PLLC Motion to Dismiss and for any other relief this Court deems necessary and proper.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

The undersigned certifies that, prior to filing this motion, she conferred with Defendant's counsel, regarding the relief requested herein, and Defendant has no objection to such relief.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this _15_ day of April, 2015 that the foregoing document was filed with the Clerk of Courts and is served by CM/ECF upon entry into the docket on all counsel on the Service List below.

Respectfully submitted,

Maria Ferrer, *Pro Se*
19827 NW 85th Avenue
Miami, Florida 33015
Telephone: (305) 785-8303
Facsimile: (305) 454-8360
Service: ferrer.maria123@gmail.com

By: _____
Maria Ferrer, *Pro Se*

## Service List

Paul J. Sodhi, Esq.
Blank Rome, LLP
500 E. Broward Blvd, Suite 2100
Ft. Lauderdale, FL  33394
Tel: (954) 512-1800
Fax: (954) 512-1818

Wendy J. Stein, Esq.
Keller Landsberg, P.A.
500 E. Broward Blvd, Suite 1400
Ft. Lauderdale, FL  33394
Tel: (954) 761-3550
Fax: (954) 525-2134