UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-20877-CIV-SCOLA

FILED by \_\_\_\_\_ D.C.
APR 2 1 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

MARIA FERRER
    Plaintiff

v.

BAYVIEW LOAN SERVICING LLC; M&T BANK;
PHELAN HALLINAN DIAMOND & JONES, PLLC;
TYLER K. WALKER and KELLY M. CANFIELD
    Defendant                 /

## NOTICE OF ACCEPTANCE OF SERVICE FOR KELLY CANFIELD

Plaintiff, MARIA FERRER *pro se*, ("Plaintiff"), hereby files this Notice of Acceptance of Service for Kelly Canfield pursuant to Fed. R. Civ P. 4(e)(2)(C) and states as follows:

The law firm of KELLER LANDSBERG, PA and Wendy Stein, Esq. has agreed to accepted the Summon on behalf of Kelly Canfield effective, Monday April 13, 2015 (see attached Exhibit "A").

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this 21 day of April, 2015 that the foregoing document was filed with the Clerk of Courts and is served by CM/ECF upon entry into the docket on all counsel on the Service List below.

Respectfully submitted,

Maria Ferrer, *Pro Se*
19827 NW 85th Avenue
Miami, Florida 33015
Telephone: (305) 785-8303
Facsimile: (305) 454-8360
Service: ferrer.maria123@gmail.com

By: _____
Maria Ferrer, *Pro Se*

## Service List

Paul J. Sodhi, Esq.
Blank Rome, LLP
500 E. Broward Blvd, Suite 2100
Ft. Lauderdale, FL  33394
Tel: (954) 512-1800
Fax: (954) 512-1818

Wendy J. Stein, Esq.
Keller Landsberg, P.A.
500 E. Broward Blvd, Suite 1400
Ft. Lauderdale, FL  33394
Tel: (954) 761-3550
Fax: (954) 525-2134

# EXHIBIT

# "A"

# Maria Ferrer

| | |
|---|---|
| **From:** | Wendy Stein [wendy.stein@kellerlandsberg.com] |
| **Sent:** | Tuesday, April 14, 2015 4:14 PM |
| **To:** | Maria Ferrer |
| **Cc:** | Marie Sanchez |
| **Subject:** | RE: Maria Ferrer v. Phelan Hallinan Diamond & Jones, PLLC; Case No. 15-CV-20877-SCOLA |

When we spoke, I forgot to tell you that I have permission to accept service for both Tyler as well as Kelly. I consider him served today and Kelly served yesterday.

I look forward to hearing from you.

Wendy