UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-20877-CIV-SCOLA

MARIA FERRER,

    Plaintiff,

v.

BAYVIEW LOAN SERVICING LLC; et al.,

    Defendants.

_____/

**DEFENDANTS, TYLER K. WALKER and KELLY M. CANFIELD'S NOTICE OF JOINDER IN DEFENDANT, PHELAN HALLINAN DIAMOND & JONES, PLLC'S MOTION TO DISMISS AND INCORPORATED MEMORANDUM OF LAW AND REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendants, TYLER K. WALKER and KELLY M. CANFIELD, hereby file this Notice and state as follows:

1. Defendant, PHELAN HALLINAN DIAMOND & JONES, PLLC filed its Motion to Dismiss and Incorporated Memorandum of Law on April 1, 2015 [DE 15].

2. Defendant, PHELAN HALLINAN DIAMOND & JONES, PLLC filed its Reply in Support of its Motion to Dismiss on May 4, 2015 [DE 29].

3. Defendants, TYLER K. WALKER and KELLY M. CANFIELD do hereby join in and incorporate these legal arguments as though fully set forth herein.

Date:  May 4, 2015.

                                        Respectfully submitted,

                                        */s/ Wendy J. Stein*
Wendy J. Stein, Esq.
Florida Bar No. 389552
Emily Romano, Esq.
Florida Bar No. 92574
wendy.stein@kellerlandsberg.com
emily.romano@kellerlandsberg.com
KELLER LANDSBERG PA
500 East Broward Boulevard, Ste. 1400
Fort Lauderdale, FL  33394
Tel:   (954) 761-3550
Fax:   (954) 525-2134
(*Counsel for Defendants, Phelan Hallinan Diamond & Jones, PLLC. Tyler Walker, and Kelly Canfield*)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 4, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System and furnished a true and correct copy via U.S. Mail to:  **Maria Ferrer**, Plaintiff *Pro Se*, 19827 N.W. 85th Avenue, Miami, FL 33015; Tel: 305-785-8303; Fax: 305-454-8360; Email: ferrer.maria123@gmail.com.

By:   */s/Wendy J. Stein*
Wendy J. Stein, Esq.
Fla. Bar No.: 389552
Counsel for Defendant, Phelan Hallinan
Diamond & Jones, PLLC