UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-20877-CIV-SCOLA

MARIA FERRER
       Plaintiff

v.

BAYVIEW LOAN SERVICING LLC; M&T BANK;
PHELAN HALLINAN DIAMOND & JONES, PLLC;
TYLER K. WALKER and KELLY M. CANFIELD
       Defendant               /

FILED by _____ D.C.
MAY 08 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

## PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Fed. R. Civ 26(a)(1), the Plaintiff, MARIA FERRER *pro se*, ("Plaintiff"), makes the following initial disclosures based on the information currently and reasonably available to the Plaintiff:

### A. Individuals Likely to Have Discoverable Information Supporting Plaintiff's Claims

1. Maria Ferrer
   19827 NW 85 Ave
   Miami, FL 33015
   This individual has knowledge of issues relevant to this case.

2. Rebecca Bingham
   JPMorgan Chase Bank, N.A.,
   1111 Polaris Parkway,
   Columbus, Ohio 43240-2031
   This individual has knowledge of issues relevant to this case, including but not limited to Defendant(s) and/or MERS' operations, practices and assets obtained by Chase through Assignment from MERS.

3. Cynthia Riley
   Jacksonville, FL
   This individual has knowledge of issues relevant to this case.

4. Lawrence Nardi
   Orlando, FL
   This individual is likely to have knowledge of the issues relevant to this case.

5. Owei Belleh, Esq.
   Phelan, Hallinan, Diamond & Jones, PLLC
   2727 West Cypress Creek Road
   Ft. Lauderdale, FL 33309
   This individual has knowledge of the issues relevant to this case.

6. Kathleen Evans
   Vice President, Retail Servicing
   M&T Bank
   1 Fountain Plaza, 7th Floor
   Buffalo, NY 14203
   This individual has knowledge of the issues relevant to this case.

7. Lisa Fiorello
   Asset Manager
   Bayview Loan Servicing, LLC
   4425 Ponce de Leon Blvd, 5th Floor
   Coral Gables, FL 33146
   This individual has knowledge of the issues relevant to this case.

8. Chase records custodian with the most knowledge with regard to correspondence dated October 10, 2008.
   3415 Vision Drive
   Columbus, OH 43219
   This individual is likely to have knowledge of the issues relevant to this case.

9. Chase records custodian with the most knowledge with regard to correspondence dated February 25, 2013 that was sent to Plaintiff
   2210 Enterprise Dr.
   Florence, SC 29501
   This individual is likely to have knowledge of the issues relevant to this case.

10. Bayview Loan Servicing, LLC, SAI Escalations Department records custodian with the most knowledge with regard to correspondence dated April 14, 2015.
    4425 Ponce De Leon Blvd 5th Floor
    Coral Gables, FL 33146

11. Any and all witnesses listed by Defendant

## B. **Documents Plaintiff May Use to Support Her Claims**

1. Any and all correspondence/communications from Defendant Phelan, Hallinan, Diamond & Jones, PLLC and their representatives to Plaintiff together with attachments (if applicable).
2. Any and all correspondence/communications from Defendant M&T Bank and their representatives to Plaintiff together with attachments (if applicable).
3. Any and all correspondence/communications from Bayview and their representatives to Plaintiff together with attachments (if applicable).
4. Any and all correspondence/communications from Chase Bank N.A, Chase Home Loans to Plaintiff together with attachments (if applicable).

    5. Phone records as well as documentation of Defendant Bayview numerous phone calls to Plaintiff.
    6. Defendant(s) system notes, accounting notes, Bates records, logs and files.
    7. Any and all documents listed by Defendant(s).

## C. Damages

Plaintiff seeks:

1. $1,000 in statutory damages and/or actual damages for violation of the Fair Debt Collections Practices Act "FDCPA";

2. $1,000 in statutory damages and/or actual damages for violation of the Florida Consumer Collections Practices Act "FCCPA"

3. $1,500 in statutory damages and/or actual damages for each violation of the Telephone Consumer Protection Act "TCPA"

4. Equitable relief as the court deems necessary or proper; and,

5. Court fees and costs, and attorney fees, if any.

## D. Insurance

N/A – It is unknown to the Plaintiff if the Defendant(s) have any insurance coverage applicable to the claims in the complaint — such information should be disclosed by the Defendants.

Dated: May 8, 2015

Respectfully submitted,

Maria Ferrer, *Pro Se*
19827 NW 85th Avenue
Miami, Florida 33015
Telephone: (305) 785-8303
Facsimile: (305) 454-8360
Service: ferrer.maria123@gmail.com

By: _____
Maria Ferrer, *Pro Se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was serviced by e-mail to the Service List below this 8th day of May, 2015.

By: _____
Maria Ferrer, *Pro Se*

## SERVICE LIST

BLANK ROME LLP
*Attorneys for Defendants, Bayview Loan Servicing LLC and M&T Bank*
500 E. Broward Boulevard
Suite 2100
Fort Lauderdale, FL 33432
(954) 512-1800 – Telephone
(954) 512-1818 – Facsimile
PSodhi@BlankRome.com
MHiraldo@BlankRome.com

KELLER LANDSBERG, P.A.
*Attorneys for Defendants, Phelan Hallinan Diamond & Jones, PLLC, Walker, and Canfield*
500 E. Broward Boulevard
Suite 1400
Fort Lauderdale, FL 33394
(954) 761-3550 - Telephone
(954) 525-2134 - Facsimile
wendy.stein@kellerlandsberg.com
emily.romano@kellerlandsberg.com