UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-20877-CIV-SCOLA

MARIA FERRER,

    Plaintiff,

v.

BAYVIEW LOAN SERVICING, LLC; et al.,

    Defendants.

_____/

**DEFENDANTS, PHELAN HALLINAN DIAMOND & JONES, PLLC, TYLER K. WALKER AND KELLY M. CANFIELD'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendants, PHELAN HALLINAN DIAMOND & JONES, PLLC ("Phelan"), TYLER K. WALKER ("Walker") and KELLY M. CANFIELD ("Canfield"), serve their Certificate of Interested Persons, and Phelan's Corporate Disclosure Statement, and disclose the following parties that may have an interest in the outcome of this action:

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS**

1. Phelan Hallinan Diamond & Jones, PLLC.
2. Tyler K. Walker.
3. Kelly M. Canfield.
4. Bayview Loan Servicing, LLC.
5. M&T Bank.
6. Maria Ferrer.
7. Keller Landsberg PA.

{00330509.1 }

1

Keller Landsberg PA
Broward Financial Centre, 500 E. Broward Boulevard, Suite 1400, Fort Lauderdale, FL  33394

8. Wendy J. Stein, Esq.

9. Emily G. Romano, Esq.

10. Blank Rome LLP.

11. Paul J. Sodhi, Esq.

12. Manuel S. Hiraldo, Esq.

Defendants, Phelan, Walker, and Canfield hereby certify that, except as disclosed above, they are unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

## PHELAN'S CORPORATE DISCLOSURE STATEMENT

There is no parent corporation or publicly held corporation owning 10% or more of Phelan.

Date:  May 26, 2015.

Respectfully submitted,

*/s/ Wendy J. Stein*
Wendy J. Stein, Esq.
Florida Bar No. 389552
Emily Romano, Esq.
Florida Bar No. 92574
wendy.stein@kellerlandsberg.com
emily.romano@kellerlandsberg.com
KELLER LANDSBERG PA
500 East Broward Boulevard, Ste. 1400
Fort Lauderdale, FL  33394
Tel:   (954) 761-3550
Fax:  (954) 525-2134
(*Counsel for Defendants, Phelan Hallinan Diamond & Jones, PLLC. Tyler Walker, and Kelly Canfield*)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2015, I e-served the foregoing on: **Paul J. Sodhi, Esq., Manuel S. Hiraldo, Esq.**, Counsel for Defendants, Bayview Loan Servicing LLC and M&T Bank, BLANK ROME LLP, 500 E. Broward Blvd., Suite 2100, Fort Lauderdale, FL 33432; Tel: 954-512-1800; Fax: 954-512-1818; Email: PSodhi@BlankRome.com; Email: MHiraldo@BlankRome.com; and that a true and correct copy was furnished via Email and U.S. Mail to: **Maria Ferrer**, Plaintiff *Pro Se*, 19827 N.W. 85th Avenue, Miami, FL 33015; Tel: 305-785-8303; Fax: 305-454-8360; Email: ferrer.maria123@gmail.com.

                          By:   */s/Wendy J. Stein*
                                Wendy J. Stein, Esq.
                                Fla. Bar No.: 389552
                                Counsel for Defendants, Phelan Hallinan Diamond & Jones, PLLC, Walker, and Canfield