UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:15-cv-20877-SCOLA/OTAZO-REYES

MARIA FERRER,
Plaintiff(s),
v.
BAYVIEW LOAN SERVICING LLC; M&T BANK;
PHELAN HALLINAN DIAMOND & JONES, PLLC;
TYLER K. WALKER and KELLY M. CANFIELD,
Defendant(s).
_____/

Maria Ferrer, Esquire
19827 N.W. 85th Avenue
Miami, FL 33015
Email: ferrer.maria123@gmail.com

Paul J. Sodhi, Esquire
Manuel Hiraldo, Esquire
Blank Rome, LLP
500 E. Broward Boulevard, Suite 2100
Fort Lauderdale, FL 33394
Email: psodhi@blankrome.com
mhiraldo@blankrome.com

FILED BY _____ D.C.

JUL - 8 2015

Wendy Stein, Esquire
Keller Landsberg, P.A.
500 E. Broward Blvd., Suite 1400
Ft. Lauderdale, FL 33394-3024
Email: wendy.stein@kellerlandsberg.com
lydia.dellatto@kellerlandsberg.com

## NOTICE OF MEDIATION

**YOU ARE HEREBY NOTIFIED,** pursuant to the agreement of the parties and the provisions of Florida Statutes Chapter 44, that a Mediation Conference has been scheduled as follows:

*Mediator:* **Samuel L. Heller**
*Mediation Date:* **August 11, 2015**
*Mediation Time:* **1:00pm**
*Mediation Location:* **Keller Landsberg, P.A., 500 E. Broward Boulevard, Suite 1400, Fort Lauderdale, FL 33394**
*Time Reserved:* **4.00 Hours**

The terms and provisions of the confirmation letter accompanying this Notice of Mediation are hereby incorporated by reference into this Notice of Mediation.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled to the provision of certain assistance at no cost to you. Please contact the ADA Coordinator in the Administrative office of Upchurch Watson White & Max, 125 S. Palmetto Avenue, Daytona Beach, FL 32114, Telephone 386-253-1560 or 800-264-2622, within two (2) working days of receipt of this Notice of Mediation.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mediation has been served by e-mail to the above named addressees on Monday, July 06, 2015.

UPCHURCH WATSON WHITE & MAX
Royal Palm at Southpointe
900 South Pine Island Road, Suite 410
Plantation, FL 33324
Phone: 954-423-8856 / Fax: 954-334-2838
Toll Free: 800-863-1462
Website: www.uww-adr.com

BY: _____
Samuel L. Heller, Esquire
FL Bar No. 35148

DAYTONA BEACH ♦ MAITLAND/ORLANDO ♦ JACKSONVILLE ♦ FORT LAUDERDALE ♦ WEST PALM BEACH ♦ MIAMI ♦ BIRMINGHAM

attn: Clerk of the Court
US Federal Building,
299 East Broward Blvd., #108
Fort Lauderdale, FL 33301

Royal Palm II at SouthPointe
900 South Pine Island Road, Suite 410
Plantation, FL 33324