UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-20877-CIV-SCOLA

MARIA FERRER
    Plaintiff

v.

BAYVIEW LOAN SERVICING LLC; M&T BANK;
PHELAN HALLINAN DIAMOND & JONES, PLLC;
TYLER K. WALKER and KELLY M. CANFIELD
    Defendant    /

FILED by _____ D.C.
JUL 31 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## NOTICE OF NON-COMPLIANCE

**COMES NOW,** the Plaintiff, MARIA FERRER, pro se, ("Plaintiff"), and states as follows:

Opposing Counsel has failed to send via US Mail or E-mail a copy of DE #43 which was filed in the CM ECF system on July 20, 2015. Plaintiff does not have access to the CM ECF system and therefore Plaintiff is being prejudice by not receiving proper notice of documents being filed with the court.

WHEREFORE, Plaintiff moves this honorable court to instruct Defendant's Counsel to follow the rules and make proper service of all filings.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this 31 day of July, 2015 that the foregoing document was filed with the Clerk of Courts and is served by CM/ECF upon entry into the docket on all counsel on the Service List below.

Respectfully submitted,

Maria Ferrer, *Pro Se*
19827 NW 85th Avenue
Miami, Florida 33015
Telephone: (305) 785-8303
Facsimile: (305) 454-8360
Service: ferrer.maria123@gmail.com

By: _____

Maria Ferrer, *Pro Se*

## SERVICE LIST

BLANK ROME LLP
*Attorneys for Defendants, Bayview*
*Loan Servicing LLC and M&T Bank*
500 E. Broward Boulevard
Suite 2100
Fort Lauderdale, FL 33432
(954) 512-1800 – Telephone
(954) 512-1818 – Facsimile
PSodhi@BlankRome.com
MHiraldo@BlankRome.com

KELLER LANDSBERG, P.A.
*Attorneys for Defendants, Phelan Hallinan*
*Diamond & Jones, PLLC, Walker, and Canfield*
500 E. Broward Boulevard
Suite 1400
Fort Lauderdale, FL 33394
(954) 761-3550 - Telephone
(954) 525-2134 - Facsimile
wendy.stein@kellerlandsberg.com
emily.romano@kellerlandsberg.com