UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-20877-CIV-SCOLA

MARIA FERRER
    Plaintiff

v.

BAYVIEW LOAN SERVICING LLC; M&T BANK;
PHELAN HALLINAN DIAMOND & JONES, PLLC;
TYLER K. WALKER and KELLY M. CANFIELD
    Defendant_____/

FILED by ____ D.C.
JUL 31 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## NOTICE OF CLARIFICATION

**COMES NOW,** the Plaintiff, MARIA FERRER, pro se, ("Plaintiff"), and states as follows:

Plaintiff will like to clarify statements made by Defendants in their *Defendant's Reply in Support of Its Motion to Strike Plaintiffs' Jury Trial Demand* (DE #43 pg 2 ¶ 2) in which they stated that the First Amended Complaint was filed on March 25, 2105.  In fact the First Amended Complaint was filed and entered in the CM ECF system on March 4, 2015 (see DE #7).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this 31 day of July, 2015 that the foregoing document was filed with the Clerk of Courts and is served by CM/ECF upon entry into the docket on all counsel on the Service List below.

Respectfully submitted,

Maria Ferrer, *Pro Se*

19827 NW 85th Avenue
Miami, Florida 33015
Telephone: (305) 785-8303
Facsimile: (305) 454-8360
Service: ferrer.maria123@gmail.com

By: _____
Maria Ferrer, *Pro Se*

## SERVICE LIST

BLANK ROME LLP
*Attorneys for Defendants, Bayview Loan Servicing LLC and M&T Bank*
500 E. Broward Boulevard
Suite 2100
Fort Lauderdale, FL 33432
(954) 512-1800 – Telephone
(954) 512-1818 – Facsimile
PSodhi@BlankRome.com
MHiraldo@BlankRome.com

KELLER LANDSBERG, P.A.
*Attorneys for Defendants, Phelan Hallinan Diamond & Jones, PLLC, Walker, and Canfield*
500 E. Broward Boulevard
Suite 1400
Fort Lauderdale, FL 33394
(954) 761-3550 - Telephone
(954) 525-2134 - Facsimile
wendy.stein@kellerlandsberg.com
emily.romano@kellerlandsberg.com