UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-20877-CIV-SCOLA

MARIA FERRER,

    Plaintiff,

v.

BAYVIEW LOAN SERVICING LLC; et al.,

    Defendants.
_____/

**DEFENDANTS, PHELAN HALLINAN DIAMOND
& JONES, PLLC, TYLER K. WALKER AND KELLY M. CANFIELD'S
NOTICE OF JOINDER IN DEFENDANTS BAYVIEW LOAN SERVICING,
LLC'S AND M&T BANK'S MOTION TO STAY PROCEEDINGS
PURSUANT TO THE *COLORADO RIVER* DOCTRINE**

Defendants, PHELAN HALLINAN DIAMOND & JONES, PLLC, TYLER K. WALKER and KELLY M. CANFIELD, hereby file this Notice and state as follows:

1. Defendants BAYVIEW LOAN SERVICING, LLC and M&T BANK filed their Motion to Stay Proceedings Against Bayview and M&T Pursuant to the *Colorado River* Doctrine on August 5, 2015 [DE 51].

2. Defendants, PHELAN HALLINAN DIAMOND & JONES, PLLC, TYLER K. WALKER, and KELLY M. CANFIELD do hereby join in and incorporate these legal arguments as though fully set forth herein.

{00349218.1 }

1

Keller Landsberg PA
Broward Financial Centre, 500 E. Broward Boulevard, Suite 1400, Fort Lauderdale, FL  33394

Date:  August 18, 2015.

        Respectfully submitted,

        */s/ Wendy J. Stein*
        Wendy J. Stein, Esq.
        Florida Bar No. 389552
        Emily Romano, Esq.
        Florida Bar No. 92574
        wendy.stein@kellerlandsberg.com
        emily.romano@kellerlandsberg.com
        KELLER LANDSBERG PA
        500 East Broward Boulevard, Ste. 1400
        Fort Lauderdale, FL  33394
        Tel:   (954) 761-3550
        Fax:  (954) 525-2134
        (*Counsel for Defendants, Phelan Hallinan Diamond & Jones, PLLC. Tyler Walker, and Kelly Canfield*)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 18, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to: **Paul J. Sodhi, Esq., Manuel S. Hiraldo, Esq.**, Counsel for Defendants, Bayview Loan Servicing LLC and M&T Bank, BLANK ROME LLP, 500 E. Broward Blvd., Suite 2100, Fort Lauderdale, FL 33432; Tel: 954-512-1800; Fax: 954-512-1818; Email: PSodhi@BlankRome.com; Email: MHiraldo@BlankRome.com; and that a true and correct copy was furnished via U.S. Mail to: **Maria Ferrer**, Plaintiff *Pro Se*, 19827 N.W. 85th Avenue, Miami, FL 33015; Tel: 305-785-8303; Fax: 305-454-8360; Email: ferrer.maria123@gmail.com.

By:    /s/Wendy J. Stein
       Wendy J. Stein, Esq.
       Fla. Bar No.: 389552
       Counsel for Defendant, Phelan Hallinan
       Diamond & Jones, PLLC