UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-20877-CIV-SCOLA

MARIA FERRER,

    Plaintiff,

v.

BAYVIEW LOAN SERVICING LLC; et al.,

    Defendants.

_____/

**DEFENDANTS, PHELAN HALLINAN DIAMOND & JONES, PLLC, TYLER K. WALKER AND KELLY M. CANFIELD'S NOTICE TO STRIKE DOCKET ENTRY 53**

    Defendants, PHELAN HALLINAN DIAMOND & JONES, PLLC, TYLER K. WALKER and KELLY M. CANFIELD, hereby file this Notice and state as follows:

    1.    On August 18, 2015, Defendants, PHELAN HALLINAN DIAMOND & JONES, PLLC, TYLER K. WALKER and KELLY M. CANFIELD filed its Notice of Joinder in Defendants BAYVIEW LOAN SERVICING, LLC and M&T BANK's Motion to Stay Proceedings Pursuant to the *Colorado River* Doctrine [DE 53].

    2.    The Notice of Joinder was filed using docket title "Notice of Consent to Join" which is an entry to join as a party plaintiff. That was incorrect and not undersigned counsel's intent when filing the Notice of Joinder.

    3.    Undersigned counsel requests that Docket Entry 53 be stricken from the record. Undersigned counsel will re-file the Notice of Joinder using the appropriate docket title as instructed by the Clerk of Court.

{00349332.1 }

1

Date:  August 19, 2015.

        Respectfully submitted,

        */s/ Wendy J. Stein*
        Wendy J. Stein, Esq.
        Florida Bar No. 389552
        Emily Romano, Esq.
        Florida Bar No. 92574
        wendy.stein@kellerlandsberg.com
        emily.romano@kellerlandsberg.com
        KELLER LANDSBERG PA
        500 East Broward Boulevard, Ste. 1400
        Fort Lauderdale, FL  33394
        Tel:   (954) 761-3550
        Fax:   (954) 525-2134
        (*Counsel for Defendants, Phelan Hallinan Diamond & Jones, PLLC. Tyler Walker, and Kelly Canfield*)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 19, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to: **Paul J. Sodhi, Esq., Manuel S. Hiraldo, Esq.**, Counsel for Defendants, Bayview Loan Servicing LLC and M&T Bank, BLANK ROME LLP, 500 E. Broward Blvd., Suite 2100, Fort Lauderdale, FL 33432; Tel: 954-512-1800; Fax: 954-512-1818; Email: PSodhi@BlankRome.com; Email: MHiraldo@BlankRome.com; and that a true and correct copy was furnished via U.S. Mail to: **Maria Ferrer**, Plaintiff *Pro Se*, 19827 N.W. 85th Avenue, Miami, FL 33015; Tel: 305-785-8303; Fax: 305-454-8360; Email: ferrer.maria123@gmail.com.

By:    */s/Wendy J. Stein*
      Wendy J. Stein, Esq.
      Fla. Bar No.: 389552
      Counsel for Defendant, Phelan Hallinan
      Diamond & Jones, PLLC