UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20877-CIV-SCOLA/OTAZO-REYES

MARIA FERRER,

    *Pro-se* Plaintiff,

v.

BAYVIEW LOAN SERVICING,
LLC., and M&T BANK,

    Defendants.
_____/

## ORDER SETTING HEARING ON MOTIONS

THIS CAUSE is before the Court upon Plaintiff Maria Ferrer's ("Plaintiff") Motion to Strike Defendant Bayview Loan Servicing, LLC.'s Objections and Compel Better Responses to Request for Admissions, 1st Request for Production, 1st Set of Interrogatories, Extend Interrogatories and In Camera Review of Privileged Documents (hereafter, "Motion to Compel") [D.E. 57]; and Defendants Bayview Loan Servicing, LLC. and M&T Bank's ("Defendants") Motion for Protective Order [D.E. 58] (collectively, "Motions"). These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Robert N. Scola, Jr., United States District Judge [D.E. 6]. Upon due consideration, it is

ORDERED AND ADJUDGED that a telephonic hearing on the Motions is hereby set for **Thursday, August 27, 2015 at 4:00 P.M. at the United States District Court, 301 North Miami Ave., Miami, Florida, Tenth Floor.** Defendants shall timely notify all interested parties and shall be responsible for placing a conference call to (305) 523-5740 at the appointed time.

2

DONE AND ORDERED in Chambers at Miami, Florida this 24th day of August 2015.

*/s/ Alicia M. Otazo-Reyes*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies provided by CM/ECF to:

United States District Judge Robert N. Scola, Jr.
Counsel of Record


Copies provided by mail to:

Maria Ferrer, *Pro-se* Plaintiff
19827 NW 85 Ave
Miami, FL 33015

2