

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-20877-CIV-SCOLA

**MARIA FERRER**
    Plaintiff

v.

**BAYVIEW LOAN SERVICING LLC; M&T BANK;
PHELAN HALLINAN DIAMOND & JONES, PLLC;
TYLER K. WALKER and KELLY M. CANFIELD**
    Defendant      /

## PLAINTIFF'S MOTION FOR SANCTIONS

**NOW COMES** Plaintiff, MARIA FERRER *pro se,* ("Plaintiff"), hereby files this Plaintiff's Motion for Sanctions pursuant to Fed. R. Civ. P. 11(c)(2) and states as follows:

1. On June 24, 2015 Plaintiff served on Defendants BAYVIEW LOAN SERVICING, LLC ("BAYVIEW") Request for Admissions; 1st Request for Production; and 1st Set of Interrogatories for the purposes of securing information that is important to Plaintiff in the investigation and preparation of this trial.

2. The Request conforms to the requirements of Fed. R. Civ P. 36, 34 and 33 (respectively) the Local Rules of the Court, and the Rule 26(f) Discovery Plan, and Scheduling Order and Order of Referral to Mediation entered by the court on May 4, 2015.

3. On August 3, 2015 after a one week extension, which was granted by Plaintiff in good faith to answer, BAYVIEW responded to Request for Admissions; and 1st Request for Production with evasive and incomplete disclosure, answers or responses. Simultaneously BAYVIEW motioned the Court for an extension to time to answer 1st Set of Interrogatories indicating that they were in need for additional time to respond (DE # 46). Once the deadline passed, BAYVIEW responded with nothing more than a blanket object to

Interrogatories 1-10 and refused to answer 11-25 as, according to them, it exceeded the number of Interrogatories allowed by Fed. R. Civ. P 33(a)(1) using the court's valuable resources to deal with this frivolous motion.  Responding with evasive or incomplete disclosure, an answer, or response must be treated as a failure to disclose, answer and respond pursuant to Fed. R. Civ. P. 37(a)(4).

4.      With regard to the Request for Production, BAYVIEW failed to include the documents in their responses to Request for Productions #11, 20, 21, 22, 23, 24 & 28. Plaintiff corresponded with BAYVIEW through e-mail to have the documents delivered or Plaintiff would pick them up (see Exhibit "A").  It is apparent from this sequence of e-mails that BAYVIEW is using obstructionist and dilatory tactics against Plaintiff in order to run out her discovery time.

5.      On August 17, 2015, after multiple delay tactics to avoid conferring, Plaintiff conferred with BAYVIEW with regards to their answers to Plaintiff discovery and were not able to come to an amicable solution as they refused to amend their answers.

6.      BAYVIEW has used a obstructionist and dilatory tactics and has mired Plaintiff discovery time, precluding her from proper preparation prior to trial.

7.      Therefore Plaintiff had no other alternative to but to file before this Court a Motion to Compel (DE #57) of which the court has granted a telephonic hearing which is scheduled for Thursday, August 27, 2015 at 4:00 p.m. and Plaintiff is requesting that this instant Plaintiff's Motion for Sanctions be also heard.

WHEREFORE, Plaintiff moves this court to grant Plaintiff sanctions against defendant pursuant Fed. R. Civ. P. 11 (b)(2)(4) and request the following relief:

(a) An Order to pay a penalty into the Court consistent with this court's discretion.

(b) Strike all of Bayview answers to Request for Admissions, 1st Request for Production and 1st Set of Interrogatories and compel answers free of any objections.

(c) Extend discovery deadline for 60 days in order for Plaintiff properly complete all fact discovery including but not limited to depositions, expert witness testimony etc.

(d) Have attorney be sent to remedial training as set by the court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this 25th day of August, 2015 that the foregoing document was filed with the Clerk of Courts and is served by CM/ECF upon entry into the docket on all counsel on the Service List below.

<div style="text-align:right">

Respectfully submitted,

Maria Ferrer, *Pro Se*
19827 NW 85th Avenue
Miami, Florida 33015
Telephone: (305) 785-8303
Facsimile: (305) 454-8360
Service: ferrer.maria123@gmail.com

By: _____
Maria Ferrer, *Pro Se*

</div>

## SERVICE LIST

BLANK ROME LLP
*Attorneys for Defendants, Bayview*
*Loan Servicing LLC and M&T Bank*
500 E. Broward Boulevard
Suite 2100
Fort Lauderdale, FL 33432
(954) 512-1800 – Telephone
(954) 512-1818 – Facsimile
PSodhi@BlankRome.com
MHiraldo@BlankRome.com

# **AFFIDAVIT**

STATE OF FLORIDA            )
                            ) ss
COUNTY OF MIAMI-DADE        )

BEFORE ME the undersigned authority, personally appeared Maria Ferrer, who being by me first duly sworn, deposes and says:

1. My name is Maria Ferrer ("Affiant") and I am over eighteen (18) years of age.

2. I went to the offices of BlankRome LLP located at 500 E Broward Blvd, Suite 2100 Ft. Lauderdale, FL 33394 on August 7, 2015 at 3:00 p.m. to pick up the discovery documents which were to be furnished to me by Manuel Hiraldo, Esq or Paul Sodhi, Esq. pursuant to Request for Production propounded to the Law firm as counsel for Bayview Loan Servicing, LLC and M&T Bank in the matter styled *Ferrer v. Bayview Loan Servicing, LLC et. at. Case No 15-CV-20877 RNS.*

3. At my arrival I was met by Mr. David Drury, Office Manager of BlankRome, LLP (see attached copy of business card) in which I informed him that I was there to pick up document from Mr. Hiraldo or Mr. Sodhi.

4. He excused himself and went to the office of Mr. Hiraldo and/or Mr. Sodhi.

5. Upon his return he informed me that Sara Cianci, Mr. Hiraldo's assistant informed him that the documents were not available for pick.

I hereby affirm to the best of my knowledge and belief, that the information herein is true, correct and complete.

Execute this 9TH day of August, 2015.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
MARIA FERRER

STATE OF FLORIDA            )
                            ) ss
COUNTY OF MIAMI-DADE        )

Sworn to and subscribed before me this 9TH day of August, 2015, by Maria Ferrer, who is personally known to me or who has provided a Florida driver's license as identification.

_____
Notary Public -- State of Florida
Printed Name: _____
(Seal)

# Maria Ferrer

**From:** Sodhi, Paul J. [PSodhi@blankrome.com]
**Sent:** Tuesday, August 18, 2015 12:06 PM
**To:** Maria Ferrer; Hiraldo, Manuel S.
**Subject:** Re: Request for Production

Good afternoon,

The documents will not be ready at 1. However they should be ready at 3:30 and manny will be here if you would like to pick them up. If not, I can overnight them when I return from my pro bono at legal aide this afternoon.

Sent from my iPhone

On Aug 18, 2015, at 9:55 AM, Maria Ferrer <ferrer.maria123@gmail.com> wrote:

> Please confirm that I will be able to pick up Jump drive with the documents at 1:00 p.m.
>
> Maria Ferrer
>
> **From:** Sodhi, Paul J. [mailto:PSodhi@blankrome.com]
> **Sent:** Monday, August 17, 2015 2:29 PM
> **To:** Maria Ferrer
> **Subject:** RE: Request for Production
>
> I cannot make 2:30 – may be able to call you around 3:15? If not I will be available at 5? Let me know.
>
> **From:** Maria Ferrer [mailto:ferrer.maria123@gmail.com]
> **Sent:** Monday, August 17, 2015 12:51 PM
> **To:** Sodhi, Paul J.
> **Subject:** RE: Request for Production
>
> How about 2:30
>
> **From:** Sodhi, Paul J. [mailto:PSodhi@blankrome.com]
> **Sent:** Monday, August 17, 2015 11:59 AM
> **To:** Maria Ferrer; Hiraldo, Manuel S.
> **Subject:** RE: Request for Production
>
> Does 3:30 work?
>
> **From:** Maria Ferrer [mailto:ferrer.maria123@gmail.com]
> **Sent:** Monday, August 17, 2015 8:20 AM
> **To:** Sodhi, Paul J.; Hiraldo, Manuel S.
> **Subject:** RE: Request for Production
>
> Good morning Paul,
>
> I was able to free up my time this afternoon to confer with you with regards to my discovery issues. I will be available after 1:00 p.m. Please advise time that we can confer.

1

Look forward to your response,

Maria Ferrer

---

**From:** Sodhi, Paul J. [mailto:PSodhi@blankrome.com]
**Sent:** Thursday, August 13, 2015 4:23 PM
**To:** Maria Ferrer; Hiraldo, Manuel S.
**Subject:** RE: Request for Production

Good Afternoon Maria,

Given that you are unavailable on Monday and I am unavailable on Friday, it may be best to communicate via email. Accordingly, I will review your issues and prepare a response to you by early next week regarding the interrogatories and requests for production.

Regarding the documents we are producing, I am conducting a review of the documents that we intend to produce and should be able to transmit copies of those documents via a cd or jumpdrive by <u>Thursday of next week</u>. I can mail the documents or you can come pick them up if you would like. Please let me know what will work for you.


**Paul J. Sodhi | Blank Rome LLP**
Broward Financial Centre 500 East Broward Boulevard Suite 2100 | Fort Lauderdale, FL 33394
Phone: 954.512.1812 | Fax: 954.512.1782 | Email: PSodhi@BlankRome.com

**From:** Maria Ferrer [mailto:ferrer.maria123@gmail.com]
**Sent:** Thursday, August 13, 2015 2:58 PM
**To:** Sodhi, Paul J.; Hiraldo, Manuel S.
**Subject:** RE: Request for Production

I will not be available on Monday, therefore we would need to have the good faith conference no later than tomorrow (8/14/14) at 5:00 p.m. I am available all day just let me know what time is good for you. If you are not available, then we can correspond via e-mail to address the issues.

I e-mail is very detailed with regards to my objections.

Also I still need to get the documents referenced in your responses 1, 11, 20, 21, 22, 23, 24 & 28. I already made a good faith attempt to pick up these documents from you last week and they were not available. Therefore you must provide them by end of business day today (8/13/15) via PDF format pursuant to the Joint Discovery Plan and conference Report.

Best regards,

Maria Ferrer

---

**From:** Sodhi, Paul J. [mailto:PSodhi@blankrome.com]
**Sent:** Thursday, August 13, 2015 1:22 PM
**To:** Maria Ferrer; Hiraldo, Manuel S.
**Subject:** RE: Request for Production

2

Good Afternoon Maria,

Please let me know when is a good time to set up a good faith conference to discuss your below email and the challenges to our objections. I am available anytime on Monday.

**Paul J. Sodhi | Blank Rome LLP**
Broward Financial Centre 500 East Broward Boulevard Suite 2100 | Fort Lauderdale, FL 33394
Phone: 954.512.1812 | Fax: 954.512.1782 | Email: PSodhi@BlankRome.com

**From:** Maria Ferrer [mailto:ferrer.maria123@gmail.com]
**Sent:** Wednesday, August 12, 2015 9:53 AM
**To:** Sodhi, Paul J.; Hiraldo, Manuel S.
**Subject:** Request for Production

Good morning Messrs Sodhi and Hiraldo,

After careful review of your request for production and objections, I am challenging your objections as they are inadequate and frivolous. This action is a result of your clients attempting to collect an **"Alleged but non-existent debt"**. Therefore I am challenging your responses as indicated below.

**RFP #1**: The documents that are being sought in this RFP are those which you disclosed in your Initial Disclosures of Defendant, Bayview Loan Servicing, LLC Section II #1-3. Therefore these documents are very relevant to this action and you must provide them.

**RFP #2, 3, 5, 8, 10, 17**: In your response, you indicate *"it seeks documents irrelevant to this action and not reasonably calculated to lead to discovery of admissible evidence"*. Please note that the documents being requested are totally relevant as your client is attempting to collect an **"Alleged but non-existent debt"** therefore making the documents being sought in these request for production very relevant in this instant action.

**RFP #4**: It is impossible for me to identify such documents with specificity if I am not aware of what those documents are. Therefore you must comply with this request.

**RFP #6**: This request is not overly broad as it request documents that are kept in the usual course of business and are directed to a specific time frame.

**RFP #7, 19**: Please provide the nature of the privilege as well as the privilege log in order to ascertain its privilege status. If you continue to assert privileged information, the we must bring it before the Judge in an in camera review so he can determine whether or not these documents are privileged or not.

**RFP #9**: The word contact has been misspelled and is to mean "contracts" meaning written agreements as detailed in the definitions under "Documents".

**RFP #11, 20, 21, 22, 23, 24 & 28**: Such documents have yet to be provided and must be provided no later than **Thursday, August 13, 2015** before 5:00 p.m. via electronic format according to Joint Discovery Plan and Conference Section C.

**RFP #12:** The documents requested are very pertinent to collaborate with the allegations in the complaint. Therefore your objection is being challenged.

3

**RFP #13:** Attached to Plaintiff Complaint refers to (DE #15 Exhibit 1). Therefore please respond appropriately.

**RFP #14:** "you rely on" refers the Assignments in which you rely on to give you standing to pursue collection activity against Plaintiff.

**RFP #15:** This request is not overbroad as it is asking all communication to a specific action which is the creation of the "Assignment of Mortgage" which gives you standing to pursue collection activity against Plaintiff.

**RFP #16:** "Them" meaning other entity as defined in ¶6 of Definitions.

**RFP #25, 26, 27:** Please specify the confidentiality nature of this request as it pertains to the manuals.

**RFP #29:** When referring to Defendant is specifying the time in which Defendant allege to hold the authority to proceed with collection activity of the Note and Mortgage referenced in (DE #15 Exhibit "A").

**RFP #30:** This request is asking to produce the Name of the manufacturer of the phone system. Therefore is not a question. If I would have asked what is the name of the manufacturer then it would be considered a question.

**RFP #31:** This request is asking to produce the Name of the programmer of the phone system. Therefore is not a question. If I would have asked what is the name of the manufacturer then it would be considered a question.

**RFP #32:** This request is asking to produce the Name of the manufacturer of the auto-dialer. Therefore is not a question. If I would have asked what is the name of the manufacturer then it would be considered a question. Also what are the basis for your objection to the term "auto-dialer".

**RFP #33:** This request is asking to produce the Name of the programmer of the auto-dialer. Therefore is not a question. If I would have asked what is the name of the manufacturer then it would be considered a question. Also please specify in detail your basis for your objection to the term "auto-dialer"

**RFP #34:** The documents sought are very relevant to this instant action as it deals with the requirements of the TCPA which is a count which Plaintiff is alleging. Therefore they must be provided.

**RFP #35:** The documents being sought are very relevant to this instant action as they may lead to discoverable admissible evidence.

Therefore this will serve as formal notice that your objections to the requested documents in my Request for Production propounded on June 24, 2015 are being challenged and therefore you must provide the requested documents no later than **Thursday at 5:00 p.m.** in PDF format pursuant to Discovery Plan Section C (DE #22). If I fail to received the appropriate answers as well as the documents requested, I will proceed in filing a Motion to Compel with the court.

Therefore, please govern yourselves accordingly.

*Maria Ferrer*
19827 NW 85 Ave
Miami, FL 33015

4

C | 305.785.8303
T | 305.914.7994
F | 305.454.9360
ferrer.maria123@gmail.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# Maria Ferrer

| | |
|---|---|
| **From:** | Hiraldo, Manuel S. [MHiraldo@BlankRome.com] |
| **Sent:** | Friday, August 07, 2015 11:00 AM |
| **To:** | Maria Ferrer |
| **Cc:** | Sodhi, Paul J. |
| **Subject:** | RE: Discovery Answers |
| **Attachments:** | Answers - Interrogatories - Ferrer.pdf |

Ms. Ferrer:

Attached are our objections to interrogatories. As stated in Paul's e-mail, we will not be available this afternoon. The document exchange will occur at a mutually convenient date/time. We are available <u>next week on Thursday and Friday.</u>

**Manuel S. Hiraldo | Of Counsel | Blank Rome LLP**
Broward Financial Center
500 East Broward Boulevard | Suite 2100 | Fort Lauderdale, FL 33394
Phone: 954.512.1810 | E-Mail: mhiraldo@blankrome.com



**From:** Maria Ferrer [mailto:ferrer.maria512@gmail.com]
**Sent:** Friday, August 7, 2015 10:06 AM
**To:** Sodhi, Paul J.; Hiraldo, Manuel S.
**Subject:** RE: Discovery Answers

The Judge gave until today for the Interrogatories. According to the Discovery Plan and Conference Report Section C states that all parties will produce documents in PDF format. As of this date, I have not received the appropriate answers to my discovery nor the documents requested and you have failed to comply with the discovery plan. I will not wait until next Wednesday. I have waited long enough and I will come by your office this afternoon at 3:00 pm as indicated in my e-mail which was sent to you 2 days ago. You have had ample time to prepare and produce these documents. If I do not receive the documents this afternoon, I will proceed accordingly.

Please govern yourselves accordingly.

*Maria Ferrer*
19827 NW 85 Ave
Miami, FL 33015
C | 305.785.8303
T | 305.914.7994
F | 305.454.9360
ferrer.maria123@gmail.com

**From:** Sodhi, Paul J. [mailto:PSodhi@blankrome.com]
**Sent:** Friday, August 07, 2015 9:55 AM
**To:** Maria Ferrer; Hiraldo, Manuel S.
**Subject:** RE: Discovery Answers

1

Good Morning,

Please note that we will produce the documents as stated in our responses at a mutually agreeable time and place. We are willing to coordinate with you as to an agreeable date and time. However, as you know I have been in depositions and am set for trial next week. Accordingly, today will not work as I do not have all of the documents at my office yet and have not conducted a privilege review. Why don't we set a date after my trial on Wednesday? Maybe Thursday or Friday?

**Paul J. Sodhi | Blank Rome LLP**
Broward Financial Centre 500 East Broward Boulevard Suite 2100 | Fort Lauderdale, FL 33394
Phone: 954.512.1812 | Fax: 954.512.1782 | Email: PSodhi@BlankRome.com

**From:** Maria Ferrer [mailto:ferrer.maria512@gmail.com]
**Sent:** Wednesday, August 5, 2015 5:42 PM
**To:** Sodhi, Paul J.; Hiraldo, Manuel S.
**Subject:** RE: Discovery Answers

Pursuant to our conversation of this morning (8/5/15), this will confirm that you will be proving me with copies of the documents as stated in your responses to my Request for Production #11, 20, 21, 22, 23, 24, and 28. I will be coming by your office on **Friday, August 7, 2015 at 3:00 p.m**. to pick them up. If you are not available, please leave them with your assistant or receptionist so that I can pick up the documents from them.

Also have ready for me the answers to the Interrogatories.

Respectfully,

*Maria Ferrer*
19827 NW 85 Ave
Miami, FL 33015
C | 305.785.8303
T | 305.914.7994
F | 305.454.9360
ferrer.maria123@gmail.com


**From:** Maria Ferrer [mailto:ferrer.maria512@gmail.com]
**Sent:** Tuesday, August 04, 2015 11:42 AM
**To:** 'Sodhi, Paul J.'; 'Hiraldo, Manuel S.'
**Subject:** Discovery Answers
**Importance:** High

Good Morning Messrs Sodhi and Hiraldo,

According to the Joint Discovery Plan and Conference Report Section C all discoverable documents and materials are to be forward to parties in PDF format. Therefore please provide me **immediately** all documents in connection with the following responses. Otherwise I will be in your office on Wednesday August 5, 2015 at 1 pm to pick up the documents.

Request for Production #11, 20, 21, 22, 23, 24, and 28.

2

According to your Motion to Strike Jury Trial this action is based upon that certain mortgage which in turn precludes you from objecting to my discovery requests. Therefore if I do not receive the appropriate answers by end of business day Wednesday, August 5, 2015, I will proceed accordingly.

Please govern yourselves accordingly.

*Maria Ferrer*
19827 NW 85 Ave
Miami, FL 33015
C | 305.785.8303
T | 305.914.7994
F | 305.454.9360
ferrer.maria123@gmail.com

*********************************************************************************
*************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

*********************************************************************************
*************

BLANK ROME LLP
COUNSELORS AT LAW

David T. Drury
Office Manager

500 E. Broward Boulevard Suite 2100 Fort Lauderdale, FL 33394
954.512.1822 fax 954.512.1818 DDrury@BlankRome.com

SCianci@blankrome.com

Sara Cianci

# Maria Ferrer

| | |
|---|---|
| **From:** | Hiraldo, Manuel S. [MHiraldo@BlankRome.com] |
| **Sent:** | Monday, August 10, 2015 8:48 AM |
| **To:** | Maria Ferrer |
| **Cc:** | Sodhi, Paul J. |
| **Subject:** | RE: Discovery Answers / Request to Reschedule Mediation |

On behalf of Bayview and M&T, we do not object to postponing the mediation. We do not concede any issues raised in your email below. Rather, we agree to postponing as an accomodation. Please note that I am available to mediate tomorrow. In your motion, please simply state that we do not object.

**Manuel S. Hiraldo | Of Counsel | Blank Rome LLP**
Broward Financial Center
500 East Broward Boulevard | Suite 2100 | Fort Lauderdale, FL 33394
E-Mail: mhiraldo@blankrome.com


-------- Original message --------
From: Maria Ferrer <ferrer.maria512@gmail.com>
Date: 08/10/2015 8:30 AM (GMT-05:00)
To: "Sodhi, Paul J." <PSodhi@blankrome.com>, "Hiraldo, Manuel S." <MHiraldo@BlankRome.com>, 'Wendy Stein' <wendy.stein@kellerlandsberg.com>
Cc: Sheller@uww-adr.com
Subject: Discovery Answers / Request to Reschedule Mediation

Good Morning Everyone,

Based upon Mr. Sodhi conflicting schedule with our Mediation as indicated below, as well as his inability to provide the requested documents in connection with the Request for Production until after mediation, I am requesting that the Mediation scheduled for tomorrow August 8, 2015 be set for another time in which Mr. Sodhi can be available as well provide the documents requested.

Moving forward with Mediation at this time would be frivolous as I do not have the appropriate documents in order to effectively Mediate this case. Any mediation negotiations would be against my better judgment.

Based upon the Amended Scheduling Order we have until September 25, 2015 to conduct Mediation and therefore have ample time to resolved any issues relating to discovery and giving Mr. Sodhi the time needed to provide those documents.

I will be filing a motion this morning requesting to reschedule the mediation with the court.

Please respond whether you oppose or are in agreement with my request.

Respectfully,

*Maria Ferrer*
19827 NW 85 Ave
Miami, FL 33015
C | 305.785.8303

1

T | 305.914.7994
F | 305.454.9360
ferrer.maria123@gmail.com

---

**From:** Sodhi, Paul J. [mailto:PSodhi@blankrome.com]
**Sent:** Friday, August 07, 2015 9:55 AM
**To:** Maria Ferrer; Hiraldo, Manuel S.
**Subject:** RE: Discovery Answers

Good Morning,

Please note that we will produce the documents as stated in our responses at a mutually agreeable time and place. We are willing to coordinate with you as to an agreeable date and time. However, as you know I have been in depositions and am set for trial next week. Accordingly, today will not work as I do not have all of the documents at my office yet and have not conducted a privilege review. Why don't we set a date after my trial on Wednesday? Maybe Thursday or Friday?

**Paul J. Sodhi | Blank Rome LLP**
Broward Financial Centre 500 East Broward Boulevard Suite 2100 | Fort Lauderdale, FL 33394
Phone: 954.512.1812 | Fax: 954.512.1782 | Email: PSodhi@BlankRome.com

**From:** Maria Ferrer [mailto:ferrer.maria512@gmail.com]
**Sent:** Wednesday, August 5, 2015 5:42 PM
**To:** Sodhi, Paul J.; Hiraldo, Manuel S.
**Subject:** RE: Discovery Answers

Pursuant to our conversation of this morning (8/5/15), this will confirm that you will be proving me with copies of the documents as stated in your responses to my Request for Production #11, 20, 21, 22, 23, 24, and 28. I will be coming by your office on **Friday, August 7, 2015 at 3:00 p.m**. to pick them up. If you are not available, please leave them with your assistant or receptionist so that I can pick up the documents from them.

Also have ready for me the answers to the Interrogatories.

Respectfully,

*Maria Ferrer*

19827 NW 85 Ave
Miami, FL 33015
C | 305.785.8303
T | 305.914.7994
F | 305.454.9360
ferrer.maria123@gmail.com

---

**From:** Maria Ferrer [mailto:ferrer.maria512@gmail.com]
**Sent:** Tuesday, August 04, 2015 11:42 AM
**To:** 'Sodhi, Paul J.'; 'Hiraldo, Manuel S.'

2

**Subject:** Discovery Answers
**Importance:** High

Good Morning Messrs Sodhi and Hiraldo,

According to the Joint Discovery Plan and Conference Report Section C all discoverable documents and materials are to be forward to parties in PDF format. Therefore please provide me **immediately** all documents in connection with the following responses. Otherwise I will be in your office on Wednesday August 5, 2015 at 1 pm to pick up the documents.

Request for Production #11, 20, 21, 22, 23, 24, and 28.

According to your Motion to Strike Jury Trial this action is based upon that certain mortgage which in turn precludes you from objecting to my discovery requests. Therefore if I do not receive the appropriate answers by end of business day Wednesday, August 5, 2015, I will proceed accordingly.

Please govern yourselves accordingly.

*Maria Ferrer*
19827 NW 85 Ave
Miami, FL 33015
C | 305.785.8303
T | 305.914.7994
F | 305.454.9360
ferrer.maria123@gmail.com

*********************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

*********************************************************************************************