United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Maria Ferrer, Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-20877-Civ-Scola |
| | ) | |
| Bayview Loan Servicing, LLC, and others, Defendants | ) | |
| | ) | |

### Order Re-Scheduling Mediation

The mediation conference in this matter will be held with John W. Salmon on **October 27, 2017**, at **2:00 P.M.** The mediator and the parties have agreed to this date. It may not be rescheduled without leave of the Court.

The Court reminds the parties that the Mediation Report is due within seven days following the mediation conference. If the mediator fails to file a Mediation Report within seven days following the mediation conference, lead counsel must file a Mediation Report within 14 days after the mediation conference.

**Done and ordered**, at Miami, Florida, on September 28, 2017.

Robert N. Scola, Jr.
United States District Judge