UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:15-cv-20877-RNS

MARIA FERRER,

    Plaintiff,

v.

BAYVIEW LOAN SERVICING, LLC, M&T BANK,
PHELAN HALLINAN DIAMOND & JONES, PLC,
TYLER K. WALKER and KELLY M. CANFIELD,

    Defendants.
_____/

**Declaration of Oscar Guitierrez**

I, Oscar Guitierrez on this day, October 26, 2017, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true and correct:

1. My name is Oscar Guitierrez.

2. I am over the age of 18 and otherwise competent to make this Declaration.

3. I am employed by Bayview Loan Servicing, LLC ("Bayview") as Sr. Contact Center Analyst – IT Global Services.

4. The information contained in this declaration is based upon my personal knowledge gained through my employment with Bayview, as well as my review of relevant business records and the specific electronic information and data related to the account at issue.

5. All documents reviewed in preparation of this Declaration were made in the regular course of Bayview's business and it was the regular course of Bayview's business to make such records within a reasonable time of the transactions or occurrences reflected in the documents by individuals with knowledge of those events.

6.     Bayview is a loan servicing company, in connection with servicing loans, Bayview places phone calls to borrowers regarding the loans it services.

7.     Through my employment with Bayview, I have gained extensive knowledge of the telephonic hardware and software systems utilized it utilizes in its business practices.

8.     I am familiar with the software and hardware and software systems Bayview utilizes to document activity taken with respect to calls made regarding loans it services and how such calls are placed.

9.     On February 9, 2006, Maria Ferrer executed and delivered a promissory Note in favor of Home Loan Center, Inc., DBA Lendingtree Loans and a Mortgage securing payment of that Note.

10.    The Mortgage was subsequently assigned to Bayview Loan Servicing, LLC by virtue of an Assignment of Mortgage recorded on March 17, 2014.

11.    The Mortgage and Note went into default as the payment due on May 1, 2010, and all subsequent payments due were not made.

12.    In February of 2014, Bayview began servicing the mortgage loan on the property 19827 NW 85th Avenue, Miami, Florida associated with borrower, Maria Ferrer.

13.    The prior service of the loan, JP Morgan Chase, provided certain information and documents to Bayview when it became the servicer of the loan. Specifically, the prior servicer included Maria Ferrer's previous Request for Mortgage Assistance in which Maria Ferrer had provided 305-785-8303 as contact number for her.

14.    Additionally, on April 28, 2014, Maria Ferrer initiated a call to Bayview and spoke with a Bayview representative. During that call Maria Ferrer advised Bayview that her best contact number was (305) 785-8303.

15. Bayview immediately identified (305) 785-8303 as a cellular number, and designated it as such in its servicing system and notes.

16. I have reviewed the records for calls Bayview made to the phone number 305-785-8303 regarding Maria Ferrer's loan.

17. I have reviewed Maria Ferrer's First Amended complaint and the calls she alleges that Bayview made to (305) 785-8303.

18. Bayview did not attempt to contact Maria Ferrer at 305-785-8303 on any date prior to April 24, 2014, but did attempt to contact her at (305) 914-7994 prior to April 24, 2014, on the following dates:

1. February 21, 2014 at 4:03 p.m.
2. February 24, 2014 at 4:26 p.m.
3. February 24, 2014 at 7:42 p.m.
4. February 26, 2014 at 1:54 p.m.
5. March 3, 2014 at 3:01 p.m.
6. March 6, 2014 at 1:14 p.m.
7. March 10, 2014 at 8:33 a.m.
8. March 13, 2014 at 8:22 a.m.
9. March 17, 2014 at 10:57 a.m.
10. March 17, 2014 at 12:33 p.m.
11. March 20, 2014 at 11:36 a.m.
12. March 20, 2014 at 12:35 p.m.
13. March 24, 2014 at 10:23 a.m.
14. March 24, 2014 at 12:24 p.m.

  15. March 27, 2014 at 2:37 p.m.

  16. March 31, 2014 at 10:58 a.m.

  17. April 3, 2014 at 12:35 p.m.

  18. April 7, 2014 at 10:44 a.m.

  19. April 7, 2014 at 12:31 p.m.

  20. April 11, 2014 at 12:05 p.m.

  21. April 17, 2014 at 12:05 p.m.

19. From April 24, 2014 to October of 2014, Bayview placed a total of forty-four (44) calls to (305) 785-8303 in connection with Maria Ferrer's loan on the following dates:

  1. April 24, 2014 at 12:19 p.m.

  2. April 28, 2014 at 11:02 p.m.

  3. May 1, 2014 at 11:56 a.m.

  4. May 6, 2014 at 3:11 p.m.

  5. May 9, 2014 at 1:18 p.m.

  6. May 16, 2014 at 2:13 p.m.

  7. May 20, 2014 at 11:17 a.m.

  8. June 2, 2014 at 1:07 p.m.

  9. June 5, 2014 at 1:35 – notes indicate no call was made

  10. June 9, 2014 at 5:00 p.m.

  11. June 16, 2014 at 2:55 p.m.

  12. June 17, 2014 at 11:41 a.m.

  13. July 3, 2014 at 10:22 a.m.

  14. July 3, 2014 at 10:24 a.m.

15. July 7, 2014 at 10:30 a.m.

16. July 9, 2014 at 5:49 p.m.

17. July 9, 2014 at 7:28 p.m.

18. July 14, 2014 at 4:09 p.m.

19. July 16, 2014 at 4:34 p.m.

20. July 21, 2014 at 5:48 p.m.

21. July 23, 2014 at 11:05 a.m.

22. July 28, 2014 at 10:42 a.m.

23. July 31, 2014 at 8:58 a.m.

24. August 4, 2014 at 3:49 p.m.

25. August 7, 2014 at 10:26 a.m.

26. August 11, 2014, at 2:13 p.m.

27. August 18, 2014 at 10:38 a.m.

28. August 21, 2014 at 11:06 a.m.

29. August 25, 2014 at 4:25 p.m.

30. August 27, 2014 at 1:58 p.m.

31. September 2, 2014 at 2:56 p.m.

32. September 5, 2014 at 12:58 p.m.

33. September 8, 2014 at 3:25 p.m.

34. September 11, 2014 at 11:17 a.m.

35. September 15, 2014 at 3:21 p.m.

36. September 18, at 11:35 p.m.

37. September 22, 2014 at 12:11 p.m.

        38. September 25, 2014 at 10:02 a.m.

        39. October 6, 2014 at 11:16 am

        40. October 9, 2014 at 11:28 a.m.

        41. October 13, 2014 at 7:03 p.m.

        42. October 16, 2014 at 12:58 p.m.

        43. October 20, 2014 at 11:08 a.m.

        44. October 23, 2014 at 10:09 a.m.

20.    All of the forty-four calls Bayview initiated to (305) 785-8303 were placed through Bayview's Avaya X1 Platform.

21.    Bayview's Avaya X1 Platform is not connected to Bayview's servicing platform.

22.    Bayview's Avaya X1 Platform computer application operates separate, apart, and independent from its servicing platform, and must be logged into separately.

23.    The Avaya X1 Platform operates to connect an existing phone to a user's computer so that the user can dial calls with his or her keyboard and mouse.

24.    The Avaya X1 Platform does not store phone numbers.

25.    To use the Avaya X1 Platform in making a call, a Bayview Asset Manager must open the Avaya X1 Platform and log in with his or her credentials. Once logged in, the Asset Manager must manually dial each digit of the phone number to be called using a computer component, either the keyboard or computer's mouse. Once a complete phone number has been entered, the Asset Manager must then manually click the "Dial" button that appears on the computer screen with either the enter key or computer's mouse. The Asset Manager's clicking of the "dial" button is what initiates the call to the phone number that has been manually entered.

26.    The number to be called is selected entirely by the Asset Manager.

27. The Avaya X1 Platform cannot dial predictively, store, or produce numbers on its own.

28. Calls cannot be placed on the Avaya X1 Platform without human intervention

29. The Avaya X1 Platform does not determine which numbers to call.

Executed on this 26th day of October 2017.

_____
Oscar Guitierrez
Sr. Contact Center Analyst – IT Global Services.
For Bayview Loan Servicing, LLC