

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:15-CV-20877-RNS

MARIA FERRER,

     Plaintiff,

vs.

BAYVIEW LOAN SERVICING, M&T
BANK, etc., et.al,

     Defendants.

_____/

### DECLARATION OF MARIA FERRER

I, MARIA FERRER, on this 2nd day, January, 2018, declare under penalty of perjury, as provided for by 28 U.S.C. 1746, that the following statements are true and correct.

1.     I am an adult resident of Miami-Dade County, in the State of Florida, over the age of eighteen (18), and I am qualified to give this Declaration.

2.     My name is Maria Ferrer, and I am the named Plaintiff in this lawsuit against the Defendants in this case, BAYVIEW LOAN SERVICING (hereinafter referred to as "Bayview") and M&T BANK (hereinafter referred to as "M&T"). I am the owner and mortgagor for the premises located at 19827 NW 85th Avenue, Miami, Florida 33015 (hereinafter referred to as the "Subject Property"). My original lender was Home Loan Center, Inc. (hereinafter referred to as the "Lender"). I am familiar with the issues in this lawsuit, and all of the statements set forth hereinafter below are based upon personal knowledge.

3.     My profession is a real estate agent and my cell phone number (305) 785-8303 is the number for my place of employment.

- 1 -

4.      Prior to February 24, 2014,  nobody advised me that my Promissory Note (hereinafter referred to individually as the "Note") with the Lender and the Security Instrument (hereinafter referred to individually as the "Mortgage") (hereinafter referred to collectively as the "Debt") had been sold or transferred to any other creditor.

5.      On or about February 24, 2014, M&T sent me a debt collection letter regarding the Subject Property and the Debt.  (A true and correct copy of the Debt Collection Letter is attached hereto as Exhibit "A").  The debt collection letter indicated to me that the creditor to whom the debt was owed was Federal Home Loan Mortgage Corp. At no time was I informed that the Debt on the Subject Property was sold or transferred to Federal Home Loan Mortgage Corp.

6.      On or about February 25, 2014, Bayview also sent me a debt collection letter regarding the Subject Property and the Debt.  (A true and correct copy of the Debt Collection Letter is attached hereto as Exhibit "B").   Bayview did not inform me as to the identity of the entity to whom the Debt on the Subject Property was owed.

7.      On or about March 8, 2014, I sent a Debt Validation Letter to M&T. (A true and correct copy of the Debt Validation Letter is attached hereto as Exhibit "C").  The primary purpose of the Debt Validation letter was to obtain the identity of the creditor to whom the Debt on the Subject Property was owed.  I inadvertently dated the Debt Validation Letter as March 8, 2013.

8.      On or about March 8, 2014, I also sent a Debt Validation Letter to Bayview. (A true and correct copy of the Debt Validation Letter is attached hereto as Exhibit "D"). The primary purpose of the Debt Validation letter was to obtain the identity of the creditor

to whom the Debt on the Subject Property was owed. I again inadvertently dated the Debt Validation Letter as March 8, 2013.

9.     On or about March 8, 2014, I also sent a Qualified Written Request ("QWR") to Bayview requesting account and payment information, and also requesting clarification of the transfer of the Debt including the method of transfer and to whom the Debt was transferred and letter revoked any consent to be called at my place of employment and home. (A true and correct copy of the QWR is attached here to as Exhibit "E"). I also revoked my consent to be called at my cell phone on May 20, 2014 (A true and correct copy of the call log bates records 2687 and 2688 is attached here to as Exhbit "F")

10.     On or about March 8, 2014, I also sent a QWR to M&T also requesting account and payment information, and  clarification of the transfer of the Debt including the method of transfer and to whom the Debt was transferred.  (A true and correct copy of the QWR is attached hereto as Exhibit "G").

11.     On or about March 17, 2014, M&T Bank sent me a written response to the QWR that provided me with account and payment information, but also enclosed a copy of the Note with the designation "Certified" which did not contain an endorsement which transferred the Note and the Debt to any other creditor.   (A true and correct copy of the Response to the QWR is attached hereto as Exhibit "H").  The response to the QWR did contain an explanation regarding the transfer of the Debt as requested and specifically to Federal Home Loan Mortgage Corp.

12.     Despite the Debt Validation Letter(s), M&T and/or Bayview continued debt collection activity regarding the Subject Property and the Debt in the form of Debt Collection Letters sent to on the following dates:

- 3 -

| | |
|---|---|
| 1. | March 17, 2014 |
| 2. | April 7, 2014 |
| 3. | April 16, 2014 |
| 4. | May 16, 2014 |
| 5. | June 16, 2014 |
| 6. | July 16, 2014 |
| 7. | August 13, 2014 |
| 8. | August 18, 2014 |
| 9. | Autust 27, 2014 |
| 10. | September 16, 2014 |
| 11. | October 15, 2014 |
| 12. | October 16, 2014 |
| 13. | November 17, 2014 |
| 14. | December 16, 2014 |
| 15. | January 16, 2015 |
| 16. | February 15, 2015 |
| 17. | March 6, 2015 |
| 18. | April 30, 2015 |

(true and correct copies of the Debt Collections Letters during the pendency of the Debt Validation Letter(s) is attached hereto as Composite Exhibit "I").

13.    Despite the Debt Validation Letter(s), M&T and/or Bayview continued debt collection activity regarding the Subject Property and the Debt in the form of Debt Collection Calls made to me on the following dates and times:

| # Call | Date | Time | Bates Page # |
|---|---|---|---|
| 1 | March 13, 2014 | 8:22:59 | 2709 |
| 2 | March 17, 2014 | 12:33:42 | 2708 |
| 3 | March 17, 2014 | 10:57:31 | 2708 |
| 4 | March 20, 2014 | 12:35:41 | 2706 |
| 5 | March 20, 2014 | 11:36:52 | 2706 |
| 6 | March 24, 2014 | 12:24:23 | 2704 |
| 7 | March 24, 2014 | 10:23:39 | 2705 |
| 8 | March 24, 2014 | 10:44:00 | 2704/2705 |
| 9 | March 27, 2014 | 14:37:05 | 2704 |
| 10 | March 31, 2014 | 10:58:39 | 2703 |
| 11 | April 3, 2014 | 12:35:06 | 2702 |
| 12 | April 7, 2014 | 12:31:59 | 2697 |
| 13 | April 7, 2014 | 10:44:12 | 2702 |
| 14 | April 11, 2014 | 12:05:38 | 2698 |
| 15 | April 17, 2014 | 12:05:39 | 2697 |

| 16 | April 24, 2014 | 12:19:22 | 2695 |
| 17 | April 28, 2014 | 11:02:03 | 2694 |
| 18 | May 1, 2014 | 11:56:14 | 2693 |
| 19 | May 6, 2014 | 15:11:38 | 2690 |
| 20 | May 9, 2014 | 13:18:44 | 2690 |
| 21 | May 16, 2014 | 14:13:10 | 2688 |
| *22* | *May 20, 2014* | *11:18:36* | *2688* |
| 23 | June 2, 2014 | 13:07:38 | 2686 |
| 24 | June 5, 2014 | 13:35:30 | 2685 |
| 25 | June 9, 2014 | 16:58:00 | 2684 |
| 26 | June 9, 2014 | 17:00:31 | 2683/2684 |
| 27 | June 11, 2014 | 13:46:00 | 2683 |
| 28 | June 16, 2014 | 14:55:22 | 2683 |
| 29 | June 17, 2014 | 11:43:08 | 2681 |
| 30 | June 17, 2014 | 11:41:41 | 2681 |
| 31 | June 19, 2014 | 10:18:13 | 2680 |
| 32 | June 23, 2014 | 14:52:06 | 2679 |
| 33 | June 25, 2014 | 14:19:37 | 2677 |
| 34 | June 30, 2014 | 12:15:08 | 2675 |
| 35 | July 3, 2014 | 10:24:24 | 2674 |
| 36 | July 3, 2014 | 10:22:45 | 2674 |
| 37 | July 7, 2014 | 10:30:44 | 2673 |
| 38 | July 9, 2014 | 19:28:37 | 2673 |
| 39 | July 9, 2014 | 17:49:30 | 2673 |
| 40 | July 14, 2014 | 16:09:29 | 2670 |
| 41 | July 16, 2014 | 16:34:11 | 2669 |
| 42 | July 21, 2014 | 17:48:35 | 2667 |
| 43 | July 23, 2014 | 11:05:05 | 2665 |
| 44 | July 28, 2014 | 10:42:43 | 2663 |
| 45 | July 31, 2014 | 8:58:28 | 2661 |
| 46 | August 4, 2014 | 15:49:46 | 2661 |
| 47 | August 7, 2014 | 10:26:26 | 2660 |
| 48 | August 11, 2014 | 14:13:02 | 2658 |
| 49 | August 18, 2014 | 10:38:46 | 2651 |
| 50 | August 21, 2014 | 11:06:20 | 2650 |
| 51 | August 25, 2014 | 16:25:19 | 2649/2650 |
| 52 | August 27, 2014 | 13:58:43 | 2649 |
| 53 | September 2, 2014 | 14:56:47 | 2650 |
| 54 | September 5, 2014 | 12:58:54 | 2648 |
| 55 | September 8, 2014 | 15:25:51 | 2646 |
| 56 | September 11, 2014 | 11:17:51 | 2643 |
| 57 | September 15, 2014 | 15:21:05 | 2642 |
| 58 | September 18, 2014 | 11:35:40 | 2637 |

| 50 | September 22, 2014 | 12:11:42 | 2635 |
| 60 | September 25, 2014 | 10:02:32 | 2635 |
| 61 | September 29, 2014 | 11:39:21 | 2633 |
| 62 | October 1, 2014 | 13:23:30 | 2632 |
| 63 | October 6, 2014 | 11:16:02 | 2630 |
| 64 | October 9, 2014 | 11:28:52 | 2628 |
| 65 | October 13, 2014 | 19:03:51 | 2628 |
| 66 | October 13, 2014 | 18:39:03 | 2628 |
| 67 | October 16, 2014 | 12:58:41 | 2623 |
| 68 | October 16, 2014 | 15:47:38 | 2623 |
| 69 | October 20, 2014 | 11:08:03 | 2622 |
| 70 | October 23, 2014 | 10:09:47 | 2616 |

(a true and correct summary of the Debt Collection Calls derived from the Defendants' call logs is attached hereto as Exhibit "J").

14.    Despite the Debt Validation Letter(s), Bayview continued debt collection activity regarding the Subject Property and the Debt in the form of a foreclosure action that was filed in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County under Case No.: 2014-CA-011817 (hereinafter referred to as the "'817 Case") on or about May 5, 2014.  (A true and correct copy of the docket of the foreclosure action is attached hereto as Exhibit "K").

15.    M&T did not respond to the Debt Validation Letter.

16.    On or about April 14, 2015, approximately eleven (11) months after Bayview filed the '817 Case, they sent me a Response to the Debt Validation Letter stating that it was responding to the letter received in their office on April 2, 2015.  (A true and correct copy of the Response to Debt Validation Letter is attached hereto as Exhibit "L").  However, the Debt Validation Letter sent by me to Bayview on March 8, 2014 clearly indicates that it was received on or about March 11, 2014. ").    I did not sent any other Debt Validation Letters to Bayview between March 8, 2014 and April 2, 2015

- 6 -

17.     The Response to the Debt Validation Letter states that the Lender transferred the Note to JPMorgan Chase Bank by Assignment executed on April 16, 2012.   However the Assignment of Mortgage that was recorded in the Official Records of Miami-Dade County on June 8, 2012 clearly indicates that only the Mortgage was assigned to JPMorgan Chase Bank. (A true and correct copy of the Assignment of Mortgage is attached hereto as Exhibit "M").

18.     The Response to the Debt Validation Letter states that JPMorgan Chase Bank transferred the Note to Bayview by Assignment executed on March 4, 2014.   However the Assignment of Mortgage that was recorded in the Official Records of Miami-Dade County clearly indicates that only the Mortgage was assigned to Bayview.  (A true and correct copy of the Assignment of Mortgage is attached hereto as Exhibit "N").

19.     The Response to the Debt Validation Letter states only that Bayview obtained the Servicing Rights but not the ownership rights as a creditor to the Debt.

20.     The Response to the Debt Validation Letter included two (2) copies of the Note.  The first one labeled "Certified" did not contain an endorsement from the Lender. The second copy labeled "Note Control" did contained a purported endorsement from the Lender to Washington Mutual Bank.   There is no indication on any documentation that the Debt on the Subject Property was ever sold or transferred to Federal Home Loan Mortgage Corp.

21.     The designations of the two Notes, coupled with the fact that I had never been notified that my Debt had been sold or transferred to Washington Mutual Bank, or any other creditor, caused me to question whether Bayview or M&T Bank owned the Debt or had the right to enforce the debt through collection activity and foreclosure.     The

Response to the Debt Validation Letter did not provide me with enough information to dispute the Debt and the right of Bayview and/or M&T Bank to dispute the Debt on behalf of Federal Home Loan Mortgage Corp.

22.     My two Debt Validation Letters to M&T and Bayview clearly disputed the debt, as well as the right of M&T and Bayview to engage in debt collection activity.

23.     I decided to undertake the investigation that M&T and Bayview should have undertaken upon receiving a Debt Validation Letter that disputes the right of M&T and Bayview to engage in debt collection activity.   As a part of this investigation I contact the original Lender and requested that they undertake a review of their records to determine if the Note was ever endorsed by them to Washington Mutual Bank.   After a thorough review of the records of the Lender, the President of the Lender verified that it had never endorsed the Note to Washington Mutual or any other Creditor.  (A true and correct copy of the Declaration of the President of the Lender is attached hereto as Exhibit "O").   (True and correct copies of the Lender's Certificate(s) of Good Standing are attached hereto as Composite Exhibit "P").

24.     The debt collection activity that is the subject of this lawsuit occurred between the date(s) of the Debt Collection Letters to M&T and Bayview through the filing of the foreclosure action.   Debt Collection Activity occurred during the course of the foreclosure action despite the failure of M&T Bank to Respond to the Debt Collection Letter and the failure of Bayview to adequately response to the Debt Collection Activity, or respond with inconsistencies and falsehoods.   Had M&T Bank and Bayview conducted a reasonable investigation regarding the dispute set forth in the Debt Validation Letters, they

would have discovered that original Note was never endorsed and never transferred by assignment.

25.   The above statements are true and correct to the best of my knowledge.

FURTHER THIS DECLARANT SAYETH NAUGHT.

I declare the foregoing to be true and correct upon penalty of perjury.

Dated this 2nd  day of January, 2018.

Maria Ferrer

# EXHIBIT "A"

 **M&T Bank**

2/24/2014

4-750-76224-0008084-002-01-000-000-000-000

MARIA FERRER
19827 NW 85TH AVE
HIALEAH   FL 33015

Re:  Mortgage No. 0091672667
Property Address: 19827 NW 85 AVE
             MIAMI LAKES FL 33015
Name of Creditor to whom the debt is owed: FEDERAL HOME LN MTG CORP

Dear Customer:

M&T Bank(MTB), the servicer of the loan described above, is sending you
this notice that as of the date of this letter, the amount of the debt in
connection with this loan is $385,623.83 (including principal, accrued
interest, late charges and other fees if applicable).

The amount of the debt shown above may increase as a result of interest,
late charges and other amounts that may accrue after the date of this
letter.

Unless you notify us within thirty (30) days after the receipt of this
notice that you dispute the validity of this debt, or any portion of it,
we will assume the debt is valid. If you notify us in writing within this
thirty (30) day period that the debt or any portion is disputed, we will
obtain verification of the debt and mail a copy of the verification to
you.

If you send us a written request within thirty (30) days of this notice,
we will mail you the name and address of the original creditor on your
mortgage loan.

If you pay the amount shown above, an adjustment may be necessary after
we receive your payment and we will inform you before depositing your
payment. The amount of the debt specified above is also not the amount
needed to cure the default and bring your loan current, which will be
less than the total amount needed to pay the debt in full. For further
information, please write the undersigned or call me at 1-800-724-2224.

750-2004-1007F

If your legal obligation was previously discharged in Bankruptcy this paragraph applies to you: Nothing in this letter is to be construed as an attempt to collect a debt against you personally or an attempt to revive personal liability on any discharged debt. References to "debt" elsewhere in this letter should be read as references to amounts secured by the Mortgage or Deed of Trust. Although you cannot be held personally responsible for making the payments, M&T Bank continues to have the right to foreclose on the security real property if payments are not made or other conditions in the Mortgage or Deed of Trust are not met.

Unless you have received a discharge order of this debt from a bankruptcy court, please be advised this is an attempt to collect a debt and any information will be used for that purpose.

We would like to help you avoid foreclosure and are interested in working with you to come up with a solution in resolving the default on your Mortgage or Deed of Trust. Please contact us at 1-800-724-2224 to discuss various options that may be available to you.


Sincerely,

*Kathleen O. Evans*

Kathleen Evans
Vice President, Retail Servicing

# EXHIBIT "B"

 **BAYVIEW** LOAN SERVICING
Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

2/25/2014

M FERRER
19827 NW 85TH AVE
HIALEAH, FL 330155982

Loan Number:  0091672667          Property Address:     19827NW85 AVE
                                                        MIAMI LAKES, FL 330155982

Dear Customer:

Bayview Loan Servicing, LLC is acting as agent for your servicer, M&T Bank. Hi, my name is
Lisa Fiorello. I am a member of the Bayview Loan Servicing Asset Management Team. Due to the
status of your account your loan has been assigned to me. Your account may have been referred to an attorney
for legal action, and additional fees and charges may be accruing. Your credit standing could also suffer as a
result of any legal action, including foreclosure.

Together we may be able to come to an alternative solution to your current situation. I cannot assist you without
your cooperation. Please call me immediately at my toll free number listed below to discuss possible options
that may be available. Thank you for your time.

Sincerely,

Lisa Fiorello

Lisa Fiorello, Asset Manager

Bayview Loan Servicing, LLC
Phone Number: 8772032788 Monday - Friday 9:00 a.m. - 6:00 p.m., ET
Fax Number: (305)260-1429

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information
obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an
automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a
demand for payment or any attempt to collect such obligation.

**The following mailing address must be used for all Error Notices & Information Requests: Bayview Loan
Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**

AM009 MT_Introduction BAM V 1.1 Loan No.: {loanNumber}

Page 1 of 1

**FERRER - 0003**

# EXHIBIT "C"

*Maria Ferrer*
19827 NW 85 Avenue
Miami, FL 33015

**VIA CERTIFIED RETURN RECEIPT**
**#7012 2920 0000 7317 3284**

March 8, 2013

Ms. Kathleen Evans
Vice President, Retail Servicing
M&T Bank
P.O. Box 1288
Buffalo, NY 14240

RE:   Loan #0091672667
Property Address:  19827 NW 85 Ave Miami, FL 33015

Dear Ms. Evans,

Thank you for your recent correspondence.  This is not a refusal to pay, but a notice that your claim is disputed.

This is a request for validation made pursuant to the Fair Debt Collection Practices Act. Please complete and return the attached disclosure request form.

Please be advised that I am not requesting a "verification" that you have my mailing address, I am requesting a "validation" that is, competent evidence that I have some contractual obligation to pay you.

You should also be aware that sending unsubstantiated demands for payment through the United States Mail System might constitute mail fraud under federal and state law.

Your failure to satisfy this request within the requirements of the Fair Debt Collection Practices Act will be construed as your absolute waiver of any and all claims against me, and your tacit agreement to compensate me for costs and attorneys fees.

Sincerely,

Maria Ferrer

FERRER - 0605

## CREDITOR DISCLOSURE STATEMENT

Name and Address of Collector (assignee): _____

_____

Name and Address of Debtor: _____

_____

Account Number(s): _____

What are the terms of assignment for this account? You may attach a facsimile of any records relating to such terms.

_____

_____

Have any insurance claims been made by any creditor been made by any creditor or assignee regarding this account? Yes /no

Has the purported balance of this account been used in any tax deduction claim? Yes / no

Please list the particular products or services sold by the collector to the debtor and the dollar amount of each:

_____

_____

Upon failure or refusal of collector to validate this collection action, collector agrees to waive all claims against the debtor named herein and pay debtor for all costs and attorney fees involved in defending this collection action.

X_____        _____
Authorized signature for Collector        Date

Please return this completed form and attach all assignment or other transfer agreements that would establish your right to collect this debt. Your claim cannot be considered if any portion of this form is not completed and returned with the required documents. This is a request for validation made pursuant to the Fair Debt Collection Practices Act. If you do not respond as required by this law, your claim will not be considered and you may be liable for damages for continued collection efforts.

FERRER - 0606

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.49 | 0301 |
| Certified Fee | | $3.30 | .07 |
| Return Receipt Fee (Endorsement Required) | | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.49 | 03/08/2014 |

Sent To
*KATHLEEN EVANS - M&T BANK*
Street, Apt. No.; or PO Box No.
*P.O. Box 1288*
City, State, ZIP+4
*Buffalo, NY 14240-1288*

7012 2920 0000 7317 3284

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*KATHLEEN EVANS*
*M&T BANK*
*P.O. Box 1288*
*Buffalo, NY 14240-1288*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☐ Agent
                   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

MAR 1 1 2014

3. Service Type
☑ Certified Mail®          ☐ Priority Mail Express™
☐ Registered              ☑ Return Receipt for Merchandise
☐ Insured Mail            ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7012 2920 0000 7317 3284

PS Form 3811, July 2013         Domestic Return Receipt

FERRER - 0607

# EXHIBIT "D"

*Maria Ferrer*
*19827 NW 85 Avenue*
*Miami, FL  33015*

**VIA CERTIFIED RETURN RECEIPT**
**#7012 2920 0000 7317 3291**

March 8, 2013

Ms. Lisa Fiorello
Asset Manager
Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd 5th Flr
Coral Gables, FL  33146

     **RE:**  **Loan #0091672667**
          **Property Address:  19827 NW 85 Ave Miami, FL 33015**

Dear Ms. Fiorello,

Thank you for your recent correspondence.  This is not a refusal to pay, but a notice that your claim is disputed.

This is a request for validation made pursuant to the Fair Debt Collection Practices Act. Please complete and return the attached disclosure request form.

Please be advised that I am not requesting a "verification" that you have my mailing address, I am requesting a "validation" that is, competent evidence that I have some contractual obligation to pay you.

You should also be aware that sending unsubstantiated demands for payment through the United States Mail System might constitute mail fraud under federal and state law.

Your failure to satisfy this request within the requirements of the Fair Debt Collection Practices Act will be construed as your absolute waiver of any and all claims against me, and your tacit agreement to compensate me for costs and attorneys fees.

Sincerely,

Maria Ferrer

**FERRER - 0575**

## CREDITOR DISCLOSURE STATEMENT

Name and Address of Collector (assignee): _____

_____

Name and Address of Debtor: _____

_____

Account Number(s): _____

What are the terms of assignment for this account? You may attach a facsimile of any records relating to such terms.

_____

_____

Have any insurance claims been made by any creditor been made by any creditor or assignee regarding this account? Yes /no

Has the purported balance of this account been used in any tax deduction claim? Yes / no

Please list the particular products or services sold by the collector to the debtor and the dollar amount of each:

_____

_____

Upon failure or refusal of collector to validate this collection action, collector agrees to waive all claims against the debtor named herein and pay debtor for all costs and attorney fees involved in defending this collection action.

X_____        _____
Authorized signature for Collector        Date

Please return this completed form and attach all assignment or other transfer agreements that would establish your right to collect this debt. Your claim cannot be considered if any portion of this form is not completed and returned with the required documents. This is a request for validation made pursuant to the Fair Debt Collection Practices Act. If you do not respond as required by this law, your claim will not be considered and you may be liable for damages for continued collection efforts.

FERRER - 0576

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.49 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.49 |

Postmark Here

03/08/2014

Sent To *LISA FIORELLO - BAYVIEW LN SVING*
Street, Apt. No.; or PO Box No. *4425 PONCE DE LEON BLVD 5th Flr*
City, State, ZIP+4 *CORAL GABLES, FL 33146*

7012 2920 0000 7317 3291

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*LISA FIORELLO*
*CASE MANAGER*
*BAYVIEW LOAN SERVICING, LLC*
*4425 PONCE DE LEON BLVD*
*5th Floor*
*CORAL GABLES, FL 33146*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  3/11

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail®    ☐ Priority Mail Express™
☐ Registered         ☑ Return Receipt for Merchandise
☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7012 2920 0000 7317 3291

PS Form 3811, July 2013         Domestic Return Receipt

MAR 11 2014

*Maria Ferrer*
*19827 NW 85 Avenue*
*Miami, FL 33015*

**VIA CERTIFIED RETURN RECEIPT**
**#7012 2920 0000 7317 3291**

March 8, 2013

Ms. Lisa Fiorello
Asset Manager
Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd 5th Flr
Coral Gables, FL 33146

> RE:   **Loan #0091672667**
> **Property Address:  19827 NW 85 Ave Miami, FL 33015**

Dear Ms. Fiorello,

Thank you for your recent correspondence.  This is not a refusal to pay, but a notice that your claim is disputed.

This is a request for validation made pursuant to the Fair Debt Collection Practices Act. Please complete and return the attached disclosure request form.

Please be advised that I am not requesting a "verification" that you have my mailing address, I am requesting a "validation" that is, competent evidence that I have some contractual obligation to pay you.

You should also be aware that sending unsubstantiated demands for payment through the United States Mail System might constitute mail fraud under federal and state law.

Your failure to satisfy this request within the requirements of the Fair Debt Collection Practices Act will be construed as your absolute waiver of any and all claims against me, and your tacit agreement to compensate me for costs and attorneys fees.

Sincerely,

Maria Ferrer

**FERRER - 1988**

# EXHIBIT "E"

*Maria Ferrer*
*19827 NW 85 Avenue*
*Miami, FL 33015*

**VIA CERTIFIED RETURN RECEIPT**
**7012 2920 0000 7317 3307**

March 8, 2014

Bayview Loan Servicing
Attn: Customer Service Dept
4425 Ponce De Leon Blvd, 5th Flr
Coral Gables, FL 33146

   RE:   **Loan #: 0091672667**
         **Property Address: 19827 NW 85 Ave Miami, FL 33015**

To whom it may concern:

Pursuant to your recent correspondence, I dispute the amount that is owned according the Monthly Billing Statement and request that you send me information about the fees, costs, and escrow accounting on our loan. This is a Qualified Written Request, pursuant to Real Estate Settlement and Procedures Act section (2605(e)).

Specifically, I am requesting the itemization of the following:

1. A complete payment history that can be easily read and understood including, but not limited to, the dates and amounts of all the payments made on the loan to date;

2. A breakdown of the amount of claimed arrears of delinquencies;

3. An explanation of what you mean by assignment, sale, or transfer. Which one is it? Please include a copy of any all assignments, proof of sale, proof of transfer and to whom.

4. The payment dates, purpose of payment and recipient of all escrow items charged to our account since the loans inception.

5. A breakdown of the current escrow charges showing how it is to calculated and reasons for any increase within the last 24 months; and

6. A copy of any annual escrow statements and notices of shortage, deficiency or surplus, sent us within the life of the current loan.

In Order to avoid any misunderstanding, all communication shall henceforth be on the record, i.e. in writing and duly served. Please serve all communications and process directly to the mailing address provided below.

**I am hereby requesting in writing that neither you, nor any agent on your behalf, call me at my place of employment or home. Please give this information to the appropriate parties within your company so they may comply.**

Thank you for taking to acknowledge and answer the requests required by Real Estate Settlement and Procedures Act section (2605(e)).

Truly yours,

Maria Ferrer

**FERRER - 0665**

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.49 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.49 |

Postmark Here

03/08/2017

7012 2920 0000 7317 3307

Sent To  BAYVIEW LOAN SVCING, LLC
Street, Apt. No.; or PO Box No.  4425 Ponce De Leon Blvd 5th
City, State, ZIP+4  Coral Gables FL 33145 33146

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bayview Loan Servicing
ATTN: Customer Svc Dept
4425 Ponce De Leon Blvd
5th Floor
Coral Gables, FL 33146

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)    7012 2920 0000 7317 3307

PS Form 3811, July 2013          Domestic Return Receipt

FERRER - 0666

# EXHIBIT "F"

## All Activity 2/9/2006 - 3/26/2015

### 738 - M & T BANK

**Loan Number:** ███████          **Borrower Name:** FERRER MARIA

```
SAFEGUARD PROPERTIES LLC
DEPT 781404
P.O. BOX 78000
DETROIT          MI 48278
(216) 573-3400
Mortgagor Recoverable Corp Adv
Amount:                $14.00+
Corp Payee:            54R20
Paymt Reason Cd:         FISP
Paymt Reason:      FC INSPECTIONS
Tran Code:             631
```

**05/30/14 ORIGINAL OWNER      CONDITION ON 052914  MAINSG**

```
Collection Note
Date:            05/30/2014
User:               ***
ORIGINAL OWNER CONDITION ON 052914
MAINSG
```

**05/28/14 RG001 - 1ST LETTER MAILED   05/28/14**

```
Online Letter
Date:            05/28/2014
User:               FAM
1ST LETTER MAILED 05/28/14
```

**05/21/14 MB001 - Billing Statement   05/20/14**

```
Online Letter
Date:            05/21/2014
User:               VEN
Billing Statement 05/20/14
```

**05/21/14 DN001 - Billing Delinquency N05/20/14**

```
Online Letter
Date:            05/21/2014
User:               VEN
Billing Delinquency N05/20/14
```

**05/20/14 LOAN APPEARED ON THE 5-13-14 EXC REPORT WITH DLQ M**

```
Tax Process Note
Date:            05/20/2014
Time:            11:04:52
User:               KDB
LOAN APPEARED ON THE 5-13-14 EXC
REPORT WITH DLQ MIAMI-DADE COUNTY
TAXES IAO 3375.86 FOR TAX BILL YEAR
2013. ACTION BEING TAKEN IS RESTART
LETTER CYCLE. KDB/CL
```

**05/20/14 CONTACT MADE WITH CUSTOMER OUTBOUND CALL;305785830**

```
Loss Mitigation Note
Date:            05/20/2014
```

**All Activity 2/9/2006 - 3/26/2015**

738 - M & T BANK

**Loan Number:** ▮▮▮▮▮▮▮▮                                    **Borrower Name:**  FERRER MARIA

```
Time:                   11:18:36
User:                        (S3
CONTACT MADE WITH CUSTOMER OUTBOUND
CALL;3057858303; ***VERIFIED # 305)
785-8303. BORR STATED THAT SHE DOES
NOT GIVE CONSENT FOR US TO CALL HER
ON HER CELL PHONE! *** SPOKE WITH
BORR WHO STATED THAT SHE HAS AM
INFO AND DOES NOT HAVE TIME TO TALK
TO HER BUT WILL CALL HER BACK.
EMAILED
AM.%@%STACYTHOMAS%@%COLLECTION
WORK%@%LOSS MITIGATION%@%
```

**05/20/14 TEL PRIMARY# RVWD HIST W/CUST**

```
Collection Note
Date:               05/20/2014
Time:               11:18:00
User:                    (S3
TEL PRIMARY# RVWD HIST W/CUST
```

**05/16/14       ASSESSED  LATE CHARGE           93.58**

```
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:     05/16/2014
Fee Amount:             $93.58
Fee Code:                    1
```

**05/16/14 ATTEMPTED CNTCT - UNSUCCESS OUTBOUND CALL;30578583**

```
Loss Mitigation Note
Date:               05/16/2014
Time:               14:13:10
User:                    (S3
ATTEMPTED CNTCT - UNSUCCESS
OUTBOUND CALL;3057858303; CUSTOMER
PICKED UP AND COULD HEAR TALKING IN
THE BACKGROUND. SAID "HELLO" AND NO
ANSWER. THEN CUSTOMER DISCONNECTED
THE
CALL.%@%NATHANIELHORTON%@%COLLECTIO
N WORK%@%LOSS MITIGATION%@%
```

**05/16/14       STATUTORY EXPENSES**

```
Transaction Description:
STATUTORY EXPENSES
Disb Check No:         111842
Proc Date:          05/16/2014
Escrow Payee:       ATTYFEDFL
PHELAN HALLINAN DIAMOND
& JONES, PLLC
1617 JFK BLVD SUITE 1400
PHILADELPHIA        PA 19103
(954) 462-7000
```

# EXHIBIT "G"

*Maria Ferrer*
*19827 NW 85 Avenue*
*Miami, FL 33015*

**VIA CERTIFIED RETURN RECEIPT**
**7012 2920 0000 7317 3277**

March 8, 2014

M&T Bank
Attn: Lending Services, Customer Support
P. O. Box 1288
Buffalo, NY 14240-1288

RE:    **Loan #: 0091672667**

To whom it may concern:

Pursuant to your Notice of Assignment, Sale, or Transfer of Servicing Rights, I dispute the amount that is owned according the Monthly Billing Statement and request that you send me information about the fees, costs, and escrow accounting on our loan.  This is a Qualified Written Request, pursuant to Real Estate Settlement and Procedures Act section (2605(e)).

Specifically, I am requesting the itemization of the following:

1.  A complete payment history that can be easily read and understood including, but not limited to, the dates and amounts of all the payments made on the loan to date;

2.  A breakdown of the amount of claimed arrears of delinquencies;

3.  An explanation of what you mean by assignment, sale, or transfer.  Which one is it? Please include a copy of any all assignments, proof of sale, proof of transfer and to whom.

4.  The payment dates, purpose of payment and recipient of all escrow items charged to our account since the loans inception.

5.  A breakdown of the current escrow charges showing how it is to calculated and reasons for any increase within the last 24 months; and

6.  A copy of any annual escrow statements and notices of shortage, deficiency or surplus, sent us within the life of the current loan.

In Order to avoid any misunderstanding, all communication shall henceforth be on the record, i.e. in writing and duly served. Please serve all communications and process directly to the mailing address provided below.

**I am hereby requesting in writing that neither you, nor any agent on your behalf, call me at my place of employment or home.  Please give this information to the appropriate parties within your company so they may comply.**

Thank you for taking to acknowledge and answer the requests required by Real Estate Settlement and Procedures Act section (2605(e)).

Truly yours,

Maria Ferrer

**FERRER -    1438**

**U.S. Postal Service**

**CERTIFIED MAIL** RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.49 | 0301 |
| Certified Fee | | $3.30 | 07 |
| Return Receipt Fee (Endorsement Required) | | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.49 | 03/08/2014 |

Sent To
KATHLEEN EVANS - M+T BANK
Street, Apt. No.; or PO Box No. P.O. Box 1288
City, State, ZIP+4 BUFFALO, NY 14240-1288

PS Form 3800, August 2006            See Reverse for Instructions

7012 2920 0000 7317 3284

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KATHLEEN EVANS
M+T BANK
P.O. Box 1288
Buffalo, NY 14240-1288

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

MAR 11 2014

3. Service Type
☑ Certified Mail®      ☐ Priority Mail Express™
☐ Registered           ☑ Return Receipt for Merchandise
☐ Insured Mail         ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)      7012 2920 0000 7317 3284

PS Form 3811, July 2013          Domestic Return Receipt

**FERRER -      1440**

CERTIFIED MAIL

7012 2920 0000 7317 3277

MARIA FERRER
19827 NW 8 S Ave
Miami, FL 33015

M & T Bank
ATTN: Lending Svcs, Customer Support
P.O. Box 1288
Buffalo, NY 14240-1288

# EXHIBIT "H"

**M&T Bank**

March 17, 2014

Maria Ferrer
19827 NW 85th Ave.
Hialeah, FL 33015

Mortgage No.  0091672667

Dear Maria Ferrer:

I am writing in response to your letter dated March 8, 2014.  Enclosed is a copy of the Note you executed in connection with the mortgage loan referenced above, which you obtained from Home Loan Center, Inc., dba Lending Tree Loans.  This loan is secured by property located at 19827 NW 85th Ave., Miami Lakes, FL 33015.

Please know that as of the date of this letter your loan is due for the May 1, 2010 payment and your current principal balance is $284,441.98.

The total amount due on your loan as of 2/24/14 was **$385,623.83**. This amount was comprised of the following:

| | |
|---|---|
| Due Date as of 2/24/14: | 5/1/10 |
| Principal: | $284,441.98 |
| Interest: | $70,653.24 |
| Escrow Advance: | $30,270.99 |
| Recoverable Corporate Advance: | $2,128.50 |
| Suspense Balance: | -$1,870.88 |
| **Total amount due (as of 2/24/14):** | **$385,623.83** |

The escrow advance balance is now $30,159.49 due to a refund in the amount of $111.50 for Lender Placed Insurance from JPMorgan Chase.

Please contact Bayview's homeowner assistance department directly at 1-866-709-3400 for further information regarding your account.

Sincerely,

*C. Fodi*

Crystal Fodi
Mortgage Customer Support
Retail Servicing

Enclosure

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

P.O. Box 1288, Buffalo, NY 14240  716-626-7010  800-724-2224
Mortgage account information, just a click away.  www.mtb.com

**FERRER - 1873**

Loan No. 8784
MIN: 1001968000 487842



# NOTE

| February 09, 2006 | Irvine | California |
|---|---|---|
| [Date] | [City] | [State] |

**19827 NW 85th Avenue**
**Miami, Florida 33015**

[Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. **$ 300,000.00** (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is **Home Loan Center, Inc., dba LendingTree Loans, a California Corporation**
I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of **6.3750%**.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

## 3. PAYMENTS

### (A) Time and Place of Payments

I will pay principal and interest by making a payment every month.

I will make my monthly payment on the **1st** day of each month beginning on **April 01, 2006**. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on **March 01, 2036**, I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at **163 Technology Drive, Irvine, CA 92618**

or at a different place if required by the Note Holder.

### (B) Amount of Monthly Payments

My monthly payment will be in the amount of U.S. **$ 1,871.60**.

## 4. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

FLORIDA FIXED RATE NOTE—Single Family—Fannie Mae/Freddie Mac UNIFORM INSTRUMENT

ITEM 5996L1 (0011)

*(Page 1 of 3 pages)*

Form 3210 1/01
GREATLAND ■
To Order Call: 1-800-530-9393 □ Fax: 616-791-1131

**CERTIFIED**

**FERRER - 1874**

## 5.  LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

## 6.  BORROWER'S FAILURE TO PAY AS REQUIRED

### (A)  Late Charge for Overdue Payments

If the Note Holder has not received the full amount of any monthly payment by the end of        **Fifteen**        calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be        **5.0000%** of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

### (B)  Default

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

### (C)  Notice of Default

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

### (D)  No Waiver By Note Holder

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

### (E)  Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 7.  GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

## 8.  OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

## 9.  WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

## 10.  UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in

**FLORIDA FIXED RATE NOTE**—Single Family—Fannie Mae/Freddie Mac **UNIFORM INSTRUMENT**

*(Page 2 of 3 pages)*

ITEM 6996L2 (0011)

Form 3210 1/01
GREATLAND ■
To Order Call: 1-800-530-9393 □ Fax: 616-791-1131

**FERRER - 1875**

this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

## 11. DOCUMENTARY TAX

The state documentary tax due on this Note has been paid on the mortgage securing this indebtedness.

Borrower has executed and acknowledges receipt of pages 1 through 3 of this Note.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED

_____ (Seal)
**Maria Ferrer**                    -Borrower

_____ (Seal)
                                    -Borrower

_____ (Seal)
                                    -Borrower

_____ (Seal)
                                    -Borrower

_____ (Seal)
                                    -Borrower

_____ (Seal)
                                    -Borrower

*[Sign Original Only]*

FLORIDA FIXED RATE NOTE—Single Family—Fannie Mae/Freddie Mac UNIFORM INSTRUMENT

Form 3210 1/01
GREATLAND ■
To Order Call: 1-800-530-6393 □ Fax: 616-791-1131

ITEM 6996L3 (0011)                    *(Page 3 of 3 pages)*

**FERRER - 1876**

# EXHIBIT "I"

 **M&T Bank**

03/17/2014

3-760-77066-0111110-023-2-000-010-000-000



MARIA FERRER
19627 NW 85TH AVE
HIALEAH FL 33015-5982

Account Number:    0091672667

**Our records indicate we have not received your most recent mortgage payments.** As of 03/17/14 you are 1,416 days delinquent on your mortgage loan.

When your loan is delinquent you risk the loss of your property to foreclosure and additional fees related thereto, including but not limited to property evaluations, inspections, court costs, and attorneys fees.

If you are experiencing difficulty in repaying your mortgage you may obtain a list of HUD approved housing counseling agencies by calling 1-800-569-4287 or consulting http://www.hud.gov.

**Recent Account History\***

- Payment Due 10/01/13:   Payment of $2,901.69 remains due and payable

- Payment Due 11/01/13:   Payment of $2,901.69 remains due and payable

- Payment Due 12/01/13:   Payment of $2,901.69 remains due and payable

- Payment Due 01/01/14:   Payment of $2,901.69 remains due and payable

- Payment Due 02/01/14:   Payment of $2,901.69 remains due and payable

- Payment Due 03/01/14:   Payment of $2,901.69 remains due and payable

- Current payment due 04/01/14: $2,901.69

- Outstanding Fees/Charges: $2,126.50

    **Total amount needed to bring loan current: $107,416.65\***

\*Your mortgage account is in foreclosure status and may be incurring additional fees. Please contact 1-800-724-1633 or the foreclosure attorney/trustee for an accurate amount due to bring the loan current and cancel the current foreclosure action.

If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

**FERRER - 0592**

 **BAYVIEW** LOAN SERVICING

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146





April 07, 2014

MARIA FERRER
19827 NW 85TH AVE
HIALEAH, FL 33015

Loan Number: 0091672667        **Property Address:** 19827 NW 85 AVE
                                                    MIAMI LAKES, FL 33015-5982

Dear Customer:

Bayview Loan Servicing, LLC is acting as agent for your servicer, M&T Bank. I have been making repeated attempts to contact you by phone, but I haven't been able to reach you through the home and/or business number(s) listed in our files. Your loan is currently delinquent, and I would like to see if there is a way I can help you. If you are not able to pay the amount due at this time, it is important that you contact me immediately at my direct toll free number listed at the bottom of this letter to discuss possible alternatives.

I encourage you to contact me to find out about available programs we have to help you.

Sincerely,

*Lisa Fiorello*

Lisa Fiorello, Asset Manager
Bayview Loan Servicing, LLC
Phone Number:  (877) 203-2788 Monday - Friday 9:00 a.m. - 6:00 p.m., ET
Fax Number:    (305) 260-1429

Bayview Loan Servicing, LLC is attempting to collect a debt and any information will be used for that purpose. If you are in Bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the property.

**The following mailing address must be used for all Error Notices & Information Requests: Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**

**FERRER - 0034**

AM017  V 1.2 Loan No.: 0091672667

 **M&T Bank**

04/16/2014

0-760-78278-0043029-009-2-000-010-000-000



MARIA FERRER
19827 NW 85TH AVE
HIALEAH FL 33015-5982

Account Number:     0091672887

**Our records indicate we have not received your most recent mortgage payments. As of 04/16/14 you are 1,446 days delinquent on your mortgage loan.**

When your loan is delinquent you risk the loss of your property to foreclosure and additional fees related thereto, including but not limited to property evaluations, inspections, court costs, and attorneys fees.

If you are experiencing difficulty in repaying your mortgage you may obtain a list of HUD approved housing counseling agencies by calling 1-800-569-4287 or consulting http://www.hud.gov.

**Recent Account History\***

- Payment Due 11/01/13:   Payment of $2,901.89 remains due and payable
- Payment Due 12/01/13:   Payment of $2,901.89 remains due and payable
- Payment Due 01/01/14:   Payment of $2,901.89 remains due and payable
- Payment Due 02/01/14:   Payment of $2,901.89 remains due and payable
- Payment Due 03/01/14:   Payment of $2,901.89 remains due and payable
- Payment Due 04/01/14:   Payment of $2,901.89 remains due and payable
- Current payment due 05/01/14: $2,901.89
- Outstanding Fees/Charges: $2,236.08

   **Total amount needed to bring loan current: $110,425.92\***

\*Your mortgage account is in foreclosure status and may be incurring additional fees. Please contact 1-800-724-1633 or the foreclosure attorney/trustee for an accurate amount due to bring the loan current and cancel the current foreclosure action.

If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

**FERRER - 0593**

 **M&T Bank**

05/16/2014

0-750-79534-0034052-007-2-000-010-000-000



MARIA FERRER
19827 NW 85TH AVE
HIALEAH FL 33015-5982

Account Number:    0091672667

**To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.**

**Our records indicate we have not received your most recent mortgage payments.** As of 05/16/14 you are 1,476 days delinquent on your mortgage loan.

When your loan is delinquent you risk the loss of your property to foreclosure and additional fees related thereto, including but not limited to property evaluations, inspections, court costs, and attorneys fees.

If you are experiencing difficulty in repaying your mortgage you may obtain a list of HUD approved housing counseling agencies by calling 1-800-569-4287 or consulting http://www.hud.gov.

## Recent Account History*

- Payment Due 12/01/13:   Payment of $2,901.69 remains due and payable

- Payment Due 01/01/14:   Payment of $2,901.69 remains due and payable

- Payment Due 02/01/14:   Payment of $2,901.69 remains due and payable

- Payment Due 03/01/14:   Payment of $2,901.69 remains due and payable

- Payment Due 04/01/14:   Payment of $2,901.69 remains due and payable

- Payment Due 05/01/14:   Payment of $2,901.69 remains due and payable

- Current payment due 06/01/14: $2,901.69

- Outstanding Fees/Charges: $4,576.32

   **Total amount needed to bring loan current: $115,667.85***

*Your mortgage account is in foreclosure status and may be incurring additional fees. Please contact 1-800-724-1633 or the foreclosure attorney/trustee for an accurate amount due to bring the loan current and cancel the current foreclosure action.

**FERRER - 0594**

 **M&T Bank**

06/16/2014

7-750-80589-0031507-007-2-000-010-000-000



MARIA FERRER
19827 NW 85TH AVE
HIALEAH FL 33015-5982

Account Number:     0091672667

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

Our records indicate we have not received the most recent payments due on the above mortgage account. As of 06/16/14 the payments are 1,507 days delinquent on the mortgage loan account.

As a person having an ownership interest in the property, if the mortgage loan account becomes delinquent you risk the loss of your property to foreclosure and additional fees related thereto, including but not limited to property evaluations, inspections, court costs, and attorneys fees, all of which are added to the mortgage loan account.

If there is any difficulty in repaying the mortgage loan account, you may call 1-800-569-4287 or consult http://www.hud.gov to obtain a list of HUD approved housing counseling agencies.

## Recent Account History**

- Payment due 01/01/14: Payment of $2,901.69 remains outstanding

- Payment due 02/01/14: Payment of $2,901.69 remains outstanding

- Payment due 03/01/14: Payment of $2,901.69 remains outstanding

- Payment due 04/01/14: Payment of $2,901.69 remains outstanding

- Payment due 05/01/14: Payment of $2,901.69 remains outstanding

- Payment due 06/01/14: Payment of $2,901.69 remains outstanding

- Current mortgage account payment due 07/01/14: $2,901.69

- Outstanding Fees/Charges: $4,683.90

  **Total amount needed to bring mortgage loan account current: $118,677.45***

**The above mortgage account is in foreclosure status and may be incurring additional fees. To protect any ownership interest you may have in the property secured by the mortage account, you may contact 1-800-724-1633 or the foreclosure attorney/trustee for an accurate amount due to bring the loan current and cancel the current foreclosure action.

**FERRER - 0595**

 **M&T Bank**

07/16/2014

3-750-81832-0029313-006-2-000-010-000-000



MARIA FERRER
19827 NW 85TH AVE
HIALEAH FL 33015-5982

Account Number:    0091672667

**To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.**

**Our records indicate we have not received the most recent payments due on the above mortgage account.** Your loan became delinquent on 05/02/2010.  As of 07/16/14 the payments are 1,537 days delinquent on the mortgage loan account.

As a person having an ownership interest in the property, if the mortgage loan account becomes delinquent you risk the loss of your property to foreclosure and additional fees related thereto, including but not limited to property evaluations, inspections, court costs, and attorneys fees, all of which are added to the mortgage loan account.

If there is any difficulty in repaying the mortgage loan account, you may call 1-800-569-4287 or consult http://www.hud.gov to obtain a list of HUD approved housing counseling agencies.

## Recent Account History**

- Payment due 02/01/14: Payment of $2,901.69 remains outstanding

- Payment due 03/01/14: Payment of $2,901.69 remains outstanding

- Payment due 04/01/14: Payment of $2,901.69 remains outstanding

- Payment due 05/01/14: Payment of $2,901.69 remains outstanding

- Payment due 06/01/14: Payment of $2,901.69 remains outstanding

- Payment due 07/01/14: Payment of $2,901.69 remains outstanding


- Current mortgage account payment due 08/01/14: $2,901.69

- Outstanding Fees/Charges: $5,363.98

    **Total amount needed to bring mortgage loan account current: $122,259.22****


**The above mortgage account is in foreclosure status and may be incurring additional fees. To protect any ownership interest you may have in the property secured by the mortgage account, you may contact 1-800-724-1633 or the foreclosure attorney/trustee for an accurate amount due to bring the loan current and cancel the current foreclosure action.

**FERRER - 0596**

 **M&T Bank**

08/13/2014

3-750-83009-0000588-001-2-000-010-000-000



MARIA FERRER
19827 NW 85TH AVE
HIALEAH FL 33015-5982

Account Number:     0091672667

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

Our records indicate we have not received the most recent payments due on the above mortgage account. Your loan became delinquent on 06/02/2010. As of 08/13/14 the payments are 1,534 days delinquent on the mortgage loan account.

As a person having an ownership interest in the property, if the mortgage loan account becomes delinquent you risk the loss of your property to foreclosure and additional fees related thereto, including but not limited to property evaluations, inspections, court costs, and attorneys fees, all of which are added to the mortgage loan account.

If there is any difficulty in repaying the mortgage loan account, you may call 1-800-569-4287 or consult http://www.hud.gov to obtain a list of HUD approved housing counseling agencies.

## Recent Account History**

- Payment due 03/01/14: Payment of $2,901.69 remains outstanding

- Payment due 04/01/14: Payment of $2,901.69 remains outstanding

- Payment due 05/01/14: Payment of $2,901.69 remains outstanding

- Payment due 06/01/14: Payment of $2,901.69 remains outstanding

- Payment due 07/01/14: Payment of $2,901.69 remains outstanding

- Payment due 08/01/14: Payment of $2,901.69 remains outstanding


- Current mortgage account payment due 09/01/14: $2,901.69

- Outstanding Fees/Charges: $5,727.98

   **Total amount needed to bring mortgage loan account current: $123,653.30****


**The above mortgage account is in foreclosure status and may be incurring additional fees. To protect any ownership interest you may have in the property secured by the mortgage account, you may contact 1-800-724-1633 or the foreclosure attorney/trustee for an accurate amount due to bring the loan current and cancel the current foreclosure action.

**FERRER - 0597**

 **M&T Bank**

08/18/2014

5-750-83191-0038203-008-2-000-010-000-000



MARIA FERRER
19827 NW 85TH AVE
HIALEAH FL 33015-5982

Account Number:    0091672667

**To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.**

**Our records indicate we have not received the most recent payments due on the above mortgage account.** Your loan became delinquent on 06/02/2010. As of 08/18/14 the payments are 1,539 days delinquent on the mortgage loan account.

As a person having an ownership interest in the property, if the mortgage loan account becomes delinquent you risk the loss of your property to foreclosure and additional fees related thereto, including but not limited to property evaluations, inspections, court costs, and attorneys fees, all of which are added to the mortgage loan account.

If there is any difficulty in repaying the mortgage loan account, you may call 1-800-569-4287 or consult http://www.hud.gov to obtain a list of HUD approved housing counseling agencies.

## Recent Account History**

- Payment due 03/01/14: Payment of $2,901.69 remains outstanding

- Payment due 04/01/14: Payment of $2,901.69 remains outstanding

- Payment due 05/01/14: Payment of $2,901.69 remains outstanding

- Payment due 06/01/14: Payment of $2,901.69 remains outstanding

- Payment due 07/01/14: Payment of $2,901.69 remains outstanding

- Payment due 08/01/14: Payment of $2,901.69 remains outstanding

- Current mortgage account payment due 09/01/14: $2,901.69

- Outstanding Fees/Charges: $5,853.66

   **Total amount needed to bring mortgage loan account current: $123,778.98\*\***

\*\*The above mortgage account is in foreclosure status and may be incurring additional fees. To protect any ownership interest you may have in the property secured by the mortgage account, you may contact 1-800-724-1633 or the foreclosure attorney/trustee for an accurate amount due to bring the loan current and cancel the current foreclosure action.

**FERRER - 0598**



**BAYVIEW**
LOAN SERVICING

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

8/27/2014

MARIA FERRER                                      Loan Number:  91672667
19827 NW 85TH AVE
HIALEAH, FL 330155982

Property Address: 19827NW85 AVE
MIAMI LAKES, FL 330155982

Dear Customer:

You may be qualified to receive financial assistance through the Florida Hardest-Hit Fund (HHF) Program. This program, administered by Florida Housing Finance Corporation, is available statewide for troubled homeowners who are unemployed or underemployed through no fault of their own.

Homeowners who qualify for financial assistance from HHF may receive monthly mortgage payments paid directly to their lender, and/or funding to help bring a past-due first mortgage current.

To determine if you are eligible for this funding, you should log onto the official HHF website at **www.FLHardestHitHelp.org**. This website contains all the information you will need to complete your application for assistance, including eligibility criteria, step-by-step instructions and prompts to help you.

Pre-screening services and application to receive funding from Florida's Hardest-Hit Fund program is **FREE-OF-CHARGE**; homeowners will not be asked to pay for any eligibility determination services in conjunction with applying for the program.

Also, Florida Housing has identified several "imposter" and "copycat" websites posing as HHF application sites. We strongly encourage you to _verify_ that the website you are using is, in fact, the official Florida HHF website **BEFORE** providing personal information. If you are suspicious about a website, please contact the HHF Information Line toll-free at 1877-863-5244 to verify the website address.

Sincerely,

# Lisa Fiorello

Lisa Fiorello, Asset Manager
Bayview Loan Servicing, LLC
Phone Number: 877-203-2788  Monday - Friday 8:30 a.m. - 8:00 p.m., ET
Fax Number: 305-260-1429

Please see important information attached.

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

**The following mailing address must be used for all Error Notices & Information Requests: Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**

Florida HFF Program Solicitation Letter V 1.0 Loan No.: 91672667

FERRER - 0035

 **M&T Bank**

09/16/2014

1-750-84292-0038145-008-2-000-010-000-000

MARIA FERRER
19827 NW 85TH AVE
HIALEAH FL 33015-5982

Account Number:     0091672667

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

Our records indicate we have not received the most recent payments due on the above mortgage account. Your loan became delinquent on 06/02/2010.  As of 09/16/14 the payments are 1,568 days delinquent on the mortgage loan account.

As a person having an ownership interest in the property, if the mortgage loan account becomes delinquent you risk the loss of your property to foreclosure and additional fees related thereto, including but not limited to property evaluations, inspections, court costs, and attorneys fees, all of which are added to the mortgage loan account.

If there is any difficulty in repaying the mortgage loan account, you may call 1-800-569-4287 or consult http://www.hud.gov to obtain a list of HUD approved housing counseling agencies.

## Recent Account History**

- Payment due 04/01/14: Payment of $2,901.69 remains outstanding

- Payment due 05/01/14: Payment of $2,901.69 remains outstanding

- Payment due 06/01/14: Payment of $2,901.69 remains outstanding

- Payment due 07/01/14: Payment of $2,901.69 remains outstanding

- Payment due 08/01/14: Payment of $2,901.69 remains outstanding

- Payment due 09/01/14: Payment of $2,901.69 remains outstanding

- Current mortgage account payment due 10/01/14: $2,901.69

- Outstanding Fees/Charges: $5,947.24

   **Total amount needed to bring mortgage loan account current: $126,774.25****

**The above mortgage account is in foreclosure status and may be incurring additional fees. To protect any ownership interest you may have in the property secured by the mortgage account, you may contact 1-800-724-1633 or the foreclosure attorney/trustee for an accurate amount due to bring the loan current and cancel the current foreclosure action.

**FERRER - 0599**

 **M&T Bank**

10/16/2014

0-750-85484-0097743-020-2-000-010-000-000

MARIA FERRER
19827 NW 85TH AVE
HIALEAH FL 33015-5982

Account Number:     0091672667

**To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.**

**Our records indicate we have not received the most recent payments due on the above mortgage account.** Your loan became delinquent on 06/02/2010.  As of 10/16/14 the payments are 1,598 days delinquent on the mortgage loan account.

As a person having an ownership interest in the property, if the mortgage loan account becomes delinquent you risk the loss of your property to foreclosure and additional fees related thereto, including but not limited to property evaluations, inspections, court costs, and attorneys fees, all of which are added to the mortgage loan account.

If there is any difficulty in repaying the mortgage loan account, you may call 1-800-569-4287 or consult http://www.hud.gov to obtain a list of HUD approved housing counseling agencies.

## Recent Account History**

- Payment due 05/01/14: Payment of $2,901.69 remains outstanding

- Payment due 06/01/14: Payment of $2,901.69 remains outstanding

- Payment due 07/01/14: Payment of $2,901.69 remains outstanding

- Payment due 08/01/14: Payment of $2,901.69 remains outstanding

- Payment due 09/01/14: Payment of $2,901.69 remains outstanding

- Payment due 10/01/14: Payment of $2,901.69 remains outstanding

- Current mortgage account payment due 11/01/14: $2,901.69

- Outstanding Fees/Charges: $6,054.82

    **Total amount needed to bring mortgage loan account current: $129,783.52****

**The above mortgage account is in foreclosure status and may be incurring additional fees. To protect any ownership interest you may have in the property secured by the mortgage account, you may contact 1-800-724-1633 or the foreclosure attorney/trustee for an accurate amount due to bring the loan current and cancel the current foreclosure action.

**FERRER - 0600**

 **M&T Bank**

11/17/2014

2-750-86639-0083501-017-2-000-010-000-000

MARIA FERRER
19827 NW 85TH AVE
HIALEAH FL 33015-5982

Account Number:    0091672667

**To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.**

**Our records indicate we have not received the most recent payments due on the above mortgage account.** Your loan became delinquent on 06/02/2010.  As of 11/17/14 the payments are 1,630 days delinquent on the mortgage loan account.

As a person having an ownership interest in the property, if the mortgage loan account becomes delinquent you risk the loss of your property to foreclosure and additional fees related thereto, including but not limited to property evaluations, inspections, court costs, and attorneys fees, all of which are added to the mortgage loan account.

If there is any difficulty in repaying the mortgage loan account, you may call 1-800-569-4287 or consult http://www.hud.gov to obtain a list of HUD approved housing counseling agencies.

## Recent Account History**

- Payment due 06/01/14: Payment of $2,901.69 remains outstanding

- Payment due 07/01/14: Payment of $2,901.69 remains outstanding

- Payment due 08/01/14: Payment of $2,901.69 remains outstanding

- Payment due 09/01/14: Payment of $2,901.69 remains outstanding

- Payment due 10/01/14: Payment of $2,901.69 remains outstanding

- Payment due 11/01/14: Payment of $2,901.69 remains outstanding

- Current mortgage account payment due 12/01/14: $2,901.69
- Outstanding Fees/Charges: $6,118.82

    **Total amount needed to bring mortgage loan account current: $132,749.21****

**The above mortgage account is in foreclosure status and may be incurring additional fees. To protect any ownership interest you may have in the property secured by the mortgage account, you may contact 1-800-724-1633 or the foreclosure attorney/trustee for an accurate amount due to bring the loan current and cancel the current foreclosure action.

**FERRER - 0601**

 **M&T Bank**

12/16/2014

4-750-87722-0080482-019-3-000-010-000-000

MARIA FERRER
19827 NW 85TH AVE
HIALEAH FL 33015-5982

Account Number:     0091672667

**To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.**

**Our records indicate we have not received the most recent payments due on the above mortgage account.**
Your loan became delinquent on 06/02/2010.  As of 12/16/14 the payments are 1,659 days delinquent on the mortgage loan account.

As a person having an ownership interest in the property, if the mortgage loan account becomes delinquent you risk the loss of your property to foreclosure and additional fees related thereto, including but not limited to property evaluations, inspections, court costs, and attorneys fees, all of which are added to the mortgage loan account.

If there is any difficulty in repaying the mortgage loan account, you may call 1-800-569-4287 or consult http://www.hud.gov to obtain a list of HUD approved housing counseling agencies.

## Recent Account History**

- Payment due 07/01/14: Payment of $2,901.69 remains outstanding

- Payment due 08/01/14: Payment of $2,901.69 remains outstanding

- Payment due 09/01/14: Payment of $2,901.69 remains outstanding

- Payment due 10/01/14: Payment of $2,901.69 remains outstanding

- Payment due 11/01/14: Payment of $2,901.69 remains outstanding

- Payment due 12/01/14: Payment of $2,901.69 remains outstanding

- Current mortgage account payment due 01/01/15: $2,901.69

- Outstanding Fees/Charges: $6,132.82

  **Total amount needed to bring mortgage loan account current: $135,664.90****

**The above mortgage account is in foreclosure status and may be incurring additional fees. To protect any ownership interest you may have in the property secured by the mortgage account, you may contact 1-800-724-1633 or the foreclosure attorney/trustee for an accurate amount due to bring the loan current and cancel the current foreclosure action.

**FERRER - 0602**

 **M&T Bank**

01/16/2015

7-750-88856-0094701-019-2-010-110-000-000
MARIA FERRER
19827 NW 85TH AVE
HIALEAH FL 33015-5982

Account Number:    0091672667

**To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.**

**Our records indicate we have not received the most recent payments due on the above mortgage account.** Your loan became delinquent on 06/02/2010.  As of 01/16/15 the payments are 1,690 days delinquent on the mortgage loan account.

As a person having an ownership interest in the property, if the mortgage loan account becomes delinquent you risk the loss of your property to foreclosure and additional fees related thereto, including but not limited to property evaluations, inspections, court costs, and attorneys fees, all of which are added to the mortgage loan account.

If there is any difficulty in repaying the mortgage loan account, you may call 1-800-569-4287 or consult http://www.hud.gov to obtain a list of HUD approved housing counseling agencies.

## Recent Account History**

- Payment due 08/01/14: Payment of $2,901.69 remains outstanding

- Payment due 09/01/14: Payment of $2,901.69 remains outstanding

- Payment due 10/01/14: Payment of $2,901.69 remains outstanding

- Payment due 11/01/14: Payment of $2,901.69 remains outstanding

- Payment due 12/01/14: Payment of $2,901.69 remains outstanding

- Payment due 01/01/15: Payment of $2,901.69 remains outstanding

- Current mortgage account payment due 02/01/15: $2,901.69

- Outstanding Fees/Charges: $6,496.82

   **Total amount needed to bring mortgage loan account current: $138,930.59****

**The above mortgage account is in foreclosure status and may be incurring additional fees. To protect any ownership interest you may have in the property secured by the mortgage account, you may contact 1-800-724-1633 or the foreclosure attorney/trustee for an accurate amount due to bring the loan current and cancel the current foreclosure action.

**FERRER - 0603**

 **M&T Bank**

02/17/2015

1-750-90020-0101342-021-2-000-010-000-000
MARIA FERRER
19827 NW 85TH AVE
HIALEAH FL 33015-5982

Account Number:     0091672667

**To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.**

**Our records indicate we have not received the most recent payments due on the above mortgage account.** Your loan became delinquent on 06/02/2010.  As of 02/17/15 the payments are 1,722 days delinquent on the mortgage loan account.

As a person having an ownership interest in the property, if the mortgage loan account becomes delinquent you risk the loss of your property to foreclosure and additional fees related thereto, including but not limited to property evaluations, inspections, court costs, and attorneys fees, all of which are added to the mortgage loan account.

If there is any difficulty in repaying the mortgage loan account, you may call 1-800-569-4287 or consult http://www.hud.gov to obtain a list of HUD approved housing counseling agencies.

## Recent Account History**

- Payment due 09/01/14: Payment of $2,901.69 remains outstanding

- Payment due 10/01/14: Payment of $2,901.69 remains outstanding

- Payment due 11/01/14: Payment of $2,901.69 remains outstanding

- Payment due 12/01/14: Payment of $2,901.69 remains outstanding

- Payment due 01/01/15: Payment of $2,901.69 remains outstanding

- Payment due 02/01/15: Payment of $2,901.69 remains outstanding

- Current mortgage account payment due 03/01/15: $2,901.69

- Outstanding Fees/Charges: $7,555.82

    **Total amount needed to bring mortgage loan account current: $142,891.28****

**The above mortgage account is in foreclosure status and may be incurring additional fees. To protect any ownership interest you may have in the property secured by the mortgage account, you may contact 1-800-724-1633 or the foreclosure attorney/trustee for an accurate amount due to bring the loan current and cancel the current foreclosure action.

**FERRER - 0604**

 **BAYVIEW** Bayview Loan Servicing, LLC
LOAN SERVICING
4425 Ponce de Leon Blvd, 5th Floor
Coral Gables, FL 33146



March 06, 2015

MARIA FERRER
19827 NW 85TH AVE
HIALEAH, FL 33015

**Loan Number:** 0091672667          **Property Address:** 19827 NW 85 AVE
                                                        MIAMI LAKES, FL 33015-5982

Dear Customer:

Bayview Loan Servicing, LLC is acting as agent for your servicer, M&T Bank. Hi, my name is Thomas Sudders. I am a member of the Bayview Loan Servicing Asset Management Team. Due to the status of your account your loan has been assigned to me. Your account may have been referred to an attorney for legal action, and additional fees and charges may be accruing. Your credit standing could also suffer as a result of any legal action, including foreclosure.

Together we may be able to come to an alternative solution to your current situation. I cannot assist you without your cooperation. Please call me immediately at the toll free number listed below to discuss possible options that may be available. Thank you for your time.

Sincerely,

*Thomas Sudders*

Thomas Sudders, Asset Manager
Bayview Loan Servicing, LLC
Phone Number: (844) 617-4486 Monday - Friday 8:30 a.m. - 8:00 p.m., ET
Fax Number: (305) 644-3782

Bayview Loan Servicing, LLC is attempting to collect a debt and any information will be used for that purpose. If you are in Bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the property.

**The following mailing address must be used for all Error Notices & Information Requests: Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**

AM009  V 1.3 Loan No.: 0091672667                                                    **FERRER - 0051**

**M&T Bank**

April 30, 2015

9-750-93065-0000227-001-1-000-000-000-000

Maria Ferrer
19827 NW 85th Ave
Hialeah, FL 33015

750-2004-1007F

RE:  Loan No.:    0091672667
     Property Address: 19827 NW 85 Ave
                       Miami Lakes FL 33015-5982

Dear Mortgage Customer(s):

You are in default under the terms of your mortgage loan. We acknowledge
that you may be experiencing either temporary or permanent financial
problems that led to your default. As the servicer of your loan, we
would like to work with you to find a solution for the delinquency. If
you are not already engaged with Bayview Asset Management, please
contact us at the phone number listed below. Loss Mitigation options
may still be available if you qualify.

As you know, Bayview Loan Servicing, LLC. is handling loss mitigation
activity for your mortgage on behalf of M&T. To contact Bayview
Asset Management, please call 1-866-709-3400.

Short-term and long-term solutions, tailored to fit your individual
circumstances, may be available to help you keep your home. There
are also options if you do not want or cannot afford to keep your
home and do not want a foreclosure or a possible deficiency judgment
on your credit report.

These options include:

Repayment Plan - This plan distributes your delinquent payments over
a period of time. The monthly amount is then added to your regular
monthly mortgage payment.

Loan Modification - This plan adds past-due interest and escrow amounts
to the unpaid principal balance. The loan is then re-amortized over
a new term.

Short Sale - This option allows you to sell your home and use the net
proceeds to pay off the mortgage if you are unable to maintain payments
and cannot sell the home at market value. This is available even if
the home's value is less than the total amount owed.

Deed in Lieu of Foreclosure - This plan allows you to transfer your
property voluntarily to M&T Bank if you are unable to
maintain payments and cannot sell the home at market value.

**FERRER - 0608**

Not all loss mitigation options are available to everyone and may be affected by the status of your first lien mortgage loan.

Information regarding your monthly income and recurring expenses (e.g. utilities, tuition, auto loans, credit cards, food, insurance) is needed for us to determine which of these options may be appropriate for your situation.

To learn more about your options and instructions for how to apply call Bayview Loan Servicing at 1-866-709-3400.

Hours: Monday-Friday 8AM-12 Midnight; Saturday 8AM-5PM (EST)

Or write to: Bayview Loan Servicing, 895 SW 30th Ave. Suite 202 Pompano Beach, FL 33069 or email to mtdocs@bayviewloanservicing.com

For help exploring your options, you may wish to contact a housing counselor. To locate a HUD-approved housing counselor, please call 1-800-569-4287 or go to http://www.hud.gov/offices/hsg/sfh/hcc/fc/.

Please note: There is no guarantee that you will receive any assistance or a particular type of assistance. If you are currently in foreclosure this correspondence is not intended to imply that the foreclosure action is being withdrawn, suspended or dismissed. Any pending foreclosure activity will continue until a suspension is required under applicable law.

Sincerely,

M&T Bank

Homeowner Assistance Center

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this correspondence is for compliance or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

CL041

**FERRER - 0609**

# EXHIBIT "J"

Case No. 15-20877 RNS
1 of 2

# FERRER V. BAYVIEW
## CALL LOG

| Date | Time | 8303 | 7994 | Complaint | User | Bates Record # | Rep | Type of Call | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|
| 10/16/2014 | 12:58:41 | 1 | | 1 | \$3 | 2623/Recording | Sandra Correa | CNT | %@%SANDRACORREA%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 10/16/2014 | 12:58:38 | 1 | | 1 | \$3 | 2623 | Sandra Correa | CNT | %@%SANDRACORREA%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 10/13/2014 | 19:03:51 | 1 | | 1 | \$3 | 2628 | Anesha Haughton | OB | %@%ANESHAHAUGHTON%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 10/13/2014 | 18:39:03 | 1 | | 1 | \$3 | 2628 | Sandra Correa | NA | %@%SANDRACORREA%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 10/9/2014 | 11:28:52 | 1 | | 1 | \$3 | 2628 | Pedro Hatz | OB | %@%PEDROHATZ%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 10/6/2014 | 11:16:02 | 1 | | 1 | \$3 | 2630 | Marissa Valle | OB | %@%MARISSAVALLE%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 10/1/2014 | 13:23:30 | 2 | | 2 | \$3 | 2632 | John Ramlochan | OB | %@%JOHNRAMLOCHAN%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 9/29/2014 | 11:39:21 | 2 | | 2 | \$3 | 2633 | Marissa Valle | OB | %@%MARISSAVALLE%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 9/25/2014 | 10:02:32 | 1 | | 1 | \$3 | 2635 | Yolanda Gloster | OB | %@%YOLANDAGLOSTER%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 9/22/2014 | 12:11:42 | 2 | | 2 | \$3 | 2635 | John Ramlochan | OB | %@%JOHNRAMLOCHAN%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 9/18/2014 | 11:35:40 | 2 | | 2 | \$3 | 2637 | Lisa Fiorello | NA | %@%LISAFIORELLO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 9/15/2014 | 15:21:05 | 2 | | 2 | \$3 | 2642 | Lisa Fiorello | NA | %@%LISAFIORELLO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 9/11/2014 | 11:17:51 | 2 | | 2 | \$3 | 2643 | Lisa Fiorello | NA | %@%LISAFIORELLO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 9/8/2014 | 15:25:51 | 2 | | 2 | \$3 | 2646 | Lisa Fiorello | NA | %@%LISAFIORELLO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 9/5/2014 | 12:58:54 | 1 | | 1 | \$3 | 2648 | Lisa Fiorello | NA | %@%LISAFIORELLO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 9/2/2014 | 14:56:47 | 1 | | 1 | \$3 | 2650 | Andres Bautista/Montgomery, Jonell | OB | %@%ANDRESBAUTISTA%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 8/27/2014 | 13:58:43 | 1 | | 1 | \$3 | 2649 | Pedro Hatz | OB | %@%PEDROHATZ%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 8/25/2014 | 16:25:19 | 2 | | 2 | \$3 | 2649/2650 | Lisa Fiorello | NA | %@%LISAFIORELLO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 8/21/2014 | 11:06:20 | 1 | | 1 | \$3 | 2650 | Rosa Diego/Rodriguez, Angel | OB | %@%ROSADIEGO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 8/18/2014 | 10:38:46 | 1 | | 1 | \$3 | 2651 | Lisa Fiorello | OB | %@%LISAFIORELLO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 8/11/2014 | 14:13:02 | 2 | | 2 | \$3 | 2658 | John Ramlochan | OB | %@%JOHNRAMLOCHAN%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 8/7/2014 | 10:26:26 | 1 | | 1 | \$3 | 2660 | Anesha Haughton | OB | %@%ANESHAHAUGHTON%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 8/4/2014 | 15:49:46 | 1 | | 1 | \$3 | 2661 | Lisa Fiorello | NA | %@%LISAFIORELLO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 7/31/2014 | 8:58:28 | 1 | | 1 | \$3 | 2661 | Pedro Hatz | OB | %@%PEDROHATZ%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 7/28/2014 | 10:42:43 | 1 | | 1 | \$3 | 2663 | Elysee, Natia | OB | %@%ELYSEENATIA%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 7/23/2014 | 11:05:05 | 1 | | 1 | \$3 | 2665 | Nathaniel Horton/Davis, Jalel | OB | %@%NATHANIELHORTON%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 7/21/2014 | 17:48:35 | 1 | | 1 | \$3 | 2667 | Marissa Valle | OB | %@%MARISSAVALLE%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 7/16/2014 | 16:34:11 | 2 | | 2 | \$3 | 2669 | Nathan Horton | NA | %@%NATHANIELHORTON%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 7/14/2014 | 16:09:29 | 1 | | 1 | \$3 | 2670 | Lisa Fiorello | OB | %@%LISAFIORELLO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 7/9/2014 | 19:28:37 | 1 | | 1 | \$3 | 2673 | Nathaniel Horton | OB | %@%NATHANIELHORTON%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 7/9/2014 | 17:49:30 | 1 | | 1 | \$3 | 2673 | Yolanda Gloster | OB | %@%YOLANDAGLOSTER%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 7/7/2014 | 10:30:44 | 1 | | 1 | \$3 | 2673 | Rosa Diego | OB | %@%ROSADIEGO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 7/3/2014 | 10:24:24 | 1 | | 1 | \$3 | 2674 | Elysee Natia | OB | %@%ELYSEENATIA%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 7/3/2014 | 10:22:45 | 1 | | 1 | \$3 | 2674 | Elysee Natia | OB | %@%ELYSEENATIA%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 6/30/2014 | 12:15:08 | 2 | | 2 | \$3 | 2675 | Lisa Fiorello | NA | %@%LISAFIORELLO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 6/25/2014 | 14:19:37 | 2 | | 2 | \$3 | 2677 | Pedro Hatz | OB | %@%PEDROHATZ%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 6/23/2014 | 14:52:06 | 2 | | 2 | \$3 | 2679 | Lisa Fiorello | NA | %@%LISAFIORELLO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 6/19/2014 | 10:18:13 | 2 | | 2 | \$3 | 2680 | Lisa Fiorello | CNT | %@%LISAFIORELLO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 6/17/2014 | 11:43:08 | 1 | | 1 | \$3 | 2681 | Lisa Fiorello | CNT | %@%LISAFIORELLO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 6/17/2014 | 11:41:41 | 1 | | 1 | \$3 | 2681 | Lisa Fiorello | CNT | %@%LISAFIORELLO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 6/16/2014 | 14:55:22 | 1 | | 1 | \$3 | 2683 | Lisa Fiorello | NA | %@%LISAFIORELLO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |

# FERRER V. BAYVIEW
## CALL LOG

| Date | Time | 8303 | 7994 | Complaint | User | Bates Record # | Rep | Type of Call | Additional Comments |
|------|------|------|------|-----------|------|----------------|-----|--------------|---------------------|
| 6/11/2014 | 13:46:00 | 2 | | 2 | (S3 | 2683 | Elizabeth Palmer | CNT | %@%ELIZABETHPALMER%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 6/9/2014 | 16:58:00 | 1 | | 1 | (S3 | 2684 | Elysee Natta | CNT | %@%ELYSEENATTA%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 6/9/2014 | 17:00:31 | | | 1 | (S3 | 2683/2684 | Elysee Natta | OB | %@%ELYSEENATTA%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 6/5/2014 | 13:35:30 | 2 | | | (S3 | 2685 | Pedro Hatz | OB | %@%PEDROHATZ%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 6/2/2014 | 13:07:38 | 2 | | | (S3 | 2686 | Lisa Fiorello | NA | %@%LISAFIORELLO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 5/20/2014 | 11:18:36 | 1 | | 1 | (S3 | 2688 | Stacy Thomas | OB | %@%STACYTHOMAS%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 5/16/2014 | 14:13:10 | | 1 | | (S3 | 2688 | Nathaniel Horton | OB | %@%NATHANIELHORTON%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 5/9/2014 | 13:18:44 | | | 1 | (S3 | 2690 | Nathaniel Horton | OB | %@%NATHANIELHORTON%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 5/6/2014 | 15:11:38 | | | 1 | (S3 | 2690 | Aaron Gagne | OB | %@%AARONGAGNE%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 5/1/2014 | 11:56:14 | 2 | | 2 | (S3 | 2693 | Lisa Fiorello | NA | %@%LISAFIORELLO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 4/28/2014 | 11:02:03 | | | | (S3 | 2694 | Lisa Fiorello | NA | %@%LISAFIORELLO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 4/24/2014 | 12:19:22 | | | 1 | (S3 | 2695 | Lisa Fiorello | NA | %@%LISAFIORELLO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 4/17/2014 | 12:05:39 | | 2 | 2 | (S3 | 2697 | Lisa Fiorello | NA | %@%LISAFIORELLO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 4/11/2014 | 12:05:38 | | 2 | 2 | (S3 | 2698 | Lisa Fiorello | NA | %@%LISAFIORELLO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 4/7/2014 | 12:31:59 | | 1 | 1 | (S3 | 2697 | Andrea Bendayan | OC | %@%ANDREABENDAYAN%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 4/7/2014 | 10:44:12 | | 1 | 1 | (S3 | 2702 | Lisa Fiorello | NA | %@%LISAFIORELLO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 4/3/2014 | 12:35:06 | | 2 | 2 | (S3 | 2702 | System Dialed Call | OC | %@%SYS%@% |
| 3/31/2014 | 10:58:39 | | | 1 | (S3 | 2703 | Vincent Manning | DUP | %@%VINCENTMANNING%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 3/27/2014 | 14:37:05 | | | 1 | (S3 | 2704 | Vincent Manning | OB | %@%VINCENTMANNING%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 3/24/2014 | 12:24:23 | | | 1 | (S3 | 2704 | System Dialed Call | NA | %@%SYS%@% |
| 3/24/2014 | 10:23:39 | | | | (S3 | 2705 | Marissa Valle | OB | %@%MARISSAVALLE%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 3/24/2014 | 10:44:00 | | 1 | 1 | (S3 | 2704/2705 | System Dialed Call | SH | %@%SYS%@% |
| 3/20/2014 | 12:35:41 | | | 2 | (S3 | 2706 | System Dialed Call | NA | %@%SYS%@% |
| 3/20/2014 | 11:36:52 | | 1 | 1 | (S3 | 2706 | Elysee Natta | NA | %@%ELYSEENATTA%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 3/17/2014 | 12:33:42 | | 1 | 1 | (S3 | 2708 | System Dialed Call | NA | %@%SYS%@% |
| 3/17/2014 | 10:57:31 | | 2 | 2 | (S3 | 2708 | Lisa Fiorello | NA | %@%LISAFIORELLO%@%COLLECTIONWORK%@%LOSSMITIGATION%@% |
| 3/13/2014 | 8:22:59 | | 1 | 1 | (S3 | 2709 | System Dialed Call | OC | %@%SYS%@% |

| | 8303 | 7994 | Complaint |
|--|------|------|-----------|
| TOTAL CALLS (1) | 35 | 10 | 45 |
| Additional Calls (2) | 20 | 5 | 25 |
| TOTAL CALLS | 55 | 15 | 70 |

| 1 | Calls that appear on Call Log, Complaint, Dialed Call Report |
|---|---|
| 2 | Additional Call not on Complaint |

| OC | Outcome |
|----|---------|
| OB | Outbound |
| NA | No Answer |
| DUP | Duplicate Call |
| SH | Cell Phone Screen Shot of Call |
| CNT | Contact with customer |

# FERRER V. BAYVIEW CALL LOG

| Date | Time | 8303 | 7994 | 9360 | User | Bates Record # | Rep | Type of Call | Outbound | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/25/2015 | 10:07:37 | | | x | {S3 | 2500 | System Dialed Call | | %@%SYS%@% | |
| 3/23/2015 | 21:53:31 | | | x | {S3 | 2501 | System Dialed Call | | %@%SYS%@% | |
| 3/18/2015 | 26:26:38 | | | x | {S3 | 2502 | System Dialed Call | | %@%SYS%@% | |
| 3/18/2015 | 9:55:23 | | | x | {S3 | 2502 | System Dialed Call | | %@%SYS%@% | |
| 3/16/2015 | 11:00:38 | | | x | {S3 | 2508 | System Dialed Call | | %@%SYS%@% | |
| 3/11/2015 | 12:49:15 | | | x | {S3 | 2510 | System Dialed Call | | %@%SYS%@% | |
| 3/9/2015 | 8:26:45 | | | x | {S3 | 2513 | System Dialed Call | | %@%SYS%@% | |
| 3/4/2015 | 12:04:25 | | | x | {S3 | 2518 | System Dialed Call | | %@%SYS%@% | |
| 3/2/2015 | 10:56:03 | | | x | {S3 | 2519 | System Dialed Call | | %@%SYS%@% | |
| 3/2/2015 | 8:08:06 | | | x | {S3 | 2520 | System Dialed Call | | %@%SYS%@% | |
| 2/25/2015 | 12:52:27 | | | x | {S3 | 2524 | System Dialed Call | | %@%SYS%@% | |
| 2/25/2015 | 9:40:37 | | | x | {S3 | 2524 | System Dialed Call | | %@%SYS%@% | |
| 2/23/2025 | 11:27:20 | | | x | {S3 | 2526 | System Dialed Call | | %@%SYS%@% | |
| 2/18/2015 | 12:42:29 | | | x | {S3 | 2528 | System Dialed Call | | %@%SYS%@% | |
| 2/16/2015 | 13:46:53 | | | x | {S3 | 2530 | System Dialed Call | | %@%SYS%@% | |
| 2/9/2015 | 12:04:31 | | | x | {S3 | 2532 | System Dialed Call | | %@%SYS%@% | |
| 2/4/2015 | 10:54:47 | | | x | {S3 | 2535 | System Dialed Call | | %@%SYS%@% | |
| 2/4/2015 | 15:49:17 | | | x | {S3 | 2535 | System Dialed Call | | %@%SYS%@% | |
| 2/2/2015 | 9:43:15 | | | x | {S3 | 2539 | System Dialed Call | | %@%SYS%@% | |
| 1/28/2015 | 11:12:45 | | | x | {S3 | 2546 | System Dialed Call | | %@%SYS%@% | |
| 1/26/2015 | 14:06:33 | | | x | {S3 | 2549/2550 | System Dialed Call | | %@%SYS%@% | |
| 1/26/5015 | 11:45:53 | | | x | {S3 | 2550 | System Dialed Call | | %@%SYS%@% | |
| 1/22/2015 | 9:39:36 | | | x | {S3 | 2552 | System Dialed Call | | %@%SYS%@% | |
| 1/21/2015 | 18:30:17 | | | x | {S3 | 2554 | System Dialed Call | | %@%SYS%@% | |
| 1/21/2015 | 15:23:45 | | | x | {S3 | 2554 | System Dialed Call | | %@%SYS%@% | |
| 1/19/2015 | 1:25:25 | | | x | {S3 | 2560 | System Dialed Call | | %@%SYS%@% | |
| 1/14/2015 | 12:29:11 | | | x | {S3 | 2561 | System Dialed Call | | %@%SYS%@% | |
| 1/14/2015 | 10:28:20 | | | x | {S3 | 2561 | System Dialed Call | | %@%SYS%@% | |
| 1/12/2015 | 10:08:31 | | | x | {S3 | 2562 | System Dialed Call | | %@%SYS%@% | |
| 1/10/2015 | 10:46:50 | | | x | {S3 | 2563 | System Dialed Call | | %@%SYS%@% | |
| 1/7/2015 | 11:38:54 | | | x | {S3 | 2563 | System Dialed Call | | %@%SYS%@% | |
| 1/5/2015 | 11:23:41 | | | x | {S3 | 2565 | System Dialed Call | | %@%SYS%@% | |
| 12/31/2014 | 11:22:09 | | | x | {S3 | 2571 | System Dialed Call | | %@%SYS%@% | |
| 12/29/2014 | 10:55:06 | | | x | {S3 | 2575 | System Dialed Call | | %@%SYS%@% | |
| 12/24/2014 | 12:19:47 | | | x | {S3 | 2577 | System Dialed Call | | %@%SYS%@% | |
| 12/24/2014 | 8:42:35 | | | x | {S3 | 2577 | System Dialed Call | | %@%SYS%@% | |
| 12/22/2014 | 12:44:10 | | | x | {S3 | 2579 | System Dialed Call | | %@%SYS%@% | |
| 12/22/2014 | 10:39:44 | | | x | {S3 | 2580 | System Dialed Call | | %@%SYS%@% | |
| 12/17/2014 | 13:03:32 | | | x | {S3 | 2581 | System Dialed Call | | %@%SYS%@% | |
| 12/15/2014 | 12:54:12 | | | x | {S3 | 2582/2583 | System Dialed Call | | %@%SYS%@% | |

FERRER V. BAYVIEW CALL LOG

| Date | Time | 8303 | 7994 | 9360 | User | Bates Record # | Rep | Type of Call | Outbound | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/15/2014 | 10:42:32 | | | × | JS3 | 2583 | System Dialed Call | | %@%SYS%@% | |
| 12/10/2014 | 14:39:13 | | | × | JS3 | 2583/2584 | System Dialed Call | | %@%SYS%@% | |
| 12/10/2014 | 12:38:23 | | | × | JS3 | 2584 | System Dialed Call | | %@%SYS%@% | |
| 12/8/2014 | 15:55:21 | | | × | JS3 | 2586 | System Dialed Call | | %@%SYS%@% | |
| 12/8/2014 | 11:59:35 | | | × | JS3 | 2587 | System Dialed Call | | %@%SYS%@% | |
| 12/5/2014 | 12:00:59 | | | × | JS3 | 2587 | System Dialed Call | | %@%SYS%@% | |
| 12/3/2014 | 15:27:54 | | | × | JS3 | 2588 | System Dialed Call | | %@%SYS%@% | |
| 11/24/2014 | 11:33:20 | | | × | JS3 | 2600 | System Dialed Call | | %@%SYS%@% | |
| 11/17/2014 | 19:01:09 | | | × | JS3 | 2603 | System Dialed Call | | %@%SYS%@% | |
| 11/10/2014 | 9:41:19 | | | × | JS3 | 2606/2607 | System Dialed Call | | %@%SYS%@% | |
| 11/6/2014 | 10:28:52 | | | × | JS3 | 2607 | System Dialed Call | | %@%SYS%@% | |
| 10/29/2014 | 10:41:12 | | | × | JS3 | 2615 | System Dialed Call | | %@%SYS%@% | |
| 10/27/2014 | 12:28:42 | | | × | JS3 | 2615 | System Dialed Call | | %@%SYS%@% | |
| 10/27/2014 | 10:24:29 | | | | JS3 | 2616 | System Dialed Call | | %@%SYS%@% | |
| 4/7/2014 | 12:31:59 | | | | JS3 | 2701 | System Dialed Call | | %@%SYS%@% | |
| 4/3/2014 | 12:35:06 | | × | | JS3 | 2702 | System Dialed Call | | %@%SYS%@% | |
| 3/31/2014 | 10:58:39 | | × | | JS3 | 2703 | System Dialed Call | | %@%SYS%@% | |
| 3/24/2014 | 12:24:23 | | × | | JS3 | 2704 | System Dialed Call | | %@%SYS%@% | |
| 3/24/2014 | 10:23:39 | | × | | JS3 | 2704/2705 | System Dialed Call | | %@%SYS%@% | |
| 3/20/2014 | 12:35:43 | | × | | JS3 | 2706 | System Dialed Call | | %@%SYS%@% | |
| 3/17/2014 | 12:33:42 | | × | | JS3 | 2708 | System Dialed Call | | %@%SYS%@% | |
| 3/13/2014 | 8:22:59 | | × | | JS3 | 2709 | System Dialed Call | | %@%SYS%@% | |
| 3/10/2014 | 8:33:58 | | × | | JS3 | 2710 | System Dialed Call | | %@%SYS%@% | |
| 3/6/2014 | 13:14:07 | | × | | JS3 | 2711 | System Dialed Call | | %@%SYS%@% | |
| 3/3/2014 | 15:01:30 | | × | | JS3 | 2711/2712 | System Dialed Call | | %@%SYS%@% | |
| 2/26/2014 | 13:54:32 | | × | | JS3 | 2712 | System Dialed Call | | %@%SYS%@% | |
| 2/24/2014 | 19:42:16 | | × | | JS3 | 2713 | System Dialed Call | | %@%SYS%@% | |
| 2/24/2014 | 16:26:28 | | | | JS3 | 2713 | System Dialed Call | | %@%SYS%@% | |
| 2/14/2014 | 11:03:00 | × | | | | 2716 | Dialer Scrub | | Dialer Scrub | |
| 2/14/2014 | 13:14:00 | × | | | | 2717 | Dialer Scrub | | Dialer Scrub | |
| | | 2 | 14 | 53 | 69 | | | | | |

**All Activity 2/9/2006 - 3/26/2015**

738 - M & T BANK

Loan Number: ████████         Borrower Name: FERRER MARIA



**10/29/14 ATTEMPTED CNTCT - UNSUCCESS OUTCOME: FAX AGENT: 99**

████████
Loss Mitigation Note
Date:                    10/29/2014
Time:                    10:41:11
User:                        (S3
ATTEMPTED CNTCT - UNSUCCESS
OUTCOME: FAX AGENT: 99999 - CONTACT
TYPE: TEL HOME #1 SERVICING TIME: 0
SEC PHONE: 3054549360 NOTE:
%@%SYS%@%

**10/29/14 DELQ STAT =    REASON FOR DELQ = 031**

████████
Collection Note
Date:                    10/29/2014
Time:                    10:41:12
User:                        (S3
DELQ STAT = REASON FOR DELQ = 031

**10/29/14 TEL PRIMARY#  NO ANS FAX    UNABLE TO CONTACT**

████████
Collection Note
Date:                    10/29/2014
Time:                    10:41:00
User:                        (S3
TEL PRIMARY# NO ANS FAX UNABLE TO
CONTACT

**10/27/14 ATTEMPTED CNTCT - UNSUCCESS OUTCOME: AM NOT NEEDED**

████████
Loss Mitigation Note
Date:                    10/27/2014
Time:                    12:29:16
User:                        (S3
ATTEMPTED CNTCT - UNSUCCESS
OUTCOME: AM NOT NEEDED, CAM HANDLED
THE CALL AGENT: 15093 - D'AFFNER
SAINVIL (CCR) CONTACT TYPE: TEL
HOME #1 SERVICING TIME: 73 SEC
PHONE: 3054549360 NOTE: %@%SYS%@%

**10/27/14 CONTACT MADE WITH CUSTOMER OUTBOUND CALL;305454936**

████████
Loss Mitigation Note
Date:                    10/27/2014
Time:                    12:28:42
User:                        (S3
CONTACT MADE WITH CUSTOMER OUTBOUND
CALL;3054549360; SYS DIALER CALL:
BORROWER ANSWERED. SAID THAT SHE
RECEIVED DOCS FROM AM FOR HER

**All Activity 2/9/2006 - 3/26/2015**

738 - M & T BANK

Loan Number: ███████████                    **Borrower Name:** FERRER MARIA

```
REVIEW, SO AM IS WAITING TO HEAR
FROM HER. ONCE SHE'S DONE REVEIWIN
THEM SHE'LL GET BACK IN TOUCH WITH
AM. VERIFIED THIS WAS THE BEST
NUMBER TO REACH HER AT
(305)454-9360. SHE HAS AM'S CONTACT
INFO ON FILE. CALL
ENDED.%@%DAFFNERSAINVIL%@%COLLECTIO
N WORK%@%LOSS MITIGATION%@%
```



**10/27/14 ATTEMPTED CNTCT - UNSUCCESS OUTCOME: FAX AGENT: 99**

```
Loss Mitigation Note
Date:                10/27/2014
Time:                  10:24:29
User:                       (S3
ATTEMPTED CNTCT - UNSUCCESS
OUTCOME: FAX AGENT: 99999 - CONTACT
TYPE: TEL HOME #1 SERVICING TIME: 0
SEC PHONE: 3054549360 NOTE:
%@%SYS%@%
```

**10/27/14 TEL PRIMARY# RVWD HIST W/CUST**

```
Collection Note
Date:                10/27/2014
Time:                  12:28:00
User:                       (S3
TEL PRIMARY# RVWD HIST W/CUST
```

**10/27/14 DELQ STAT =    REASON FOR DELQ = 031**

```
Collection Note
Date:                10/27/2014
Time:                  10:24:29
User:                       (S3
DELQ STAT = REASON FOR DELQ = 031
```

**10/27/14 TEL PRIMARY#  NO ANS FAX    UNABLE TO CONTACT**

```
Collection Note
Date:                10/27/2014
Time:                  10:24:00
User:                       (S3
TEL PRIMARY# NO ANS FAX UNABLE TO
CONTACT
```

**10/23/14 CONTACT MADE WITH CUSTOMER OUTBOUND CALL;305454936**

```
Loss Mitigation Note
Date:                10/23/2014
Time:                  10:09:47
User:                       (S3
CONTACT MADE WITH CUSTOMER OUTBOUND
CALL;3054549360; MADE CONTACT WITH
CUSTOMER , I FULLY VERIFIED ALL
INFOMATION AND UPDATED THE PHONE
```

# EXHIBIT "K"

ome (http://www.miami-dadeclerk.com/home.asp)
nline Services (http://www.miami-dadeclerk.com/online_services.asp)
bout Us (http://www.miami-dadeclerk.com/about.asp)
ontact Us (http://www.miami-dadeclerk.com/contact.asp)
y Account (https://www2.miami-dadeclerk.com/PremierServices/login.aspx)

 

# Miami-Dade County Civil, Family and Probate Courts Online System

◀◀ Back to Search

## BAYVIEW LOAN SERVICING (LLC) VS MARBELLA PARK HOMEOWNERS ASSN INC

**Local Case Number:** 2014-011817-CA-01

**Filing Date:** 05/05/2014

**State Case Number:** 132014CA011817000001

**Case Type:** RPMF -Homestead ($250,000 or more)

**Consolidated Case No.:** N/A

**Judicial Section:** CA02

**Case Status:** CLOSED

### 👥 Parties                                                   Number of Parties: 6 ▬

⊕ Export to ▾

| Party Description | Party Name | Attorney Information | Other Attorney(s) |
|---|---|---|---|
| Defendant | Marbella Park Homeowners Assn Inc | *B#: (Bar Number)*836842 *N: (Attorney Name)*Meloni, Edoardo | |
| Defendant | Jpmorgan Chase Bank Na | | |
| Defendant | Board Of County Commissioners | *B#: (Bar Number)*301991 *N: (Attorney Name)*Thomas H Robertson | |
| Defendant | Cach (llc) | | |
| Defendant | Ferrer, Maria | | |
| Plaintiff | Bayview Loan Servicing (llc) | *B#: (Bar Number)*106225 *N: (Attorney Name)*Walker, Tyler K | |

### 🔧 Hearing Details                                          Number of Hearing: 20 ➕

### 🔗 Dockets                                              Dockets Retrieved: 299 ▬

⊕ Export to ▾

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | | 01/23/2018 | | Mortgage Foreclosure Sale | Hearing | |
| | 51 | 12/22/2017 | | Notice of Sale | Event | **SALE OF 01/23/18** |
| | 50 | 12/07/2017 | | Order Resetting Foreclosure Sale | Event | **SALE DATE: 01/23/2018** |
| | | 12/07/2017 | | Mortgage Foreclosure | Hearing | **PL MOTION TO RESCHEDULE SALE** |
| | 49 | 11/14/2017 | | Notice of Hearing- | Event | **12/07/2017** |
| | 48 | 11/07/2017 | | Cancellation Notice | Event | **FILING # 63693797 REJECTED PER JUDGE. CALENDAR CANCELLED.** |
| | 47 | 11/02/2017 | | Notice of Hearing- | Event | **11/16/2017** |
| | 46 | 10/31/2017 | | Motion to Reset Sales Date | Event | |
| | 45 | 10/31/2017 | | Certificate of Service | Event | |
| | 44 | 10/31/2017 | | Notice of Filing: | Event | **OF ORDER OF BANKRUPTCY DISMISSAL** |
| | 43 | 07/27/2017 | | Order Case Pending Bankruptcy Stay | Event | |
| | 41 | 07/21/2017 | | Notice of Bankruptcy | Event | **BANKRUPTCY CASE # 17-19206-AJC, MARIA FERRER, CANCELLED SALE FOR 07/24/17** |
| | 40 | 07/21/2017 | | Order: | Event | **DENIED. PLAINTIFF'S MOTION TO CANCEL FORECLOSURE SALE** |
| | 42 | 07/20/2017 | | Motion: | Event | **TO POSTPONE FORECLOSURE SALE** |
| | 39 | 07/20/2017 | | Notice of Hearing- | Event | **7/21/17 8:15 AM** |
| | 38 | 07/19/2017 | | Notice Has Wrong Judge | Event | **FILING # 59041060 REJECTED PER JUDGE.** |
| | 37 | 07/19/2017 | | Order: | Event | **DENIED. DEFENDANT'S MOTION TO CANCEL FORECLOSURE SALE DUE TO NO LEGAL BASIS TO STOP SALE** |
| | 34 | 07/17/2017 | | Mortgage Foreclosure Publication Fee | Event | **FOR SALE OF 7/24/17** |
| | 36 | 07/14/2017 | | Notice of Hearing- | Event | **07/19/2017** |
| | 35 | 07/14/2017 | | Motion to Stay | Event | |
| | 33 | 07/14/2017 | | Notice of Hearing- | Event | **07/19/2017 @ 8:15 AM** |
| | 32 | 06/28/2017 | | Notice of Sale | Event | **07-24-2017** |
| | 30 | 05/22/2017 | | Order to Cancel Sale Date | Event | **SALE DATE: 05/26/2017 AND RESETTING SALE DATE TO JULY 24,2017 - (DEFENDANT'S MOTION)** |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | 29 | 05/22/2017 | | No Further Judicial Action | Event | |
| ☐ | 31 | 05/19/2017 | | Mortgage Foreclosure Publication Fee | Event | **FOR SALE OF 5/26/17** |
| ☐ | 28 | 05/18/2017 | | Notice of Hearing- | Event | **5/22/17 8:15 AM** |
| ☐ | 27 | 05/12/2017 | | Notice Not Timely Filed | Event | **FILING # 56278272 REJECTED PER JUDGE** |
| ☐ | 26 | 05/11/2017 | | Notice Not Timely Filed | Event | **FILING # 56278272 REJECTED PER JUDGE** |
| ☐ | 25 | 05/11/2017 | | Notice of Hearing- | Event | **05/18/2017 AT 9:00AM** |
| ☐ | 24 | 05/10/2017 | | Notice of Hearing- | Event | **05/18/2017** |
| ☐ | 23 | 05/10/2017 | | Motion: | Event | **TO POSTPONE FORECLOSURE SALE FOR 120 DAYS** |
| ☐ | 22 | 05/03/2017 | | Notice of Sale | Event | **05/26/2017** |
| ☐ | 21 | 04/13/2017 | | Order: | Event | **DENIED MOTION TO STAY PENDING SUPREME COURT REVIEW** |
| ☐ | 20 | 04/13/2017 | | Order: | Event | **DENIED MOTION TO RESCHEDULE SALE** |
| ☐ | 19 | 04/13/2017 | | Order Resetting Foreclosure Sale | Event | **SALE DATE: MAY 26, 2017** |
| | | 04/13/2017 | | Mortgage Foreclosure | Hearing | **PL MOTION TO RESCHEDULE SALE** |
| ☐ | 18 | 04/06/2017 | | Notice of Hearing- | Event | **04/13/2017** |
| ☐ | 17 | 04/06/2017 | | Motion to Stay | Event | |
| ☐ | 16 | 04/05/2017 | | Notice of Hearing- | Event | **04/13/2017** |
| ☐ | 15 | 04/05/2017 | | Motion: | Event | **IN OPPOSITION TO PLAINTIFF'S MOTION TO RESCHEDULE FORECLOSURE SALE** |
| | 13 | 04/05/2017 | | Receipt: | Event | **RECEIPT#:3550100 AMT PAID:$50.00 NAME:KOCH HEATHER J 2727 W CYPRESS CREEK RD FORT LAUDERDALE FL 33309-1721 ALLOCATION CODE QUANTITY UNIT AMOUNT 3117-REOPEN CASE FEE 1 $50.00 $50.00 TENDER TYPE:E-FILING ACH TENDER AMT:$50.00 RECEIP** |
| ☐ | 14 | 04/04/2017 | | Order: | Event | **FLORIDA SUPREME COURT ORDER DISMISSING CASE** |
| ☐ | 12 | 04/03/2017 | | Notice of Hearing- | Event | **04/13/2017** |
| ☐ | 11 | 04/03/2017 | | Motion to Reset Sales Date | Event | |
| ☐ | 10 | 03/30/2017 | 30479:2867 | Mandate From Appeals Court | Event | **(AFFIRMED) (3D16-0180)** |
| | | 12/22/2016 | | Mortgage Foreclosure | Hearing | **MOTIONNTO RESCHEDULE SALE** |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 9 | 12/01/2016 | | Order: | Event | **ON PLAINTIFF'S MOTION TO RESCHEDULE FORECLOSURE SALE AND DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S MOTION TO RESCHEDULED ARE HEREBY WITHDRAWN AND HEARING FOR DECEMBER 22, 2016 CANCELLED** |
| | | 12/01/2016 | | Mortgage Foreclosure | Hearing | **DEF MOTION TO RESCHEDULE SALE** |
| 📄 | 8 | 11/23/2016 | | Notice of Hearing- | Event | **12/1/2016 AT 9:00AM** |
| | 2 | 11/16/2016 | | Receipt: | Event | **RECEIPT#:3490148 AMT PAID:$50.00 NAME:KOCH HEATHER J 2727 W CYPRESS CREEK RD FORT LAUDERDALE FL 33309-1721 ALLOCATION CODE QUANTITY UNIT AMOUNT 3117-REOPEN CASE FEE 1 $50.00 $50.00 TENDER TYPE:E-FILING ACH TENDER AMT:$50.00 RECEIP** |
| 📄 | 7 | 11/14/2016 | | Notice: | Event | **OF WITHDRAW** |
| 📄 | 6 | 11/14/2016 | | Cancellation Notice | Event | |
| 📄 | 5 | 11/11/2016 | | Notice of Hearing- | Event | **12/01/2016** |
| 📄 | 4 | 11/11/2016 | | Motion to Strike | Event | |
| 📄 | 3 | 11/10/2016 | | Notice of Hearing- | Event | **12/22/2016** |
| 📄 | 1 | 11/09/2016 | | Motion to Reset Sales Date | Event | |
| | | 05/06/2016 | | Receipt: | Event | **RECEIPT#:2090002 AMT PAID:$241.50 ALLOCATION CODE QUANTITY UNIT AMOUNT 3067-PREPARATION FEE 67 $3.50 $234.50 3127-CLERK CERTIFICATE 1 $7.00 $7.00 TENDER TYPE:CHECK TENDER AMT:$241.50 RECEIPT DATE:05/06/2016 REGISTER#** |
| 📄 | | 03/16/2016 | | Order: | Event | **3D DCA ORDER APPEAL IS GRANTED 3D16-0180** |
| 📄 | | 03/02/2016 | | Notice of Filing: | Event | **TRANSCRIPT OF DEC 10, 2015** |
| 📄 | | 03/02/2016 | | Notice of Filing: | Event | **TRANSCRIPT OF NOV 05, 2015** |
| 📄 | | 03/02/2016 | | Notice of Filing: | Event | **TRANSCRIPT OF OCT 08, 2015** |
| 📄 | | 03/02/2016 | | Notice of Filing: | Event | **TRANSCRIPT OF SEP 03, 2015** |
| 📄 | | 03/02/2016 | | Notice of Filing: | Event | **TRANSCRIPT OF NON JURY TRIAL JUN 09, 2015** |
| 📄 | | 03/02/2016 | | Notice of Filing: | Event | **TRANSCRIPT OF FEB 26, 2015** |
| | | 02/25/2016 | | Receipt: | Event | **RECEIPT#:2650005 AMT PAID:$304.00 NAME:MARIA FERRER ALLOCATION CODE QUANTITY UNIT AMOUNT 3067-PREPARATION FEE 78 $3.50 $273.00 3120-COPY 17 $1.00 $17.00 3127-CLERK CERTIFICATE 2 $7.00 $14.00 TENDER TYPE:CHECK T** |
| 📄 | | 02/19/2016 | | Cancellation Notice | Event | |
| | | 02/05/2016 | | Mortgage Foreclosure Sale | Hearing | |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| ▣ | | 01/27/2016 | | Mortgage Foreclosure Publication Fee | Event | SALE DATE: 02-05-2016 |
| ▣ | | 01/25/2016 | | Notice of Filing: | Event | ORIGINAL TRANSCRIP OF NON-JURY TRIAL |
| ▣ | | 01/21/2016 | | Order: | Event | MOTION TO STAY THE CASE PENDING APPEAL IS GRANTED. |
| | | 01/21/2016 | | Receipt: | Event | RECEIPT#:3700027 AMT PAID:$109.00 ALLOCATION CODE QUANTITY UNIT AMOUNT 3121-CERTIFIED 1 $2.00 $2.00 3060-CIRCUIT APPEAL - C 1 $100.00 $100.00 3120-COPY 1 $7.00 $7.00 TENDER TYPE:E-FILING ACH TENDER AMT:$109.00 RECE |
| | | 01/21/2016 | | Mortgage Foreclosure | Hearing | DEF MOTIO FOR STAY PENDING APPEAL |
| ▣ | | 01/20/2016 | | Notice of Hearing- | Event | 2/25/2016 |
| ▣ | | 01/19/2016 | | Notice of Answer to Interrogatories | Event | |
| ▣ | | 01/15/2016 | 29930:2417 | Notice of Appeal | Event | |
| ▣ | | 01/14/2016 | | Notice of Filing: | Event | THE CORRESPONDENCE |
| ▣ | | 01/14/2016 | | Notice of Filing: | Event | THE EXHIBITS FOR THE DEPOSITION ETC |
| ▣ | | 01/13/2016 | | Order: | Event | GRANTING MOTION IN LIMINE |
| ▣ | | 01/13/2016 | | Notice of Filing: | Event | RECORDING(IN POSSESSION BY MARIA FERRER) |
| ▣ | | 01/12/2016 | | Motion to Stay | Event | |
| ▣ | | 01/12/2016 | | Notice of Hearing- | Event | 01/21/2016 |
| ▣ | | 01/07/2016 | | Notice of Sale | Event | 02-05-2016 |
| ▣ | | 12/28/2015 | | Exhibit List | Event | ORIGINAL NOTE AND ORIGINAL MORTGAGE |
| | | 12/23/2015 | | Mortgage Collection Fee | Event | |
| | | 12/23/2015 | | Receipt: | Event | RECEIPT#:3240013 AMT PAID:$70.00 ALLOCATION CODE QUANTITY UNIT AMOUNT 3219-FORCL PRE-SALE FEE 1 $70.00 $70.00 TENDER TYPE:CHECK TENDER AMT:$70.00 RECEIPT DATE:12/23/2015 REGISTER#:324 CASHIER:ARB |
| ▣ | | 12/22/2015 | | Final Disposition Document | Event | |
| ▣ | | 12/22/2015 | | Motion for Attorneys Fees | Event | |
| ▣ | | 12/22/2015 | 29898:4425 | Final Judgment by Judge | Event | *Parties: Marbella Park Homeowners Assn Inc; Jpmorgan Chase Bank Na; Board Of County Commissioners; Cach (llc); Ferrer Maria* |
| | | 12/22/2015 | | Final Judgment by Judge | Judgment | |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| | 12/20/2015 | | Certificate of Service | Event | |
| | 12/17/2015 | | Order: | Event | GRANTING MOTION IN LIMINE |
| | 12/17/2015 | | Order: | Event | DENYING REQUEST FOR JUDICIAL NOTICE |
| | 12/17/2015 | | Notice of Filing: | Event | CYNTHIA RILEY |
| | 12/17/2015 | | Motion: | Event | INM OPPOSITION TO MOTION TO LIMINE |
| | 12/17/2015 | | Motion: | Event | IN OPPOSITION TO MOTION IN LIMINE |
| | 12/17/2015 | | N/J Trials | Hearing | |
| | 12/16/2015 | | Request: | Event | |
| | 12/16/2015 | | Request: | Event | |
| | 12/16/2015 | | Request: | Event | |
| | 12/15/2015 | | Motion in Limine | Event | |
| | 12/15/2015 | | Motion in Limine | Event | |
| | 12/15/2015 | | Notice of Hearing- | Event | 12/17/2015 |
| | 12/10/2015 | | Response: | Event | TO PN'S MOTI TO STRIKE SUBPOENA & FOR SANCTIONS |
| | 12/10/2015 | | Response: | Event | TO PN'S MOTION TO STIKE AFFO OF MARIA FERRER |
| | 12/10/2015 | | Response: | Event | TO PN'S MOTION TO STRIKE AFFO OF MARIA FERRER |
| | 12/10/2015 | | Response: | Event | TO PN'S MOTION TO STRIKE ETC.... |
| | 12/10/2015 | | Order: | Event | DENYING MOTION TO CONTINUE |
| | 12/10/2015 | | Order on Motion to Strike | Event | |
| | 12/10/2015 | | Order: | Event | DENYING MOTION TO STRIKE |
| | 12/10/2015 | | Mortgage Foreclosure | Hearing | DEF MOTION FOR APPOINTMENT OF COMMISSONER |
| | 12/09/2015 | | Order on Motion to Strike | Event | |
| | 12/08/2015 | | Response: | Event | IN OPPOSITION TO 2ND MOTION FOR CONTINUANCE |
| | 12/08/2015 | | Motion to Strike | Event | |
| | 12/04/2015 | | Notice Not Timely Filed | Event | NHRG FILING # 35170304 |
| | 12/04/2015 | | Notice of Hearing- | Event | 12/10/15 |
| | 12/04/2015 | | Notice: | Event | CANCELLATION OF DEPOSITION OF CYNTHIA RILEY |
| | 12/03/2015 | | Motion to Strike | Event | |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | | 12/03/2015 | | Motion to Strike | Event | |
| | | 12/03/2015 | | Motion to Strike | Event | |
| | | 12/03/2015 | | Motion to Strike | Event | |
| | | 12/03/2015 | | Motion to Strike | Event | |
| | | 12/03/2015 | | Motion to Strike | Event | |
| | | 12/02/2015 | | Motion to Strike | Event | |
| | | 12/02/2015 | | Exhibit List | Event | |
| | | 12/02/2015 | | Notice of Hearing- | Event | **12/10/2015** |
| | | 12/02/2015 | | Notice of Hearing- | Event | **12/10/2015** |
| | | 12/02/2015 | | Cancellation Notice | Event | |
| | | 12/02/2015 | | Cancellation Notice | Event | |
| | | 12/02/2015 | | Notice: | Event | **OF COPY OF RTN OF SUBPOENA WHICH IS NOT ATTACHED** |
| | | 12/02/2015 | | Notice: | Event | **OF COPY OF RTN OF SUBPOENA WHICH IS NOT ATTACHED** |
| | | 12/02/2015 | | Affidavit of: | Event | **MARIA FERRER** |
| | | 12/02/2015 | | Affidavit of: | Event | **MARIA FERRER** |
| | | 12/02/2015 | | Affidavit of: | Event | **MARIA FERRER** |
| | | 12/01/2015 | | Witness List | Event | |
| | | 12/01/2015 | | Exhibit List | Event | |
| | | 11/30/2015 | | Exhibit List | Event | **-DEFENDANT'S** |
| | | 11/30/2015 | | Deposition of | Event | **LAWRENCE NARDI, VOLUME 2 OF 2** |
| | | 11/30/2015 | | Deposition of | Event | **LAWRENCE NARDI, VOLUME 1 OF 2** |
| | | 11/30/2015 | | Notice of Filing Deposition | Event | |
| | | 11/30/2015 | | Exhibit List | Event | |
| | | 11/30/2015 | | Deposition of | Event | **ROSA BRITO** |
| | | 11/30/2015 | | Notice of Filing Deposition | Event | |
| | | 11/25/2015 | | Notice of Taking Deposition | Event | |
| | | 11/25/2015 | | Motion: | Event | **FOR APPOINTMENT OF COMMISSIONER** |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | | 11/25/2015 | | Copy of: | Event | **NOTICE OF FILING DEPOSTION** |
| | | 11/25/2015 | | Notice of Filing: | Event | **COPY OF DEPOSITION** |
| | | 11/25/2015 | | Notice Not Timely Filed | Event | **NHRG FILING # 34895925** |
| | | 11/25/2015 | | Witness List | Event | |
| | | 11/25/2015 | | Notice of Hearing- | Event | **12/03/15** |
| | | 11/25/2015 | | Receipt: | Event | **RECEIPT#:2220032 AMT PAID:$4.00 ALLOCATION CODE QUANTITY UNIT AMOUNT 3144-SUBPOENA - SIGN 2 $2.00 $4.00 TENDER TYPE:VISA CARD TENDER AMT:$4.00 RECEIPT DATE:11/25/2015 REGISTER#:222 CASHIER:ESAY** |
| | | 11/24/2015 | | Notice of Hearing- | Event | **12/03/2015** |
| | | 11/24/2015 | | Motion: | Event | **FOR CONTINUANCE** |
| | | 11/20/2015 | | Notice: | Event | **OF SERVING DEFT'S ANSWER TO PLT'S INTERROGATORIES** |
| | | 11/20/2015 | | Response: | Event | **TO PLT'S FIRST SET OF INTERROGATORIES** |
| | | 11/10/2015 | | Notice of Answer to Interrogatories | Event | |
| | | 11/05/2015 | | Order: | Event | **DENYING MOTION FOR APPOINTMENT OF COMMISSIONER FOR THE TAKINF OF OUT OF STATE DEPOSITION** |
| | | 11/05/2015 | | Mortgage Foreclosure | Hearing | **AMENDED MOTION FOR APPOINTMENT OF COMMISSIONER** |
| | | 11/04/2015 | | Response: | Event | **IN OPPOSITION TO THE DEFT'S AMENDED MOTION FOR APPOINTMENT** |
| | | 10/29/2015 | 29833:3488 | Order of Dismissal | Event | **3D DCA ORDER IS DISMISSED 3D15-2288.** *Parties: Bayview Loan Servicing (llc)* |
| | | 10/26/2015 | | Notice of Hearing- | Event | **11/05/2015** |
| | | 10/21/2015 | | Notice: | Event | **OF SERVING INTERROGATORIES** |
| | | 10/21/2015 | | Cancellation Notice | Event | **10/22/2015** |
| | | 10/19/2015 | | Response to Request for Production | Event | |
| | | 10/15/2015 | | Response: | Event | **TO SECOND REQUEST FOR ADMISSIONS** |
| | | 10/15/2015 | | Notice Not Timely Filed | Event | **NHRG FILING #3306782** |
| | | 10/15/2015 | | Response: | Event | **TO PLT'S MOTION FOR RELIEF FROM ORDER** |
| | | 10/15/2015 | | Notice of Hearing- | Event | **10/22/2015** |
| | | 10/15/2015 | | Order: | Event | **DENYING MOTION FOR LEAVE TO AMEND** |
| | | 10/15/2015 | | Order: | Event | **GRANTING/DENYING MOTION FOR APPOINTMENT OF COMMISSIONER FOR TAKING OUT OF STATE DEPOSITION** |
| | | 10/15/2015 | | Response: | Event | **IN OSSPOSITION TO DN'S MOTION FOR LEAVE TO AMEND ANSWER & AFFIRMATIVE DEFENSES** |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| | 10/15/2015 | | Mortgage Foreclosure | Hearing | **DEF MOTION FOR LEAVE TO AMNED** |
| | 10/15/2015 | | Mortgage Foreclosure | Hearing | **DEF MOTION FOR LEAVE TO AMEND HER ANSWER AND AFFIRMATIVE DEF** |
| | 10/15/2015 | | Mortgage Foreclosure | Hearing | **DEF MOTION FOR LEAVE TO AMEND** |
| 📄 | 10/09/2015 | | Request for Production | Event | |
| 📄 | 10/09/2015 | | Notice of Interrogatory | Event | |
| 📄 | 10/09/2015 | | Request for Admissions | Event | |
| 📄 | 10/09/2015 | | Notice: | Event | **TELEPHONIC DEPOSITION DUCES TECUM** |
| 📄 | 10/09/2015 | | Service Returned | Event | *Parties: Bayview Loan Servicing (llc)* |
| 📄 | 10/08/2015 | | Motion: | Event | **FOR RELIEF FROM ORDER ON DEF.** |
| 📄 | 10/08/2015 | | Order: | Event | **GRANTING/DENYING IN PART MOTION FOR APPOINTMENT OF COMMISSIONER FOR THE TAKING OF AN OUT OF STATE DEPOSITION** |
| 📄 | 10/08/2015 | | Order: | Event | **COMMISSION OR LETTER ROGATORY, MOTION FOR APPOINTMENT OF COMMISSIONER TO TAKE TELEPHONE DEPOSITION.** |
| | 10/08/2015 | | Receipt: | Event | **RECEIPT#:3110002 AMT PAID:$6.00 ALLOCATION CODE QUANTITY UNIT AMOUNT 3120-COPY 2 $1.00 $2.00 3121-CERTIFIED 2 $2.00 $4.00 TENDER TYPE:VISA CARD TENDER AMT:$6.00 RECEIPT DATE:10/08/2015 REGISTER#:311 CASHIE** |
| 📄 | 10/07/2015 | | Notice: | Event | **OF APPEARANCE FOR REBECCA BINGHAM & DESIGNATION OF EMAIL** |
| 📄 | 10/05/2015 | | Order: | Event | **DENYING MOTION FOR CONSIDERATION AND MOTION TO VACATE ORDER OF DEFENDANT'S MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION.** |
| | 10/02/2015 | | Certificate of Indigency / Insolvency | Event | *Parties: Ferrer Maria* |
| 📄 | 10/02/2015 | | Affidavit of Indigency | Event | **(GRANTED)** |
| 📄 | 10/02/2015 | 29802:2663 | Notice of Appeal Non-Final Order | Event | *Parties: Ferrer Maria* |
| 📄 | 09/30/2015 | | Reply to Answer | Event | |
| 📄 | 09/30/2015 | | Notice of Hearing- | Event | **10/08/2015 @ 08:30AM** |
| 📄 | 09/27/2015 | | Response: | Event | **IN OPPOSITION TO DN'S MOTION FOR RECONSIDERATION** |
| 📄 | 09/25/2015 | | Witness List | Event | |
| 📄 | 09/25/2015 | | Notice of Taking Deposition | Event | |
| 📄 | 09/25/2015 | | Notice of Hearing- | Event | **10-15-2015 @ 8:30 A.M.** |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| | 09/25/2015 | | Receipt: | Event | RECEIPT#:2110084 AMT PAID:$2.00 ALLOCATION CODE QUANTITY UNIT AMOUNT 3144-SUBPOENA - SIGN 1 $2.00 $2.00 TENDER TYPE:VISA CARD TENDER AMT:$2.00 RECEIPT DATE:09/25/2015 REGISTER#:211 CASHIER:DEBRAST |
| 📄 | 09/22/2015 | | Cancellation Notice | Event | |
| 📄 | 09/20/2015 | | Response: | Event | IN OPPOSITION TO DEFT'S MOTION FOR LEAVE TO AMEND |
| 📄 | 09/18/2015 | | Answer | Event | *Parties: Ferrer Maria* |
| 📄 | 09/18/2015 | | Notice of Filing: | Event | MORTGAGE LICENSURE FOR HOME LOAN CENTER INC |
| 📄 | 09/18/2015 | | Notice of Filing: | Event | COPY OF FINAL JUDGMENT |
| 📄 | 09/18/2015 | | Notice of Filing: | Event | CERTIFICATION FOR FLA DEPT OF STATE DIVISIONS CORP |
| 📄 | 09/18/2015 | | Notice of Filing: | Event | CERTIFICATION FROM FLA DEPT OF STATE DIVISIONS OF CORP FOR HME LOAN CENTER INC |
| | 09/18/2015 | | Notice of Filing: | Event | |
| | 09/18/2015 | | Notice of Filing: | Event | |
| 📄 | 09/18/2015 | | Request: | Event | TAKING JUDICIAL NOTICE |
| 📄 | 09/18/2015 | | Motion: | Event | FOR RECONSIDERATION AND TO VACATE ORDER ON DN'S MOTION TO DISMISS ETC |
| 📄 | 09/18/2015 | | Notice Not Timely Filed | Event | NHRG HEARING DATE 9-24-2015, NOT TIMELY FILED |
| 📄 | 09/18/2015 | | Motion: | Event | FOR LEAVE TO AMEND ANSWER AND AFFIRMATIVE DEFENSES |
| 📄 | 09/18/2015 | | Notice of Hearing- | Event | 09/24/2015 @ 08:30AM |
| 📄 | 09/10/2015 | | Order Setting Non-Jury Trial | Event | AT 9:00 A.M. *Due Date: 12/17/2015* *Complete Date:* |
| 📄 | 09/10/2015 | | Notice of Filing: | Event | SUPPLEMENTAL DOCUMENTS TO DN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS |
| 📄 | 09/10/2015 | | Certificate of Service | Event | |
| 📄 | 09/10/2015 | | Exhibit List | Event | |
| 📄 | 09/10/2015 | | Witness List | Event | |
| 📄 | 09/08/2015 | | Order Setting Non-Jury Trial | Event | AT 9:00 A.M. *Due Date: 12/17/2015* *Complete Date:* |
| 📄 | 09/04/2015 | | Denied | Event | MOTION FOR APPOINTMENT OF COMMISSIONER |
| 📄 | 09/04/2015 | | Order Denying Motion to Dismiss | Event | |
| 📄 | 09/04/2015 | | Granted in Part/Denied in Part | Event | MOTION TO COMPEL |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| | 09/02/2015 | | Motion to Strike | Event | |
| | 09/02/2015 | | Motion to Strike | Event | |
| | 09/02/2015 | | Response: | Event | **IN OPPOSITION TO THE DEFENDANT'S REQUEST TO TAKE JUDICIAL NOTICE** |
| | 09/02/2015 | | Reply to Answer | Event | |
| | 09/01/2015 | | Request: | Event | **FOR TAKING JUDICIAL NOTICE** |
| | 09/01/2015 | | Reply to Answer | Event | |
| | 06/26/2015 | | Notice of Hearing- | Event | **09/03/2015 @ 2:30PM** |
| | 06/09/2015 | | N/J Trials | Hearing | |
| | 06/08/2015 | | Order: | Event | **GRANTED MOTION TO CONTINUE NON JURY TRIAL WITHIN 60 DAYS** |
| | 06/05/2015 | | Request: | Event | **TAKING JUDICIAL NOTICE** |
| | 06/05/2015 | | Motion to Dismiss | Event | **COMPLAINT** |
| | 06/04/2015 | | Notice of Hearing- | Event | **06/04/2015 @ 08:30AM** |
| | 06/04/2015 | | Order: | Event | **DENYING MOTION FOR CONTINUANCE** |
| | 06/04/2015 | | Response: | Event | **PRODUCTION** |
| | 06/04/2015 | | 5 Minute Motion Calendar | Hearing | **DEF MOT FOR CONT AND MOT FOR APPT OF COMMISSIONER** |
| | 06/03/2015 | | Response to Request for Production | Event | |
| | 06/03/2015 | | Notice of Hearing- | Event | **06/04/2015 @ 08:30AM** |
| | 06/01/2015 | | Witness List | Event | |
| | 05/28/2015 | | Request for Production | Event | |
| | 05/21/2015 | | Exhibit List | Event | *Parties: Ferrer Maria* |
| | 05/18/2015 | | Motion to Compel | Event | |
| | 05/18/2015 | | Motion for Continuance | Event | |
| | 05/18/2015 | | Witness List | Event | *Parties: Ferrer Maria* |
| | 05/15/2015 | | Exhibit List | Event | *Parties: Ferrer Maria* |
| | 05/11/2015 | | Response to Request for Production | Event | |
| | 05/06/2015 | | Motion for Extension of Time | Event | |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 🔲 | 04/30/2015 | | Motion: | Event | **APPOINTMENT OF COMMISSIONER FOR TAKING OUT OF STATE DEPOSITION OF REBECCA BINGHAM** |
| 🔲 | 04/30/2015 | | Notice of Hearing- | Event | **DATE: 06-04-2015 TIME: 0830 AM** |
| 🔲 | 04/30/2015 | | Motion: | Event | **CONTINUANCE** |
| 🔲 | 04/29/2015 | | Notice of Answer to Interrogatories | Event | |
| 🔲 | 04/23/2015 | | Exhibit List | Event | |
| 🔲 | 04/23/2015 | | Witness List | Event | |
| 🔲 | 04/23/2015 | | Certificate of Service | Event | |
| 🔲 | 04/21/2015 | | Response to Request for Admissions | Event | |
| 🔲 | 04/10/2015 | | Notice of Service of Process | Event | |
| 🔲 | 04/10/2015 | | Certificate of Service | Event | **MARIA FERRER** |
| 🔲 | 04/10/2015 | | Certificate of Service | Event | **MARIA FERRER** |
| 🔲 | 03/11/2015 | | Order Setting Non-Jury Trial Courtroom 3-3 | Event | **RM 3-3 @ 1:30 PM** |
| 🔲 | 02/26/2015 | | Order: | Event | **ON PN MOTI TO STRIKE GRNTD AN DENIED IN PART** |
| | 02/26/2015 | | 5 Minute Motion Calendar | Hearing | |
| | 02/26/2015 | | 5 Minute Motion Calendar | Hearing | |
| | 01/29/2015 | | Notice of Hearing Set- | Event | **MOTIONS 02/26/2015 08:30AM LS:01/02** |
| 🔲 | 01/27/2015 | | Request for Hearing | Event | |
| | 01/23/2015 | | Notice of Hearing Set- | Event | **MOTIONS 02/26/2015 08:30AM LS:01/02** |
| 🔲 | 01/13/2015 | | Motion to Strike | Event | |
| 🔲 | 01/01/2015 | | Reply to Affirmative Defenses | Event | |
| 🔲 | 11/14/2014 | | Default | Event | *Parties: Jpmorgan Chase Bank Na; Cach (llc)* |
| 🔲 | 11/12/2014 | | Certificate of Service | Event | |
| 🔲 | 11/12/2014 | | Notice: | Event | **COPY OF RETURN OF SERVICE** |
| 🔲 | 11/12/2014 | | Notice: | Event | **COPY OF RETURN OF SERVICE** |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| ▣ | 11/12/2014 | | Motion for Default | Event | |
| ▣ | 11/06/2014 | | Notice Of Voluntary Dismissal Of Unknown Parties | Event | |
| ▣ | 10/28/2014 | | Answer and Affirmative Defense | Event | **ATTORNEY:88888888**<br>*Parties: Ferrer Maria* |
| | 10/15/2014 | | 5 Minute Motion Calendar | Hearing | |
| ▣ | 10/15/2014 | | Order: | Event | **EXTENSION OF 10 DAYS TO ANSWER COMPLAINT GRANTED** |
| ▣ | 10/07/2014 | | Notice of Hearing Set- | Event | **MOTIONS 10/15/2014 10:30AM LS:01/02** |
| ▣ | 10/07/2014 | | Motion for Extension of Time | Event | |
| ▣ | 09/17/2014 | | Order Denying Motion to Dismiss | Event | |
| | 09/16/2014 | | 5 Minute Motion Calendar | Hearing | |
| ▣ | 08/22/2014 | | Notice of Hearing- | Event | **MOTIONS 09/16/2014 11:45 AM** |
| ▣ | 08/13/2014 | | Motion to Dismiss | Event | |
| ▣ | 07/15/2014 | | Motion to Dismiss | Event | |
| ▣ | 07/08/2014 | | Answer | Event | **ATTORNEY:00836842**<br>*Parties: Marbella Park Homeowners Assn Inc* |
| | 06/24/2014 | | 5 Minute Motion Calendar | Hearing | |
| ▣ | 06/24/2014 | | Order: | Event | **GRANTING DEF'S MTN FOR EXTENSION OF TIME** |
| ▣ | 06/20/2014 | | Service Returned | Event | **BADGE # 1121 P 06/18/2014**<br>*Parties: Marbella Park Homeowners Assn Inc* |
| ▣ | 06/19/2014 | | Answer | Event | **ATTORNEY:00301991**<br>*Parties: Board Of County Commissioners* |
| ▣ | 06/10/2014 | | Notice: | Event | **OF DISPUTE** |
| ▣ | 06/02/2014 | | Notice of Hearing Set- | Event | **MOTIONS 06/24/2014 10:30AM LS:01/02** |
| ▣ | 06/02/2014 | | Motion for Extension of Time | Event | |
| ▣ | 05/23/2014 | | Service Returned | Event | **BADGE # 1121 P 05/20/2014**<br>*Parties: Cach (llc)* |
| ▣ | 05/23/2014 | | Service Returned | Event | **BADGE # 1121 P 05/20/2014**<br>*Parties: Jpmorgan Chase Bank Na* |

# EXHIBIT "L"

**BAYVIEW**
LOAN SERVICING

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

April 14, 2015

Maria Ferrer
19827 NW 85th Ave
Hialeah, FL 33015

Case Number: 1094589                        Property Address:  19827 NW 85th Ave
Loan Number: 0091672667                                          Miami Lakes, FL 33015

Dear Ms. Ferrer:

The SAI Escalations Department at Bayview Loan Servicing, LLC ("Bayview"), acting as agent for M&T Bank ("M&T"), has completed a thorough review of the correspondence received in our office on April 2, 2015. The correspondence requested that Bayview provide validation of the borrower's contractual obligation to Bayview.

Our records indicate the note effective February 2, 2006, was executed February 9, 2006. Section one (1) of the note states:

> In return for a loan that I (borrower) have received, I promise to pay U.S. $300.000.00 (principal), plus interest, to the order of the Lender. The Lender is Home Loan Center, Inc, dba Lending Tree Loans, a California Corporation...I understand that the Lender may transfer this Mote. The Lender or anyone who take this Note by transfer and who is entitles to receive payments under this Note is called the "Note Holder."

On April 16, 2012, the note holder, Lending Tree Loans, executed an Assignment of Mortgage transferring ownership of the Note from Lending Tree Loans to J.P. Morgan Chase Bank.

On March 4, 2014, the note holder, J.P. Morgan Chase, executed an Assignment of Mortgage transferring ownership of the Note from J.P. Morgan Chase to Bayview Loan Servicing, LLC.

A notice of assignment, sale, or transfer of servicing rights was mailed to you on February 5, 2014 detailing the transfer from J.P. Morgan Chase to Bayview Loan Servicing, LLC.

All documents referenced are enclosed for your reference.

If you have any further questions of concerns, you may contact the Escalations Department by the methods listed below.

The following mailing address must be used for all Error Notices & Information Requests:           **FERRER - 0019**
Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146



Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL  33146

Sincerely,

*[signature]*

Bayview Loan Servicing, LLC

SAI Escalations Department

Phone Number:  (877) 691-1974

Monday – Friday 9:00 a.m. – 5:00 p.m., Eastern

Fax Number:  (877) 429-0538

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

The following mailing address must be used for all Error Notices & Information Requests:
Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146



Loan No.: ●784
MIN: 100196800030487842





# NOTE

**February 09, 2006**
[Date]

**Irvine**
[City]

**19827 NW 85th Avenue**
**Miami, Florida 33015**

[Property Address]

**California**
[State]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ 300,000.00 (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is **Home Loan Center, Inc., dba LendingTree Loans, a California Corporation**
I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of **6.3750%**.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

## 3. PAYMENTS

### (A) Time and Place of Payments

I will pay principal and interest by making a payment every month.

I will make my monthly payment on the **1st** day of each month beginning on **April 01, 2006**
I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on **March 01, 2036** , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at **163 Technology Drive, Irvine, CA 92618**

or at a different place if required by the Note Holder.

### (B) Amount of Monthly Payments

My monthly payment will be in the amount of U.S. $ 1,871.60

## 4. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

**CERTIFIED**

**FERRER - 0021**

 

## 5. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

## 6. BORROWER'S FAILURE TO PAY AS REQUIRED

### (A) Late Charge for Overdue Payments

If the Note Holder has not received the full amount of any monthly payment by the end of **Fifteen** calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be **5.0000%** of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

### (B) Default

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

### (C) Notice of Default

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

### (D) No Waiver By Note Holder

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

### (E) Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 7. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

## 8. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

## 9. WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

## 10. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in

**FLORIDA FIXED RATE NOTE**—Single Family—**Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**

*(Page 2 of 3 pages)*

Form 3210 1/01
GREATLAND ®
To Order Call: 1-800-530-9393 □ Fax: 616-791-1131

ITEM 5998L2 (0011)

**FERRER - 0022**



this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

## 11. DOCUMENTARY TAX

The state documentary tax due on this Note has been paid on the mortgage securing this indebtedness.

Borrower has executed and acknowledges receipt of pages 1 through 3 of this Note.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED

_____ (Seal)          _____ (Seal)
                                  -Borrower                                         -Borrower
**Maria Ferrer**

_____ (Seal)          _____ (Seal)
                                  -Borrower                                         -Borrower

_____ (Seal)          _____ (Seal)
                                  -Borrower                                         -Borrower

*[Sign Original Only]*

**FLORIDA FIXED RATE NOTE—Single Family—Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**

*(Page 3 of 3 pages)*

ITEM 5898L3 (0011)

Form 3210 1/01
GREATLAND ®
To Order Call: 1-800-530-9393 □ Fax: 616-791-1131

**FERRER - 0023**

Note Control

Loan No.: ⬛8784
MIN: 100196800030487842

## NOTE  $6345771216$

February 09, 2006                    Irvine                      California
[Date]                               [City]                      [State]
                              19827 NW 85th Avenue
                              Miami, Florida 33015

[Property Address]

**1.   BORROWER'S PROMISE TO PAY**
In return for a loan that I have received, I promise to pay U.S. $ 300,000.00          (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is Home Loan Center, Inc., dba LendingTree Loans, a California Corporation
I will make all payments under this Note in the form of cash, check or money order.
I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

**2.   INTEREST**
Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of        6.3750%.
The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

**3.   PAYMENTS**
**(A)   Time and Place of Payments**
I will pay principal and interest by making a payment every month.
I will make my monthly payment on the      1st      day of each month beginning on        April 01, 2006
I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on **March 01, 2036**              , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."
I will make my monthly payments at 163 Technology Drive, Irvine, CA  92618

or at a different place if required by the Note Holder.

**(B)   Amount of Monthly Payments**
My monthly payment will be in the amount of U.S. $ 1,871.60

**4.   BORROWER'S RIGHT TO PREPAY**
I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.
I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

FLORIDA FIXED RATE NOTE—Single Family—Fannie Mae/Freddie Mac UNIFORM INSTRUMENT

Form 3210 1/01
GREATLAND ■
To Order Call 1-800-530-6963 □Fax 616-791-1131

ITEM 5090L1 (0011)                    *(Page 1 of 3 pages)*

FERRER - 0024

5. **LOAN CHARGES**

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

6. **BORROWER'S FAILURE TO PAY AS REQUIRED**

(A)  **Late Charge for Overdue Payments**

If the Note Holder has not received the full amount of any monthly payment by the end of     **Fifteen**     calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be     **5.0000%** of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

(B)  **Default**

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

(C)  **Notice of Default**

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

(D)  **No Waiver By Note Holder**

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

(E)  **Payment of Note Holder's Costs and Expenses**

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

7. **GIVING OF NOTICES**

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

8. **OBLIGATIONS OF PERSONS UNDER THIS NOTE**

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

9. **WAIVERS**

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

10. **UNIFORM SECURED NOTE**

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in

FLORIDA FIXED RATE NOTE—Single Family—Fannie Mae/Freddie Mac UNIFORM INSTRUMENT

ITEM 8990L2 (0011)                    *(Page 2 of 3 pages)*

Form 3210 1/01
GREATLAND ■
To Order Call: 1-800-530-9383 □Fax: 616-791-1131

**FERRER - 0025**

this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

**11. DOCUMENTARY TAX**

The state documentary tax due on this Note has been paid on the mortgage securing this indebtedness.

Borrower has executed and acknowledges receipt of pages 1 through 3 of this Note.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED

_____ (Seal)
Maria Ferrer                      -Borrower

_____ (Seal)
                                  -Borrower

_____ (Seal)
                                  -Borrower

_____ (Seal)
                                  -Borrower

_____ (Seal)
                                  -Borrower

_____ (Seal)
                                  -Borrower

[Sign Original Only]

FLORIDA FIXED RATE NOTE—Single Family—Fannie Mae/Freddie Mac UNIFORM INSTRUMENT

(Page 3 of 3 pages)

ITEM 8908L3 (0011)

Form 3210 1/01
GREATLAND ®
To Order Call: 1-800-530-9993 □ Fax: 616-791-1131

**FERRER - 0026**

PAY TO THE ORDER OF
Washington Mutual Bank, FA
WITHOUT RECOURSE

BY:
Stephanie Sanders
ASST. SECRETARY

FERRER - 0027

## CORRECTION AGREEMENT - LIMITED POWER OF ATTORNEY

On **February 09, 2006**    ,the undersigned borrower(s), for and in consideration of the approval, Closing and funding of their mortgage loan (#   3048784   ), hereby grant

as settlement agent and/or        **Home Loan Center, inc., dba LendingTree Loans**

as Lender, limited power of attorney to correct and/or execute or initial all typographical or clerical errors discovered in any of the closing documentation required to be executed by the undersigned at settlement.  In the event this limited power of attorney is exercised, the undersigned will be notified and will receive a copy of the document executed or initialed on his/her/their behalf.

THIS LIMITED POWER OF ATTORNEY MAY NOT BE USED TO INCREASE THE INTEREST RATE THE UNDERSIGNED IS PAYING, INCREASE THE TERM OF THE UNDERSIGNED'S LOAN, INCREASE THE UNDERSIGNED'S OUTSTANDING PRINCIPAL BALANCE OR INCREASE THE UNDERSIGNED'S MONTHLY PRINCIPAL AND INTEREST PAYMENTS.

Any of these specified changes must be executed directly by the undersigned.

This limited power of attorney shall automatically terminate 120 days from the date executed.

IN WITNESS WHEREOF, the undersigned have executed this Limited Power of Attorney as of the date and year first above referenced.

| | | |
|---|---|---|
| Borrower  Maria Ferrer          2-9-06 | Date | Borrower                    Date |
| Borrower          Date | | Borrower                    Date |
| Borrower          Date | | Borrower                    Date |

State of  Florida          )
                                          ) SS
County of  Dade          )

This instrument was acknowledged before me on  February 9, 2006          , by

Maria Ferrer

DOMINIQUE M RICHARD
Notary Public - State of Florida
My Commission Expires Sep 14, 2007
Commission # DD280517
Bonded By National Notary Assn.

Notary Public at Large

(SEAL)

My Commission Expires:  09-16-2007

CORRECTION AGREEMENT - LIMITED POWER OF ATTORNEY
06/19/03
50386L1

**FERRER - 0028**

CFN 2012R0405376
OR Bk 28142 Pgs 1459 - 1460; (2pgs)
RECORDED 06/08/2012 10:46:24
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

After recording please return to:
**CHASE RECORDS CENTER**
**ATTN: RECORDING DEPT.**
**PO BOX 8000**
**MONROE, LA 71203**

This document prepared by:
**PEIRSONPATTERSON, L.L.P.**

**4400 ALPHA ROAD**
**DALLAS, TX 75244**

Tax Parcel ID No.: 3020030280310

_____[Space Above This Line For Recording Data]_____

Loan No.: 634577126
MIN: 100196800030487842

# FLORIDA ASSIGNMENT OF MORTGAGE

For Value Received, Mortgage Electronic Registration Systems, Inc. ("MERS"), as nominee for **HOME LOAN CENTER, INC., DBA LENDING TREE LOANS**, its successors and assigns, (herein "Assignor") does hereby assign and transfer unto **JPMorgan Chase Bank, National Association**, (herein "Assignee"), whose address is **700 KANSAS LANE, MC 8000, MONROE, LA 71203**, a certain Mortgage dated February 9, 2006, made and executed by **MARIA FERRER**, to and in favor of **HOME LOAN CENTER, INC., DBA LENDING TREE LOANS**, upon the following described property situated in **Miami-Dade County**, State of Florida:

**LOT 2, BLOCK 28, OF MARBELLA PARK FOURTH ADDITION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 140, PAGE 20, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FL. A/K/A 19827 NW 85TH AVENUE, MIAMI, FLORIDA 33015**

such Mortgage having been given to secure payment of **Three Hundred Thousand and 00/100ths ($300,000.00)**, which Mortgage is of record in Book, Volume or Liber No. N/A, at Page N/A (or as No. **2006R0186280**), in the Recorder's Office of Miami-Dade County, State of Florida, and all rights accrued or to accrue under such Mortgage.

TO HAVE AND TO HOLD, the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on
*April 16, 2012*

Mortgage Electronic Registration Systems, Inc. :
("MERS")

By: *Rebecca J Bingham*
Assistant Secretary     Rebecca J Bingham

MERS TELEPHONE: 1-888-679-6377
Florida Assignment of Mortgage (From MERS to a Non-MERS Servicer/Investor)
JPMorgan Chase Bank N.A.                    Page 1 of 2

MERS Modified
23586FL 01/12

6 3 4 5 7 7 1 2 6

7 - 1

**TRUE AND CERTIFIED**

After recording please return to:
PEIRSONPATTERSON, LLP
ATTN: RECORDING DEPT.
13750 OMEGA ROAD
DALLAS, TX 75244-4505

This document prepared by:
PEIRSONPATTERSON, LLP
WILLIAM H. PEIRSON
13750 OMEGA ROAD
DALLAS, TX 75244-4505

Tax Parcel ID No.: 30 20030280310

*[Space Above This Line For Recording Data]*

Loan No.: 0634577126

# FLORIDA ASSIGNMENT OF MORTGAGE

For Value Received, JPMorgan Chase Bank, National Association, the undersigned holder of a Mortgage (herein "Assignor") does hereby grant, sell, assign, transfer and convey, unto Bayview Loan Servicing, LLC, (herein "Assignee"), whose address is 4425 Ponce de Leon Blvd., Coral Gables, FL 33146, a certain Mortgage dated February 9, 2006 and recorded on February 21, 2006, made and executed by MARIA FERRER to and in favor of HOME LOAN CENTER, INC., DBA LENDINGTREE LOANS, upon the following described property situated in MIAMI-DADE County, State of Florida:

Property Address: 19827 NW 85TH AVENUE, MIAMI LAKES, FL 33015

LOT 2, BLOCK 28, OF MARBELLA PARK FOURTH ADDITION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 140, PAGE 20, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FL.
A/K/A 19827 NW 85TH AVENUE, MIAMI, FLORIDA 33015

such Mortgage having been given to secure payment of Three Hundred Thousand and 00/100ths ($300,000.00), which Mortgage is of record in Book, Volume or Liber No. 24255, at Page 1679-1692 (or as No. 2006R0186280), in the Recorder's Office of MIAMI-DADE County, State of Florida.

TO HAVE AND TO HOLD, the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.


* 0 6 3 4 5 7 7 1 2 6 *

**FERRER - 0030**

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on 3-4-14

Assignor:
JPMorgan Chase Bank, National Association

By: _____

**Denise Henderson**

Its: _____

Vice President

## ACKNOWLEDGMENT

State of Louisiana        §
                        §

Parish of Ouachita        §

On this 04 day of March 2014, before me appeared **Denise Henderson**, to me personally known, who, being by me duly sworn (or affirmed) did say that he/she is the Vice President, of JPMorgan Chase Bank, National Association, and that the seal affixed to said instrument is the corporate seal of said national association and that the instrument was signed and sealed on behalf of the national association by authority of its board of directors and that **Denise Henderson** acknowledged the instrument to be the free act and deed of the national association.

_____
Signature of Person Taking Acknowledgment

TOMMIE J. NELSON
_____
Name Type, Printed or Stamped

NOTARY PUBLIC
_____
Title and Rank

Serial Number, if any: N/A

My Commission Expires: **LIFETIME**

Tommie J. Nelson
Notary I.D. #067566
Lincoln Parish, Louisiana
Commissioned for Life

(Seal)

Florida Assignment of Mortgage
JPMorgan Chase Bank N.A. Project W2799

Page 2 of 2

L73108FL 01/12 Rev. 02/14


* 0 6 3 4 5 7 7 1 2 6 *

FERRER - 0031

# EXHIBIT "M"

CFN 2012R0405376
OR Bk 28142 Pgs 1459 - 1460; (2pgs)
RECORDED 06/08/2012 10:46:24
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

After recording please return to:
**CHASE RECORDS CENTER**
**ATTN: RECORDING DEPT.**
**PO BOX 8000**
**MONROE, LA 71203**

This document prepared by:
**PEIRSONPATTERSON, L.L.P.**

**4400 ALPHA ROAD**
**DALLAS, TX 75244**

Tax Parcel ID No.: 3020030280310

———————————————— *[Space Above This Line For Recording Data]* ————————————————

# FLORIDA ASSIGNMENT OF MORTGAGE

For Value Received, **Mortgage Electronic Registration Systems, Inc. ("MERS")**, as nominee for **HOME LOAN CENTER, INC., DBA LENDING TREE LOANS**, its successors and assigns, (herein "Assignor") does hereby assign and transfer unto **JPMorgan Chase Bank, National Association**, (herein "Assignee"), whose address is **700 KANSAS LANE, MC 8000, MONROE, LA 71203**, a certain Mortgage dated **February 9, 2006**, made and executed by **MARIA FERRER**, to and in favor of **HOME LOAN CENTER, INC., DBA LENDING TREE LOANS**, upon the following described property situated in **Miami-Dade** County, State of Florida:

**LOT 2, BLOCK 28, OF MARBELLA PARK FOURTH ADDITION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 140, PAGE 20, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FL. A/K/A 19827 NW 85TH AVENUE, MIAMI, FLORIDA 33015**

such Mortgage having been given to secure payment of **Three Hundred Thousand and 00/100ths ($300,000.00)**, which Mortgage is of record in Book, Volume or Liber No. N/A, at Page N/A (or as No. **2006R0186280**), in the Recorder's Office of **Miami-Dade** County, State of Florida, and all rights accrued or to accrue under such Mortgage.

TO HAVE AND TO HOLD, the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on *April 16, 2012*.

Mortgage Electronic Registration Systems, Inc. :
("MERS")

By: *Rebecca J Bingham*
Assistant Secretary          Rebecca J Bingham

MERS TELEPHONE: 1-888-679-6377
Florida Assignment of Mortgage (From MERS to a Non-MERS Servicer/Investor)          Page 1 of 2          MERS Modified
JPMorgan Chase Bank N.A.                                                                                 23586FL 01/12

BAYVIEW003050

OR BK 28142 PG 1460
LAST PAGE

## ACKNOWLEDGMENT

State of                                    §
                                           §
County of                                  §

On the 16 day of April 2012, before me, a Notary Public, personally appeared
Rebecca J. Bingham, to me known, who
being duly sworn, did say that he or she is the Assistant Secretary of Mortgage Electronic Registration Systems, Inc,
and that said instrument was signed on behalf of said corporation.

JENNIFER E BLATTLER
Notary Public, State of Ohio
My Commission Expires 03-23-2016

(Seal)

Signature of Person Taking Acknowledgment

Jennifer E Blattler
Name Type, Printed or Stamped

Notary Public
Title and Rank

Serial Number, if any: N/A

My Commission Expires: 03-23-2016

MERS TELEPHONE: 1-888-679-6377
Florida Assignment of Mortgage (From MERS to a Non-MERS Servicer/Investor)
JPMorgan Chase Bank N.A.                    Page 2 of 2

MERS Modified
23586FL 01/12

BAYVIEW003051

# EXHIBIT "N"

CFN: 20140192089 BOOK 29069 PAGE 3145
DATE:03/17/2014 09:36:17 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

After recording please return to:
PEIRSONPATTERSON, LLP
ATTN: RECORDING DEPT.
13750 OMEGA ROAD
DALLAS, TX 75244-4505

This document prepared by:
PEIRSONPATTERSON, LLP
WILLIAM H. PEIRSON
13750 OMEGA ROAD
DALLAS, TX 75244-4505

Tax Parcel ID No.: 30 2003028031Ø

————————— [Space Above This Line For Recording Data]—————————

# FLORIDA ASSIGNMENT OF MORTGAGE

For Value Received, JPMorgan Chase Bank, National Association, the undersigned holder of a Mortgage (herein "Assignor") does hereby grant, sell, assign, transfer and convey, unto Bayview Loan Servicing, LLC, (herein "Assignee"), whose address is 4425 Ponce de Leon Blvd., Coral Gables, FL 33146, a certain Mortgage dated February 9, 2006 and recorded on February 21, 2006, made and executed by MARIA FERRER to and in favor of HOME LOAN CENTER, INC., DBA LENDINGTREE LOANS, upon the following described property situated in MIAMI-DADE County, State of Florida:
Property Address: 19827 NW 85TH AVENUE, MIAMI LAKES, FL 33015

LOT 2, BLOCK 28, OF MARBELLA PARK FOURTH ADDITION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 140, PAGE 20, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FL.
A/K/A 19827 NW 85TH AVENUE, MIAMI, FLORIDA 33015

such Mortgage having been given to secure payment of Three Hundred Thousand and 00/100ths ($300,000.00), which Mortgage is of record in Book, Volume or Liber No. 24255, at Page 1679-1692 (or as No. 2006R0186280), in the Recorder's Office of MIAMI-DADE County, State of Florida.

TO HAVE AND TO HOLD, the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

BAYVIEW003053

CFN: 20140192089 BOOK 29069 PAGE 3146

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on 3-4-14.

Assignor:
JPMorgan Chase Bank, National Association

By: _Denise Henderson_

Its: **Vice President**

### ACKNOWLEDGMENT

State of Louisiana §
§
Parish of Ouachita §

On this **04** day of **March 2014** before me appeared **Denise Henderson** to me personally known, who, being by me duly sworn (or affirmed) did say that he/she is the **Vice President** of JPMorgan Chase Bank, National Association, and that the seal affixed to said instrument is the corporate seal of said national association and that the instrument was signed and sealed on behalf of the national association by authority of its board of directors and that **Denise Henderson** acknowledged the instrument to be the free act and deed of the national association.

Tommie J. Nelson
Notary I.D. #067566
Lincoln Parish, Louisiana
Commissioned for Life

_Signature of Person Taking Acknowledgment_

**TOMMIE J. NELSON**
Name Type, Printed or Stamped

**NOTARY PUBLIC**
Title and Rank

Serial Number, if any: N/A

(Seal)

My Commission Expires: **LIFETIME**

Florida Assignment of Mortgage
JPMorgan Chase Bank N.A. Project W2799

Page 2 of 2

L73168FL 01/12 Rev. 02/14

BAYVIEW003054

# EXHIBIT "O"

Prepared by:
Juan Figueras, Esq.
Juan E. Figueras, P.A.
7700 N. Kendall Dr. Ste 702
Miami, Florida 33156-7591

CFN 2017R0674536
OR BK 30775 Pgs 2654-2659 (6Pgs)
RECORDED 11/30/2017 15:54:09
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

## AFFIDAVIT OF JOSEPH PARLADE

STATE OF FLORIDA          }

                          }: ss

COUNTY OF MIAMI-DADE      }

BEFORE ME, the undersigned authority personally appeared JOSEPH R. PARLADE ("Affiant"), who after being sworn, deposes and says:

1. My name is Joseph R. Parlade (hereinafter referred to as the "Affiant"), and I am adult (over 18 years of age) resident of Miami-Dade, County, Florida.

2. I am the President of Home Loan Center, Inc., a Florida corporation (hereinafter referred to as the "HLC") which has been a corporation filed under the Florida Division of Corporations and domiciled in Miami-Dade County since its inception on February 1, 2001 at 12:02 p.m. with document number P01000018215. I am generally familiar with the origination of loans, the bundling and sale of loans, and the transfer and/or assignment of loans to third-parties.

3. I have reviewed a copy of the Note dated February 9, 2006 (the "Note") from Maria Ferrer (the "Borrower") to Home Loan Center, Inc. dba LendingTree Loans, a California Corporation (the "Lender"), a copy of which is attached hereto as Exhibit "A".

4. I have reviewed the records of HLC and confirm that we have no records of any loan between HLC and the Borrower.

5. Accordingly, we confirm and certify that HLC is not the lender under the Note and, accordingly, did not endorse the note to Washington Mutual Bank, FA.

Affidavit of Joseph R. Parlade
Page 2 of 2

6.      Under penalty of perjury, the foregoing statements are true and correct to the best of my knowledge.

**FURTHER AFFIANT SAYETH NOT.**

By: Joseph R. Parlade

**SWORN TO AND SUBSCRIBED** before me, a person duly authorized, this day of _17_ _NOV._ , 2017, by Joseph R. Parlade, who is personally known to me or has produced _N/A_ as identification and who did take an oath.

NOTARY PUBLIC, State of Florida at Large

Notary Public State of Florida
Juan E Figueras
My Commission GG 105861
Expires 09/13/2021

Print Name: _____
Commission Number:
Expiration Date:



Loan No.: 18784

MIN:

# NOTE

| February 09, 2006 | Irvine | California |
|---|---|---|
| [Date] | [City] | [State] |

**19827 NW 85th Avenue**
**Miami, Florida  33015**

[Property Address]

## 1.  BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ 300,000.00            (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is **Home Loan Center, Inc., dba LendingTree Loans, a California Corporation**

I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2.  INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of        6.3750%.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

## 3.  PAYMENTS

**(A)  Time and Place of Payments**

I will pay principal and interest by making a payment every month.

I will make my monthly payment on the     **1st**     day of each month beginning on        **April 01, 2006**
I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on **March 01, 2036**               , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at **163 Technology Drive, Irvine, CA  92618**

or at a different place if required by the Note Holder.

**(B)  Amount of Monthly Payments**

My monthly payment will be in the amount of U.S. $ **1,871.60**

## 4.  BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

**FLORIDA FIXED RATE NOTE—Single Family—Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**

ITEM 6096L1 (0011)

*(Page 1 of 3 pages)*

Form 3210 1/01
GREATLAND ■
To Order Call: 1-800-530-9393 □ Fax: 616-791-1131



# Exhibit "A"

## 5. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

## 6. BORROWER'S FAILURE TO PAY AS REQUIRED

### (A) Late Charge for Overdue Payments

If the Note Holder has not received the full amount of any monthly payment by the end of **Fifteen** calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be **5.0000%** of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

### (B) Default

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

### (C) Notice of Default

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

### (D) No Waiver By Note Holder

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

### (E) Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 7. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

## 8. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

## 9. WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

## 10. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in

this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

> If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

> If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

## 11. DOCUMENTARY TAX

The state documentary tax due on this Note has been paid on the mortgage securing this indebtedness.

Borrower has executed and acknowledges receipt of pages 1 through 3 of this Note.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED

_____ (Seal)
Maria Ferrer                    -Borrower

_____ (Seal)
                                -Borrower

_____ (Seal)
                                -Borrower

_____ (Seal)
                                -Borrower

_____ (Seal)
                                -Borrower

_____ (Seal)
                                -Borrower

*[Sign Original Only]*

FLORIDA FIXED RATE NOTE—Single Family—Fannie Mae/Freddie Mac UNIFORM INSTRUMENT

*(Page 3 of 3 pages)*

Form 3210 1/01
GREATLAND ■
To Order Call: 1-800-530-9393 □ Fax: 616-791-1131

ITEM 5996L3 (0011)



PAY TO THE ORDER OF
Washington Mutual Bank, FA

WITHOUT RECOURSE
North Loan Center Inc. DBA Leading Trust Lending

By:
Shiujiane Sanders
ASST. SECRETARY

Pay to the order of

Without Recourse
WASHINGTON MUTUAL BANK, FA

By
CYNTHIA RILEY
VICE PRESIDENT

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that this is a true copy of the
original filed in this office on _____30_____ day of
_____NoV_____, A.D. 20 _17_
WITNESS my hand and Official Seal.
HARVEY RUVIN, CLERK of Circuit and County Courts
By_____ D.C.



# EXHIBIT "P"



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the annual report(s)/uniform business report(s) for the year 2006, for HOME LOAN CENTER, INC., a Florida corporation  which was filed on February 19, 2001 as shown by the records of this office.

The document number of this corporation is P01000018215.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capital, this the
Twenty-ninth day of May, 2015



Ken Detzner
Secretary of State

CR2EO22 (1-11)

# 2006 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Feb 13, 2006  08:00 AM**
**Secretary of State**

DOCUMENT # P01000018215

1. Entity Name
HOME LOAN CENTER, INC.

| Principal Place of Business | Mailing Address |
|---|---|
| 5835 BLUE LAGOON DRIVE #200 MIAMI, FL 33126 | 5835 BLUE LAGOON DRIVE #200 MIAMI, FL 33126 |

02102006   No Chg-P   CR2E034 (11/05)

## DO NOT WRITE IN THIS SPACE

| 4. FEI Number | Applied For |
|---|---|
| 65-1080571 | Not Applicable |

6. Certificate of Status Desired ☐ $8.75 Additional Fee Required

6. Name and Address of Current Registered Agent

FIGUERAS, JUAN E
7050 S.W. 86TH AVENUE
MIAMI, FL  33143

## DO NOT WRITE IN THIS SPACE

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE _____

Signature, typed or printed name of registered agent and title if applicable.     (NOTE: Registered Agent signature required when reinstating)     DATE

**FILE NOW!! FEE IS $150.00**
**After May 1, 2006 Fee will be $550.00**

9. Election Campaign Financing
Trust Fund Contribution. ☐   $5.00 May Be Added to Fees

10. OFFICERS AND DIRECTORS

| | | |
|---|---|---|
| TITLE | PSTD | |
| NAME | FIGUERAS, JUAN C | |
| STREET ADDRESS | 12901 SW 69 AVE | |
| CITY-ST-ZIP | MIAMI, FL 33156 | |
| TITLE | | |
| NAME | | |
| STREET ADDRESS | | |
| CITY-ST-ZIP | | |
| TITLE | | |
| NAME | | |
| STREET ADDRESS | | |
| CITY-ST-ZIP | | |
| TITLE | | |
| NAME | | |
| STREET ADDRESS | | |
| CITY-ST-ZIP | | |
| TITLE | | |
| NAME | | |
| STREET ADDRESS | | |
| CITY-ST-ZIP | | |
| TITLE | | |
| NAME | | |
| STREET ADDRESS | | |
| CITY-ST-ZIP | | |

U000000431658
02/23/06-80037-006 150.00

## DO NOT WRITE IN THIS SPACE

12. I hereby certify that the information supplied with this filing does not qualify for the exemptions contained in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other so empowered.

SIGNATURE: _____   2/10/06   305-262-9619

SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR     Date     Daytime Phone #

**FERRER - 0579**

**P01000018215**

OFFICE USE ONLY (Document #)

## LAZARUS CORPORATE FILING SERVICE
(Requestor's Name)

**3320 S.W. 87 AVENUE**
(Address)

**MIAMI, FLORIDA (305)552-5973**
(City, State, Zip)       (Phone #)

**TERESA ROMAN (TALLAHASSEE REPRESENTATIVE)**

100003718341--4
-02/19/01--01078--005
*****78.75  *****78.75

OFFICE USE ONLY

### CORPORATION NAME(S) & DOCUMENT NUMBER(S) (if known):

1. _HOME LOAN CENTER, INC._
   (Corporation Name)                    (Document #)

2. _____
   (Corporation Name)                    (Document #)

3. _____
   (Corporation Name)                    (Document #)

4. _____
   (Corporation Name)                    (Document #)

[x] Walk in    [x] Pick up time  _3.00_    [x] Certified Copy

[ ] Mail out   [ ] Will wait   [ ] Photocopy   [ ] Certificate of Status

RECEIVED 01 FEB 19 AM 10: 50 DIVISION OF CORPORATION

FILED 01 FEB 19 PH12: 02 SECRETARY OF STATE TALLAHASSEE FLORIDA

2/19

| NEW FILINGS |
|---|
| [x] Profit |
| NonProfit |
| Limited Liability |
| Domestication |
| Other |

| AMENDMENTS |
|---|
| Amendment |
| Resignation of R.A., Officer/Director |
| Change of Registered Agent |
| Dissolution/Withdrawal |
| Merger |

| OTHER FILINGS |
|---|
| Annual Report |
| Fictitious Name |
| Name Reservation |

| REGISTRATION/ QUALIFICATION |
|---|
| Foreign |
| Limited Partnership |
| Reinstatement |
| Trademark |
| Other |

| Examiner's Initials | |
|---|---|

LAW OFFICES

# PARLADÉ & FIGUERAS

7050 SOUTHWEST 86TH AVENUE

MIAMI, FLORIDA 33143-2426

ALBERTO J. PARLADÉ, ESQ.
JUAN E. FIGUERAS, ESQ.

TELEPHONE (305) 595-2300
FACSIMILE (305) 595-0408

February 16, 2001

Secretary of State
Division of Corporation
Caller Service #1500
Tallahassee, Florida  32302-1500

Re:     Filing of Articles of Incorporation for:
        HOME LOAN CENTER, INC.

Dear Sir or Madam:

This office represents the above referenced Corporation.

Enclosed herein please find check covering the following fee:

|   |   |
|---|---|
| - Filing Articles of Incorporation | $ 70.00 |
| - Certificate of Good Standing | $  8.75 |
| TOTAL: | $ 78.75 |

Upon filing the Articles of Incorporation, please return the Certificate of Good Standing along with a copy of the Articles stamped "FILED" to the undersigned at your earliest possible convenience.

Should you have any questions and/or need any additional information do not hesitate to contact our office.  Otherwise thank you for your attention in this matter.

Very truly yours,

Kristina Saenz,
*Legal Assistant*

/ks
Enclosures

<u>ARTICLES OF INCORPORATION</u>
<u>OF</u>
<u>HOME LOAN CENTER, INC.</u>

The undersigned incorporator, for the purpose of forming a corporation under the Florida Business Corporation Act, hereby adopts the following Articles of Incorporation.

<u>ARTICLE I   NAME</u>



The name of the corporation shall be:

<u>HOME LOAN CENTER, INC.</u>

<u>ARTICLE II   PRINCIPAL OFFICE</u>

The principal place of business and mailing address of this corporation shall be:

7835 S.W. 66th Street
Miami, Florida  33143

<u>ARTICLE III   CAPITAL STOCK</u>

The number of shares of stock that this corporation is authorized to have outstanding at any one time is <u>1,000.00</u> shares of One ($1.00) Dollar par value each.

<u>ARTICLE IV   INITIAL REGISTERED AGENT AND ADDRESS</u>

The name and address of the initial registered agent is:

JUAN E. FIGUERAS, ESQ.
7050 S.W. 86th Avenue
Miami, Florida  33143

## ARTICLE V   INITIAL BOARD OF DIRECTORS

This corporation shall have one (1) Director initially. The number of Directors may be increased or diminished from time to time by the By-laws but shall never be less than one (1). The name and address of the initial Director of this corporation is:

JOSEPH R. PARLADE
7835 S.W. 66th Street
Miami, Florida  33143

## ARTICLE VI INITIAL OFFICERS

The names and street addresses of the initial officer(s) of this corporation are:

JOSEPH R. PARLADE          PRESIDENT, SECRETARY &
7835 S.W. 66th Avenue                   TREASURER
Miami, Florida  33143

## ARTICLE VII  INCORPORATOR

The name and street address of the incorporator to these Articles of Incorporation is:

JOSEPH R. PARLADE
7835 S.W. 66th Street
Miami, Florida  33143

The undersigned has executed these Articles of Incorporation this 16 day of February, 2001.

JOSEPH R. PARLADE, Incorporator

2

<u>CERTIFICATE OF DESIGNATION</u>
<u>REGISTERED AGENT / REGISTERED OFFICE</u>

Pursuant to the provisions of section 607.0501, Florida Statutes, the undersigned corporation, organized under the laws of State of Florida, submits the following statement in designating the registered office/registered agent, in the State of Florida.

1. The name of the corporation is:

   **<u>HOME LOAN CENTER, INC.</u>**

2. The name and address of the registered agent and office is:

   JUAN E. FIGUERAS, ESQ.
   7050 S.W. 86th Avenue
   Miami, Florida  33143

   Signature _____
   JOSEPH R. PARLADE, President

   Date: February _16_, 2001.

HAVING BEEN NAMED AS REGISTERED AGENT AND TO ACCEPT SERVICE OF PROCESS FOR THE ABOVE STATED CORPORATION AT THE PLACE DESIGNATED IN THIS CERTIFICATE, I HEREBY ACCEPT THE APPOINTMENT AS REGISTERED AGENT AND AGREE TO ACT IN THIS CAPACITY. I FURTHER AGREE TO COMPLY WITH THE PROVISIONS OF ALL STATUES RELATING TO THE PROPER AND COMPLETE PERFORMANCE OF MY DUTIES, AND I AM FAMILIAR WITH AND ACCEPT THE OBLIGATIONS OF MY POSITION AS REGISTERED AGENT.

Signature _____
JUAN E. FIGUERAS

Date: February _16_, 2001.

01 FEB 19 PM 12: 02
SECRETARY OF STATE
TALLAHASSEE FLORIDA
FILED

3