UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-20877-CIV-SCOLA



FILED by _____ D.C.

JAN 0 4 2018

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. - MIAMI

MARIA FERRER
       Plaintiff

v.

BAYVIEW LOAN SERVICING LLC; M&T BANK;
PHELAN HALLINAN DIAMOND & JONES, PLLC;
TYLER K. WALKER and KELLY M. CANFIELD
       Defendant             /

## PLAINTIFF'S NOTICE OF FILING DEPOSITION TRANCRIPT EXCERPTS OF OSCAR GUTIEREZ

**COMES NOW,** the Plaintiff, MARIA FERRER *pro se,* ("Plaintiff"), hereby gives notice of filing the following deposition transcript excerpts of Oscar Gutierez, taken on October 26, 2017 in support of the following motions:

1. Plaintiff's Omnibus Motion in Limine [140] – Missing page 35

2. Response to Statement of Material Facts [142]

       Pages 13, 14, 15, 16, 20, 42, 44, 72, 73-76, 77, 78, 79

January 4, 2018

Respectfully submitted,

Maria Ferrer, *Pro Se*
19827 NW 85th Avenue
Miami, Florida 33015
Telephone: (305) 785-8303
Facsimile: (305) 454-8360
Service: ferrer.maria123@gmail.com

By: _____
Maria Ferrer, *pro se*

```
 1                 UNITED STATE DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2                       MIAMI DIVISION

 3              CASE NO.: 15-20877-CIV-SCOLA

 4

 5   MARIA FERRER,

 6        Plaintiff,

 7   vs.

 8   BAYVIEW LOAN SERVICING, LLC,

 9   M & T BANK, et al.,

10        Defendants.

11   _____/

12

13

14                     DEPOSITION

15                         OF

16                  OSCAR GUTIERREZ

17

18

19        4000 Ponce De Leon Boulevard, Suite 470

20              Coral Gables, Florida 33146

21

22

23              October 26th, 2017

24              1:34 p.m. - 3:59 p.m.

25
```

Page 2

```
 1   APPEARANCES:

 2

 3    For the Plaintiff:

 4              MARIA FERRER, PRO SE

 5

 6

 7    For the Defendants:

 8              BRYAN DEMPSEY, ESQUIRE

 9              4425 Ponce De Leon Boulevard, Floor 5

10              Coral Gables, Florida 33146

11              305-491-9895

12              bryandempsey@bayviewloanservicing.com

13

14              PAUL SODHI, ESQUIRE

15              Blank Rome, LLP

16              500 East Broward Boulevard, Suite 2100

17              Fort Lauderdale, Florida 33394

18              954-512-1800

19              psodhi3152@aol.com

20

21

22

23

24

25
```

1    BY MS. FERRER:

2        Q.    Okay. Okay. If this particular Presence --

3    what does that software do?

4        A.    Presence is a call center suite that is

5    responsible for routing calls from the phone PBX

6    (phonetic) to the agents, okay.

7        Q.    Okay.

8        A.    And, it's also responsible for executing

9    certain outbound campaigns.

10       Q.    Okay. So, it does have the capabilities to do

11   route calls and dial calls out for agents?

12       A.    Presence, yes.

13       Q.    Okay. So, Presence has the ability to dial out

14   for calls?

15       A.    Correct.

16       Q.    Okay. They have -- so, is Presence a software

17   that is on a computer that the individuals can see? The

18   person that is getting the calls?

19       I just want to understand the process from the

20   call. Who decides how the calls are made, and how are

21   those calls transferred to the agents for them to deal

22   with the call?

23       A.    Okay. So, are you asking, specifically,

24   outbound calls?

25       Q.    Outbound calls and receiving calls, both.

1    A.   Okay. So, let's first talk about inbound

2  calls. So, inbound calls, when the calls come in, they

3  are routed to specific queues based on the investor,

4  based on the toll free number that the caller dialed,

5  which is tied to an investor.

6    The call routes to a queue. Agents, call center

7  agents, are assigned to the particular queues based on

8  their capabilities, based on what they're trained for,

9  and from there, the calls are answered by the next

10  available agent in the order in which the calls are

11  received.

12    Q.   Okay. How about the outbound calls?

13    A.   On the outbound side, outbound campaigns --

14  are you talking about Presence made outbound campaigns?

15    Q.   I'm talking about the outbound calls, however

16  that may be.

17    A.   Okay.

18    Q.   Okay. If it's a campaign that you do, that you

19  have a certain list of numbers that are uploaded into

20  Presence, and Presence goes ahead and dials that number?

21    A.   In the cases of Presence, since you're asking

22  about Presence, so, the way that Presence works --

23    Q.   Before you go, can you -- what's the model

24  number of Presence?

25    A.   Presence doesn't have a model number. It is a

Page 15

1    software. The version of Presence that we're running is

2    8.1.

3        Q.   8.1, okay. And, that -- I don't mean to

4    sidetrack, but I wanted to get this. It's 8.1.

5        The -- is this a cloud-based program?

6        A.   It's premise based.

7        Q.   I'm sorry?

8        A.   Premise.

9        Q.   Premise based, okay. So, it's a premise based?

10   Okay.

11       A.   Uh-huh.

12       Q.   Not a problem. So, can we go -- continue on

13   with the outbound?

14       A.   Yeah. So, outbound Presence calls are made

15   where a series of filters are executed by the Work Force

16   Management Team, okay, which basically targets a

17   selection of loans, and it can be anywhere based on

18   investor, delinquency status, state, zip code, et

19   cetera.

20       The business, actually, is the one that provides

21   the requirements for the campaigns that are to be

22   executed on a daily basis.

23       So, the Work Force Management Team basically

24   executes a query, which essentially gathers all of the

25   loans that meet that criteria and assign them to an

1    outbound queue for the Presence dialer to make calls on.

2         Q.   Okay. So, the Presence is not a dialer?

3         A.   Presence is a dialer, okay. I indicated that

4    before.

5         Q.   Okay. So, Presence is an auto-dialer. Okay.

6    Now, going back, you said you were the administrator.

7    During this time of administrator, did Bayview provide

8    you with any training or any -- how did you learn

9    Presence?

10        Did you learn Presence from a previous job, or you

11   learned it as a coming into Bayview?

12        A.   I learned it while at Bayview, attending

13   Presence training seminars.

14        Q.   Okay. So, okay. And, now that you are no

15   longer a Call Center Administrator, what is your

16   position now?

17        A.   I am a Senior Call Center Analyst.

18        Q.   Okay. And, what do they do?

19        A.   I essentially oversee and manage projects,

20   technology related projects that support the needs of

21   the call centers.

22        Q.   Okay. How many call centers do you have?

23        A.   Can you give me your definition of a cell

24   center?

25        Q.   Well, I really can't, because I don't know

1   centers?

2      A.   Yes. So, there is Avia, which is our PDX, our

3   phone platform.

4      Q.   Okay.

5      A.   There is also a software called Avia 1X.

6      Q.   Okay. 1X. Okay. I'm going to show you -- can

7   you tell me which of these Avia products it is that 1X

8   is? Because, apparently, it's not on this particular

9   list.

10         MR. SODHI:  I'm going to object to this,

11      Maria. What exactly is this?

12         MS. FERRER:  This is a product list from

13      Avia.com.

14         MR. SODHI:  It doesn't say anything about

15      Avia.com.

16         MS. FERRER:  If you look at the names, they're

17      all Avia.

18         MR. SODHI:  But, there's nothing indicating

19      that this was from a specific website, or from --

20         MS. FERRER:  I understand, but it is a list of

21      products that Avia supports or sells or

22      collaborates with.

23         MR. SODHI:  Well, there's nothing to

24      authenticate that.

25         MS. FERRER:  So, there is -- it's not about

1          MR. SODHI:  Do you have additional copies?

2          MS. FERRER:  Yes, I do.

3          MR. SODHI:  Thank you.

4    BY MS. FERRER:

5       Q.   In Exhibit 2, which details all the calls that

6    were hand dialed -- well, hold on, all the calls that

7    were made, how were those calls made?

8          MR. SODHI:  Objection to form.

9          THE WITNESS:  Which is --

10   BY MS. FERRER:

11      Q.   Exhibit 2. Exhibit 2 is the dialed number

12   report.

13      A.   Okay. Those calls either would have been made

14   manually or through the use of the Avia 1X application.

15      Q.   Application through the Presence application?

16      A.   No.

17      Q.   Not Presence?

18      A.   Not Presence.

19      Q.   Okay. So, the Avia, you said Avia X1

20   application. The Avia X1 application, how does that

21   work?

22      A.   The Avia 1X is a soft phone application, okay,

23   that agents have on their desktops, which is sort of

24   like a virtual phone.

25      Q.   Okay. So, what do you mean by a virtual phone,

1      has presented to the witness as Exhibit 4.

2           If there's a specific call on Exhibit 4 you

3      want to discuss, by all means, indicate the bates

4      page, and we're happy to discuss.

5           MS. FERRER:  And, I'm sorry. I should have

6      done that. Okay. We'll do that. What I was doing,

7      is simply making a record of the calls.

8           MR. SODHI:  What you're doing is -- Maria,

9      what you say is not testimony. It has no value.

10          MS. FERRER:  I know it's not, and I'm not

11     saying it does.

12          MR. SODHI:  So, when you read stuff into the

13     record like that, it's not doing anything, all

14     right? And, we're not here for you to sit and state

15     what you believe to be.

16          MS. FERRER:  Okay.

17          MR. SODHI:  Point him to the records that you

18     want to discuss. They're right here. He's right

19     here.

20     BY MS. FERRER:

21     Q.   Okay. On 10-27, 2:14, page 2615.

22          MR. SODHI:  Could you reference the bates

23     number, please?

24          MS. FERRER:  Page 2615.

25          MR. SODHI:  Bayview 002615?

Page 44

1   2615, all the way at the bottom?

2       Q.   Uh-huh.

3       A.   Okay. What is it that you want me to read?

4       Q.   To read the comments.

5           MR. SODHI:  Objection. Document speaks for

6       itself. Go ahead.

7           THE WITNESS:  Contact made with customer,

8       outbound call, 305-454-9360. System dialer called,

9       borrower answered, said she received docs from AM

10      for her.

11  BY MS. FERRER:

12      Q.   Okay. That's fine. That's all. So, there it

13  says a system dialer. So, was that call dialed by a

14  person, or was it dialed by the system?

15          MR. SODHI:  Objection to form.

16          THE WITNESS:  That call would have been dialed

17      by the system.

18  BY MS. FERRER:

19      Q.   By the system. Okay. So, it would have been an

20  auto dialer?

21          MR. SODHI:  Objection to form.

22          THE WITNESS:  Correct.

23  BY MS. FERRER:

24      Q.   Okay. So, the next one that -- and I'm going

25  to actually -- well, no, because it's all the calls. I'm

1       They sort of own the relationship with the

2   borrowers, and with the accounts that they treat. So,

3   there is no list that is given to them.

4       There is no list that is loaded to them. They know

5   which loans they're responsible for. They know the

6   frequency in which they need to attempt to contact the

7   borrower, and so, as such, they look up an account, they

8   open it up, and in the account, they see the phone

9   numbers associated with the account, and they'll proceed

10  to call them.

11      Q.   Okay. So, that account, what software or

12  program is that account in?

13      A.   As I indicated before, this is the servicing

14  system for the loan, which is called MSP.

15      Q.   MSP. So, the -- when an individual, like you

16  said, takes ownership of that account, and it's up to

17  them to contact the individual borrower, there's

18  multiple calls that are generated by others, other than

19  that individual that is in charge of that collection of

20  that loan.

21      How are those individuals notified to call on

22  behalf of that Asset Manager?

23          MR. SODHI:  Objection to form. I don't

24      understand the question. You can answer if you

25      understand.

1          THE WITNESS:  Me, neither. You would have to

2      give me an example, so that I can --

3   BY MS. FERRER:

4      Q.   Okay. An example, Lisa for --

5          MR. SODHI:  Let's talk about this specific

6      account.

7   BY MS. FERRER:

8      Q.   Yeah. Lisa Fierelo (phonetic), at one point in

9   time, was the Asset Manager on this particular case.

10     A.   Okay.

11     Q.   Okay. But, Lisa Fierelo was not the only

12  person that called the cell phone.

13     A.   Okay.

14     Q.   So, if Lisa Fierelo owns, and as you said, has

15  to take control of that particular file, wouldn't she be

16  the one generating the calls?

17     My question is, how do the other employees get the

18  phone number to generate the calls for Lisa Fierelo?

19         MR. DEMPSEY:  Objection to form.

20         MR. SODHI:  Objection to form.

21         THE WITNESS:  So, I'll speak on what I know.

22         MR. SODHI:  Only if you understand the

23     question.

24         MR. DEMPSEY:  If you understand the question,

25     and if you have knowledge.

1              THE WITNESS:  Yes. So, there are processes by

2        which loans do get reassigned. Just because I own

3        the loan or the relationship today doesn't mean

4        that at the end of the month, that that loan cannot

5        be reassigned to anyone else.

6              I'm also aware of the fact that when somebody

7        is out on vacation, depending on the length of that

8        vacation, that loan may put on another person's

9        queue or task for that person to do a follow up.

10             That is one I can speak to.

11   BY MS. FERRER:

12       Q.   Okay. So, having said that, and going back to

13   the dialed call report, Exhibit 2, on May 5, 2016,

14   Bunker Julie called at 3:12 p.m.

15   Would that loan have been assigned temporarily to

16   Bunker Julie?

17             MR. DEMPSEY:  You mean 2014?

18   BY MS. FERRER:

19       Q.   I'm sorry. 2014. I do apologize for that.

20       A.   I can't talk about loan assignments, because

21   I'm not on the operation side.

22       Q.   Okay. If you look at this list, there's not

23   one, but there's multiple people calling. So, what

24   you're saying doesn't necessarily -- doesn't necessarily

25   go with what the information I have before me, because

1    there's many people that have called, and they're not

2    necessarily calling as the relationship manager or Asset

3    Manager.

4         MR. SODHI:  Objection to form. That's

5         mischaracterizing his testimony.

6    BY MS. FERRER:

7         Q.   So, my question is, to you, okay. Let me find

8    it. Let me find it. Let me find it. It's going to take

9    me a little bit to find it.

10        Okay. Here we go. Okay. Here we go. Bates records

11   2635, that's the call log.

12        MR. SODHI:  Exhibit 4?

13   BY MS. FERRER:

14        Q.   Yes. Okay. On 9-25, Yolanda Goulizer

15   (phonetic) made contact, and here, the Asset Manager --

16   here. Although, it's not noted as Lisa Fierelo or as

17   Sandra Correa, but it's implied that -- she stated spoke

18   with Asset Manager. Customer verified and states she

19   will provide call back to Asset Manager once she gathers

20   all documents.

21        Yolanda Goulizer is calling on behalf of the Asset

22   Manager, as if the Asset Manager -- my question is, is

23   Yolanda Goulizer the Asset Manager on this particular

24   date at this particular time?

25        A.   That's an operations question. That wouldn't

1    be something that I would be able to answer.

2        Q.   So, here -- so, what you're -- what -- I would

3    like to refer back to the dialed numbers report.

4        A.   Uh-huh.

5        Q.   Okay. As we can see, there's one, two, three,

6    four, five, six, seven, eight, nine, 10, 11 different

7    individuals calling, calling the cell phone number on

8    the same matter.

9        So, according to you, there's 11 or 12 individuals,

10   working on my loan.

11           MR. SODHI:   Objection to form.

12   BY MS. FERRER:

13       Q.   Working on the collection of that particular

14   --

15       A.   What is your question to me?

16       Q.   My question, I'm trying to determine is, each

17   one of these individuals that placed a call, okay, are

18   those individuals the Asset Managers that are working on

19   the file?

20           MR. SODHI:   Objection to form.

21           THE WITNESS:   I cannot confirm that. How loans

22       get assigned and the frequency in which they get

23       reassigned to individuals is not something that is

24       under my control or under my supervision or that I

25       am involved with.

1  BY MS. FERRER:

2      Q.   Okay. So, here, and I understand what you're

3  saying, it's not under your control or supervision, but

4  here, we have at extension 14873, on April 24th, Lisa

5  Fierelo.

6      Then, we have her again, extension 14873, in June

7  16:24. Between these two calls, there's three different

8  -- one, two, three, four different individuals that

9  call.

10     Were these individuals calling on behalf of

11  themselves, or they would be calling on behalf of the

12  Asset Manager?

13          MR. SODHI:  Objection to form. The document

14      speaks for itself. He's already answered. If you

15      know the answer, you can answer it.

16          THE WITNESS:  I don't know the answer.

17  BY MS. FERRER:

18     Q.   Okay. Okay. Just bear with me for one moment.

19  Let's go back to bates records 2706, call log.

20          MR. SODHI:  Exhibit 4?

21          MS. FERRER:  Yes.

22  BY MS. FERRER:

23     Q.   On the call log -- the -- on 3-20, there is,

24  at the bottom, attempt to contact, unsuccessful outcome,

25  schedule age.

1      On that particular note, there's -- the second one

2   from the top. Well, actually, you can do the top one,

3   okay?

4      It says note, and then, it has -- it has a

5   percentage sign, at sign, percentage and system,

6   percentage sign, at sign, percentage sign.

7      What does that mean?

8      A.   That would indicate that that particular call

9   was a system generated call.

10     Q.   Okay. So, it is a system generated call. Okay.

11  Which means it would have been dialed by the system?

12     A.   Correct. By a system.

13     Q.   By a system. Does the Avia system have a --

14  gosh. I just went blank. A dialing system?

15          MR. SODHI:  Objection to form.

16          THE WITNESS:  Can you be more specific?

17  BY MS. FERRER:

18     Q.   Okay. Does the Avia system provide the

19  capabilities for telephone numbers to be dialed

20  automatically?

21     A.   No, it does not.

22     Q.   Okay. So, if it's a call generated system, how

23  is it dialed?

24          MR. SODHI:  And, are we looking at -- just to

25      clarify, Maria, are we looking at the top of page

1      2706, that says phone 305-947-7994 no percentage,

2      at, percentage, at, percentage?

3          MS. FERRER:  Yep.

4          THE WITNESS:  Yeah, so, that particular number

5      could have been dialed using the Presence

6      application. It was a system generated call.

7  BY MS. FERRER:

8      Q.   Okay. So, that is -- that indicates it's a

9  system generated call?

10     A.   Uh-huh.

11         MR. SODHI:  Objection to form.

12 BY MS. FERRER:

13     Q.   Okay. Let me refer you to your answers on your

14 -- where did I put it? Do you have a LinkedIn account?

15     A.   Do I?

16     Q.   Yes.

17     A.   Yeah, I do.

18     Q.   You do? Okay. What kind of groups do you get

19 involved with?

20         MR. SODHI:  Objection. We're here for a notice

21     in his corporate capacity. We're not getting into

22     his individual LinkedIn and social media accounts.

23         MS. FERRER:  Okay. I don't care about his

24     social media accounts. I'm getting to the point

25     that I'm trying to make. It is relevant to my line